FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 07 2026
TAMMY H. DOWNS, CLERK
By: DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CANARY HOLLER HOLDINGS, LLC,**
**a Texas Limited Liability Company; and**
**JORDAN JARRETT** **PLAINTIFFS**

**vs.** **Case No.** 4:26cv1106-KGB

**BLOCKWARE SOLUTIONS, LLC,**
**a Delaware Limited Liability Company;**
**LUXOR TECHNOLOGY CORPORATION,**
**a Delaware Corporation; MASON JAPPA;**
**CLAYTON MANN; BLAKE DAVIS;**
**MEGAN M. BROOKS-ANDERSON;**
**and DANIEL CONDON** **DEFENDANTS**

**VERIFIED COMPLAINT**

Plaintiffs Canary Holler Holdings, LLC ("Canary") and Jordan Jarrett ("Jarrett"), together "Plaintiffs") bring this civil action for judicial relief from securities fraud perpetrated against them by defendants Blockware Solutions, LLC, Luxor Technology Corporation, Mason Jappa, Clayton Mann, Blake Davis, Megan M. Brooks-Anderson, and Daniel Condon, both individually and together in active concert.

Defendants induced Plaintiffs to transmit more than $1.4 million to purchase unregistered securities in violation of federal securities law. Defendants induced Plaintiffs to transmit over $1.29 million in hosting fees. Defendants acted in concert to perpetrate a fraudulent scheme in investment contracts whose operation was subject to Defendants' exclusive control.

This action seeks rescission under Section 12(a)(2) of the Securities Act of 1933, damages under Section 10(b) of the Securities Exchange Act of 1934, as well as compensatory and punitive damages and attorneys' fees under Arkansas law. This action brings common law claims for actual and constructive fraud, conversion, unjust enrichment, and replevin.

This case assigned to District Judge Baker
and to Magistrate Judge Ervin

## PARTIES, JURISDICTION, AND VENUE

1. Plaintiff Canary Holler Holdings, LLC ("Canary") is a limited liability company organized under Texas law.

2. Plaintiff Jordan Jarrett is a natural person and is a citizen and resident of Virginia. Jarrett is Canary's sole member-manager.

3. Defendant Blockware Solutions, LLC ("Blockware") is a limited liability company organized under Delaware law with its headquarters located at 3800 North Lamar Boulevard, Suite 200, Austin, TX 78756. Blockware may be served with process at its registered agent for service of process A Registered Agent, Inc., 8 The Green, Suite A, Dover, DE 19901.

4. Defendant Luxor Technology Corporation ("Luxor") is a corporation organized under Delaware law with its principal place of business located at 1100 Bellevue Way NE, Suite 514-4A, Bellevue, Washington 98004. Luxor may be served with process at its registered agent for service of process Corporation Service Company, 300 Deschutes Way SW Ste. 208 MC-CSC1, Tumwater, WA 98501.

5. Defendant Mason Jappa is a natural person and was the CEO of Blockware until Blockware's board removed him on or about June 2, 2026. Upon information and belief, Jappa is a citizen and resident of Connecticut.

6. Defendant Clayton Mann is a natural person and is the Director of Finance of Blockware. Upon information and belief, Mann is a citizen and resident of Massachusetts.

7. Defendant Blake Davis is a natural person and is a former Account Executive of Blockware. Upon information and belief, Davis is a citizen and resident of Illinois.

8. Defendant Megan M. Brooks-Anderson is a natural person and is the CEO of Blockware. Upon information and belief, Brooks-Anderson is a citizen and resident of Texas.

9. Defendant Daniel Condon is a natural person and is the Chief Revenue Officer of Blockware. Upon information and belief, Condon is a citizen and resident of Colorado.

10. This Court has original jurisdiction over this action which arises under the Constitution, laws, or treaties of the United States. 28 U.S.C. § 1331.

11. Upon information and belief, no member of Blockware is a citizen of Virginia; therefore, this Court has original jurisdiction over this action because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States. 28 U.S.C. § 1332(a)(1).

12. This Court has supplemental jurisdiction over all claims that are so related to claims in this action within this Court's original jurisdiction that they form part of the same case or controversy under Article III of the U.S. Constitution. 28 U.S.C. § 1367.

13. Venue is proper in this Court as it is a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, 28 U.S.C. § 1391(b)(2), and where an act or transaction constituting the securities-fraud violation occurred, *i.e.*, Plaintiffs wired money to Evolve Bank's West Memphis, Arkansas routing number (XXXXX6768) for deposit in a bank account belonging to or subject to the control of one or more of the Defendants (Account No. XXXXXX7105). 15 U.S.C. § 78aa(a).

**SUMMARY OF CLAIMS**

14. Plaintiffs are victims of Defendants' coordinated scheme to market and sell unregistered securities in the form of investment contracts which combine the sale of Bitcoin mining machines with restrictive and capital-intensive pooling arrangements to unwitting buyers like Plaintiffs.

15. Blockware's website proclaims it "is the number one most trusted Bitcoin Mining hardware and service provider. We've helped thousands of investors mine tens of thousands of BTC through our datacenters, infrastructure, and mining pool."

16. Blockware's website says, "Blockware was founded in 2017 on the ethos of bringing more Bitcoin Mining to the United States. At the time, a majority of the network's hashrate was in China – we sought to change that. Since our founding we have sold more than 400,000 Bitcoin miners (ASICs) and have deployed hundreds of megawatts worth of hosting clients."

17. But while claiming to be "the number one" Bitcoin mining service provider, in truth Blockware is reliant on Luxor, its affiliate, related entity, financial beneficiary, and coordinating partner, to implement its fraudulent scheme.

18. Luxor's website proclaims that Luxor offers "the Bitcoin Mining Pool Built to Maximize Your Hashrate," to describe the Luxor Bitcoin mining pool ("Luxor Pool").

19. Luxor continues, "Founded in 2017 by a team of software engineers and finance experts, Luxor was the first to treat Bitcoin hashrate as a true digital commodity. We set out to build a world-class suite of technology-enabled products and services because we believe the future of finance and compute will require responsible guardians who can efficiently harness energy. Luxor's suite of products were built with a single, unifying vision: compute as a commodity."

20. Luxor website proclaims that "over 3,000 companies trust Luxor[,]" that it has 109 team members, and that it generates greater than $1B/year in "volume," with certifications in SOC 1 & 2.

21. Luxor proclaims its "U.S.-based, SOC Type 2-certified, institutional-grade mining pool offers beginner-friendly simplicity and pro-level performance with transparent FPPS, access to miner financing and real- time reporting."[1]

22. On June 9, 2021, Luxor announced it had received $5.0 million in Series A funding, including direct funding from Blockware.

23. Since on or before June 9, 2021, Luxor and Blockware have been affiliates, sharing non-public data and acting in concert to promote and operate the Luxor Pool.

24. The Luxor Pool harnesses hashrate generated by Blockware's customers as a "subaccount," which Luxor describes as "an independent Financial account that allows miners to organize, manage, and monitor their mining operations more effectively," and which "are particularly useful for miners operating multiple mining farms, managing different mining clients, or separating mining activities by region, hardware type, or profitability strategy."[2]

25. Luxor Pool's "subaccount" offerings include payments made payable in Bitcoin, LTC, DOGE, Sia, or ZCash, and identify "withdrawal fees for all supported currencies" "at the subaccount-currency level."[3]

26. Luxor's business model is founded on coordination with persons like Blockware, and at all times relevant to this action Luxor has had actual knowledge that Blockware sought to obtain capital and transfer investment risk in the manner Blockware employed with Plaintiffs.

---

[1] FPPS is an acronym for "full pay-per-share," which is designed to pay Bitcoin mining fees for each valid share of computing power submitted regardless of whether the pool successfully finds a block." *See, e.g.*, Revenue & Payments, Luxor Technology Corporation, *available at* https://docs.luxor.tech/platform/mining/revenue-payments (accessed Oct. 5, 2026).
[2] *See* n.1, *supra*.
[3] *Id.*

27. Since as early as 2015, Defendants have coordinated the offer and sale of investment contract securities to Plaintiffs and others in violation of 15 U.S.C. §§ 77e, 77*l*(a).

28. In doing so, Defendants made material misrepresentations of fact to Plaintiffs and others similarly situated in public-facing and written solicitations directed to Plaintiffs and others similarly situated for the purchase investment contracts offered by Defendants, including written investment contracts publicly accessible via Blockware's website and in public offerings of investment contracts through online webinars and solicitations.

29. Defendants made representations that included untrue statements of one or more material facts or omitted one or more material facts necessary in order to make Defendants' statements, in the light of the circumstances in which they were made, not misleading.

30. Defendants knew, or should have known in the exercise of reasonable care, of the untruth and omissions of their statements inducing Plaintiffs to enter into investment contracts.

31. Before entering the investment contracts offered and sold by Defendants, Plaintiffs lacked knowledge of the misrepresentations and material omissions contained in Defendants' statements.

32. Until Defendant Blockware removed Defendant Jappa as CEO in June 2026, Plaintiffs lacked knowledge of the misrepresentations or omissions of Defendants' statements.

33. Plaintiffs invested in Defendants' investment contracts in reliance on Defendants' material misrepresentations.

34. Plaintiffs suffered significant economic losses caused by their reliance on Defendants' material misrepresentations.

35. The true purpose of Defendants' investment contracts was to benefit Blockware, Luxor, and the other Defendants by increasing the aggregate computing power, also known as the "Hashrate," of the Bitcoin mining machines deployed in the Luxor Pool.

36. Together, Defendants executed a coordinated scheme to wield exclusive control over the economically valuable components of those investment contracts—even those which Defendants ostensibly did not own—to enable them to profit from Plaintiffs' lack of sophistication about Bitcoin mining operations, while shifting all meaningful investment risk to Plaintiffs.

37. Defendants through, Blockware, Mann, Davis, and Jappa, induced Plaintiffs to transmit over $2.6 million in payments in U.S. Dollars and Bitcoin ("BTC") directed to Blockware, Luxor, or their affiliated persons, between November 2024 and July 2026, as part of Defendants' concerted fraudulent scheme.

38. At the heart of the scheme was Blockware's public-facing offers and sales of investment contracts without ever having submitted any registration statement as required under 15 U.S.C. § 77e(a).

39. The first component of the investment contract consisted of the purchase of Bitcoin mining machines ("Machines") for which title was ostensibly transferred from Blockware to Canary. *See* Ex. 1, Blockware Master Agreement.[4]

40. But that transaction did not end with the transfer of the Machines.

---

[4] Out of an abundance of caution, Plaintiffs are moving for leave to submit under seal the Blockware Master Agreement as Exhibit 1. Plaintiffs alternatively seek leave to submit the Blockware Master Agreement on the docket as Exhibit 1 to this Verified Complaint pursuant to a subsequent Notice of Docket Correction.

41. On the contrary, each of the Machines which Blockware sold was tethered to an "Investment Term," as defined in written materials authored and publicized by Blockware as part of its public-facing marketing of its investment contracts.

42. During that "Investment Term," Defendants restricted Plaintiffs' access to the Machines which Plaintiffs had purchased.

43. Instead, Defendants, or their undisclosed privies, exercised exclusive physical custody over the Machines.

44. And Defendants, or their undisclosed privies, exercised exclusive control over the Machines' operation and non-operation.

45. Defendants, or their undisclosed privies, exercised exclusive control over the Machines' other economic use, or non-use, in the case of anticipated periods of compensated curtailment of electrical usage including, upon information and belief, as part of demand response required in Defendants' contracts with one or more non-parties, to include Electric Reliability Council of Texas (ERCOT), PJM Interconnection LLC, and Georgia Power, and potentially others to be identified in discovery.

46. Even though Defendants restricted Plaintiffs from operational control over their Machines, Defendants retained all the benefits of their compelled non-operation of Plaintiffs' Machines during periods of curtailment and demand-response non-operation.

47. Defendants restricted Plaintiffs' access and exercised exclusive custody and control over the Machines and their operation for the exclusive benefit of Defendants, not Plaintiffs, by increasing Blockware's proportionate and attributable contribution of Hashrate to the Luxor Pool.

48. Defendants did so for the benefit of Luxor, an insider of Blockware, which was a Series A capital investor in Luxor.

49. Upon information and belief, Blockware has held equity interest or held positions as a priority creditor of Luxor during the period giving rise to this action.

50. Defendants undertook all these actions for their own benefit, notwithstanding the foreseeable and actual economic harm which their scheme would cause Plaintiffs.

51. And Defendants' scheme proximately caused foreseeable economic harm to Plaintiffs and others similarly situated.

52. Defendants intended to and did induce Plaintiffs to rely to Plaintiffs' detriment on Defendants' false and misleading statements or omissions by entering Defendants' investment-contract scheme.

53. Plaintiffs' detrimental reliance on Defendants' false and misleading statements proximately caused them to suffer actual damages in an amount to be proven at trial but totaling not less than millions of dollars, including the loss of their capital investment, lost profits during Defendants' operation and non-operation of Plaintiffs' Machines, foreseeable and preventable damages to those Machines, costs of relocation of those Machines, and wrongful withholding of Plaintiffs' deposit and Machines.

**POOLING IN INDUSTRIAL BITCOIN MINING**

54. The purpose of Bitcoin mining is to verify and secure the transactions evidenced by the Bitcoin blockchain.

55. The Bitcoin blockchain consists of ever-extending digital code which serves as a decentralized ledger recording each Bitcoin transaction in the history of the Bitcoin blockchain.

56. Each successive block in the chain consists of Bitcoin transactions which occurred since the previous block was added to the blockchain.

57. The process by which new blocks are added to the Bitcoin blockchain is known as "Bitcoin mining."

58. Highly specialized machines, known as Application-Specific Integrated Circuits ("ASICs"), employ brute-force calculation through trial-and-error random-number generation to guess the code to unlock the next block to be added to the Bitcoin blockchain.

59. Each ASIC validating the transactions in the Bitcoin network is connected with the Bitcoin network.

60. While each individual ASIC can perform only one task—this brute-force probabilistic guessing game—millions of ASIC miners are operating simultaneously across Earth, each seeking to crack the same code.

61. The individual ASIC—and only that ASIC—which guesses the code correctly creates the newest "block" recording the most recent set of transactions and receives a reward of Bitcoin for minting the newest block.

62. At present, the reward for creating a new "block" of the Bitcoin blockchain is 3.125 BTC, plus variable transaction fees.

63. One ASIC in the world creates a new block every ten minutes, on average.

64. As of approximately 10 a.m. CDT on the date of this complaint, the dollar value of 1 BTC equals around $ 83,011.07; thus, today's value of a new block's rewards equals around $259,409.60, plus variable transaction fees.

65. On its own, each ASIC has a negligible chance to guess correctly and net the concomitant Bitcoin rewards.

66. But each of the millions of ASIC miners is connected to the Bitcoin network.

67. To maximize the chance of securing the rewards from Bitcoin mining, ASIC miners can combine their efforts together in a Bitcoin mining pool.

68. By pooling their collective efforts, ASIC miners increase the odds that one of the machines within their mining pool becomes the lucky ASIC to crack the code and receive the Bitcoin rewards.

69. Solo mining is essentially unprofitable since the input costs of electricity and infrastructure exceed the expected value of securing the Bitcoin block rewards.

70. For that reason, at all times relevant to this action, essentially all profitable Bitcoin mining at industrial scale has relied on participating in Bitcoin mining pools.

71. Bitcoin mining pools, including the Luxor Pool, allow persons like Defendants to aggregate the collective computing power, *i.e.*, "Hashrate," of myriad ASICs to undertake the resource-intensive yet lucrative transaction-verification process of "mining" Bitcoin.

72. Measuring "Hashrate" is based on the computing power in units of "hash" over time.

73. One Exohash ("EH") equals 1,000 Petahash ("PH").

74. 1 PH is equal to 1,000 Terahash ("TH" or "T").

75. At all times relevant to this action, Terahash (T) was the unit of Hashrate associated with individual mining machine, including those which Defendants sold to Plaintiffs in their investment contracts.

76. Conversely, the composite Hashrate of mining pools, such as the Luxor Pool, is typically expressed in units of Exohash per second (EH/s).

77. The greater a mining pool's Hashrate, the greater the chance that mining pool will secure a greater share of the Bitcoin rewards.

78. Bitcoin mining is highly competitive; each Bitcoin mining pool depends on growing its Hashrate by adding Bitcoin mining machines to its pool.

79. Often, but not always, operators of mining pools like Luxor charge service fees to pool participants by reserving a percentage of the Bitcoin generated by the mining pool.

80. Luxor reduces or eliminates those fees based on the proportionate scale of Hashrate contribution.

81. Upon information and belief, Luxor charged Blockware a service fee equal to less than 2.0% of the proportionate share of Bitcoin rewards.

82. Despite Luxor's sub-2.0% fee, Defendants misrepresented to Plaintiffs, and others similarly situated, that Luxor's service fee was 2.0%.

83. Defendants profited from that misrepresentation by reserving to themselves up to 2.0% of the share of Bitcoin rewards which Plaintiffs would have received but for Defendants' misrepresentations.

84. And whatever the true amount of Luxor's service-fee, Blockware likely recouped some portion of Luxor's reserved service fee by virtue of Blockware's or Blockware's control group's equity or priority-creditor relationship with Luxor.

85. The Luxor Pool competes against other Bitcoin mining pools to secure Hashrate, which drives Luxor and the other Defendants to solicit and secure additional Hashrate for the Luxor Pool, thereby improving Luxor's competitive position in the Bitcoin mining-pool market.

86. At all times relevant to this action, Defendants acted in concert to secure additional Hashrate for the Luxor Pool, including by targeting Plaintiffs and similarly situated persons for investment contracts with Blockware.

87. Defendants induced Plaintiffs to purchase Machines while ensuring Defendants' total control over the Machines' operations *within* the Luxor Pool.

88. Defendants mischaracterized the Luxor Pool as "the Blockware Pools" when inducing Plaintiffs to enter investment contracts and when describing the relevant Bitcoin mining pools in their operative contracts.

89. Defendants represented that Plaintiffs would "use the Blockware Pools, for [Plaintiffs'] operations at the Facility."

90. But as Defendants knew at the time, in truth there was no such thing as "the Blockware Pool."

91. Blockware does not actually operate "the Blockware Pool" as a Bitcoin mining pool; in fact, "the Blockware Pool" is nothing more than a subdivision of the Luxor Pool.

92. Luxor, not Blockware, operates the Luxor Pool.

93. Plaintiffs never had any contractual relationship with Luxor setting Plaintiffs' rights and responsibilities in the Luxor Pool.

94. Yet Blockware represented to Plaintiffs that Luxor charged service fees payable by Plaintiffs, all of which Luxor routed through Blockware, its insider, not directly to Plaintiffs.

95. In exchange, Defendants promised to share revenues with Plaintiffs, but with the catch that those revenues were tethered to Plaintiffs' advance payment of the capital necessary to operate the Machines.

96. When Plaintiffs requested to remove their Machines from the Luxor Pool, Defendants refused Plaintiffs' request.

97. Defendants stated they "only allow Luxor" to be used as the Bitcoin mining pool for the Machines subject to the investment contracts Blockware sold to the Investors and others similarly situated.

98. Defendants specifically refused Plaintiffs' request to change the Bitcoin mining pool from Luxor to Ocean, a Bitcoin mining pool operated by non-party Bitcoin Ocean, LLC.

99. To be profitable, Bitcoin mining requires near-constant uptime or "hashing."

100. At all times relevant to this action, the industry standard for uptime for Bitcoin mining machines was not less than 95%, *i.e.*, annual downtime should be less than three weeks per year.

101. As part of the unregistered securities Defendants sold to Plaintiffs, Defendants required them to advance estimated expenses for operational costs associated with Defendants' operation of the Machines.

102. Defendants exercised exclusive control over calculations of those expenses, which varied dramatically over the Investment Term for Plaintiffs' machines.

103. Because Defendants could not secure uptime of 98%, Defendants' pre-contract modeling of anticipated profits and losses were miscalculated and contained material misstatements of fact and omissions of facts which were necessary to include to make Defendants' statements, in the light of the circumstances in which they were made, not misleading.

## DEFENDANTS' PUBLIC OFFERINGS OF INVESTMENT CONTRACTS

104. On November 20, 2024, Defendant Blake Davis held a publicly accessible videoconference to publicly market investment contracts offered by Blockware.

105. Jarrett attended that publicly accessible videoconference on behalf of Canary.

106. At 2:08 p.m. EST on November 20, 2024, Jarrett wrote Davis to inquire further about the investment contracts Blockware had publicly offered and which Davis had just promoted in Blockware's publicly accessible video "webinar."

107. Jarrett wrote, "Hey Blake, Thank you for the informative live discussion today. I'm interested in exploring this more. I did wonder when mining BTC that BTC goes into a personal hardware wallet and you don't receive it in cash, right? My ultimate goal is to have more BTC than what I am able to buy on the spot market currently. When do most people break even on their investments, roughly 13 months? I know the price of BTC plays a role. I'd set up an account through my LLC to help take advantage of the benefits of a business. Are there discounts for purchasing multiple miners? Also, is there insurance for natural disasters? Thank you for your time, Jordan."

108. Jarrett's message demonstrated his then-unsophisticated understanding of Bitcoin mining, including his uncertainty about the mechanism of transfer of pro rata Bitcoin rewards to a wallet. Jarrett's message showed he had a limited understanding of how mining pools operated.

109. At 3:03 p.m. EST on November 20, 2024, Davis replied to Jarrett, adding to the thread Blockware Sales (sales@blockwaresolutions.com).

110. Davis explained to Jarrett, "yes, you receive payouts in BTC to the wallet of your choosing, not in USD." And that "the breakeven point is dependent on the market" though "[i]f you're bullish on BTC and expect the historical relationship between price action and difficulty to continue, then it would be reasonable to expect your breakeven to be sooner than [13 months]." And Davis explained, "payback period is driven by the market, but is also impacted by the ability to resell hardware."

111. Two minutes later, at 3:05 p.m. EST on November 20, 2024, without ever before having been involved in the communications, Defendant Mason Jappa joined the email correspondence unprompted.

112. Jappa wrote, "We highly recommend setting up an LLC, this will also allow you to depreciate the mining rigs for tax purposes."

113. Jarrett replied, "Thank you Blake, I'm trying to figure out my investment amount."

114. Jarrett explained, "I have a scenario and some questions. Currently if I bought spot BTC right now at $94,000 I could have around 22 BTC. If I were to instead put that into mining how long would it take to mine 22 BTC? And potentially how much more could I stack over time? Would I be able to get to 22 BTC in 13 months? if one miner mines 0.14 BTC in a year, then ~260 miners would mine around 36.4 BTC/year? Are those the right numbers? Also, curious to know how much pooling plays in combining all the hashrates and receiving a portion of the BTC mined, do your miners participate in larger pools? What would be the reason to or not to?"

115. Davis replied, "Happy to walk you through that scenario. For your reference, I've attached a custom pro-forma model that allows you to dynamically display a mining investment based on BTC price and difficulty growth rates."

**THE MANN SPREADSHEET**

116. That "custom pro-forma model" was the spreadsheet excerpted on the following page:

**BLOCKWARE**

*This model is provided as is. We take no liability. You are responsible for your decisions.

*Orange Cells = Adjustable Inputs

| BTC & Mining | |
|---|---|
| BTC Start Price | 92,000 |
| BTC Growth Rate (MoM) | [redacted] |
| Difficulty Start Value | 102,289,407,543,323 |
| Difficulty Growth Rate (MoM) | [redacted] |
| Pool Fee | 2.00% |
| Rig TH/s | 270 |
| Rig kWh | 3.645 |
| Number of Rigs | [redacted] |
| Current Block reward | 3.125 |
| Block Reward Post Halving | 1.5625 |

| Energy | |
|---|---|
| % Uptime | [redacted] |
| Electricity Rate ($/kWh) | $0.078 |

| Rig Costs | |
|---|---|
| Cost per Rig | $7,965.00 |
| Set-Up Fee per Rig | $25.00 |
| Rig vs. BTC Price Beta | [redacted] |
| Rig Salvage Value | 285% |

| General | |
|---|---|
| Start Date | 12/15/2024 |
| Halving Date | 6/1/2028 |
| Investment Term (Years) | [redacted] |

| Outputs | | |
|---|---|---|
| Strategy | Selling | Holding |
| Cost of Capital | 12% | 12% |
| NPV | $4,706,252.31 | $ 8,220,351 |
| IRR | 74.22% | 56.93% |
| MOIC | 4.59x | 4.31x |
| Annualized ROI | 46.35% | 67.90% |
| Net Cash | $7,545,549.25 | $14,609,611.43 |
| Total BTC | ₿ 35.116514 | |
| Avg $BTC | $203,790.60 | |
| Avg Difficulty | 171,054,170,818,778 | |

| | | Month 0 12/15/2024 | Month 1 12/31/2024 | Month 2 1/31/2025 | Month 3 2/28/2025 | Month 4 3/31/2025 | Month 5 4/30/2025 | Month 6 5/31/2025 |
|---|---|---|---|---|---|---|---|---|
| **BTC Stats** | | | | | | | | |
| Block Reward | | 3.125 | 3.125 | 3.125 | 3.125 | 3.125 | 3.125 | 3.12 |
| Price | | $ 92,000 | $ 94,760 | $ 97,603 | $ 100,531 | $ 103,547 | $ 106,653 | $ 109,853 |
| Difficulty | | 102,289,407,543,323 | 1.04335E+14 | 1.06422E+14 | 1.0855E+14 | 1.10721E+14 | 1.12936E+14 | 1.15194E+1 |
| **Set-Up Costs** | | | | | | | | |
| Total Hardware Cost | | 1,991,250.00 | | | | | | |
| Set-Up Fee | | 6,250.00 | | | | | | |
| 2 Month Hosting Deposit | | 105,763.32 | | | | | | |
| Total Upfront Cost | | $ 2,103,263.32 | | | | | | |
| **Mining** | | | | | | | | |
| Max TH/s | | | 67500 | 67500 | 67500 | 67500 | 67500 | 6750 |
| Uptime | | | 98% | 98% | 98% | 98% | 98% | 98 |
| Total TH/s | | | 66150 | 66150 | 66150 | 66150 | 66150 | 6615 |
| Total TH/month | | | 91445760000 | 177176160000 | 160030080000 | 177176160000 | 171460800000 | 17717616000 |
| Expected Mining Reward | | | 0.63771 | 1.21134 | 1.07266 | 1.16430 | 1.10465 | 1.1190 |
| Pool Fee | | | -0.01275 | -0.02423 | -0.02145 | -0.02329 | -0.02209 | -0.0223 |
| Net BTC Mined | | | ₿ 0.624955 | 1.18711 | 1.05120 | 1.14101 | 1.08255 | 1.0967 |
| | $usd | | $ 59,220.77 | $ 115,865.14 | $ 105,678.39 | $ 118,148.14 | $ 115,457.86 | $ 120,476.13 |
| Electrical cost | | | (26,747.88) | (51,824.03) | (46,808.80) | (51,824.03) | (50,132.28) | (51,824.03 |
| Rig Salvage Value | | | - | - | - | - | - | - |
| BTC Sale (holding only) | | | - | - | - | - | - | - |
| Net Mining Proceeds | | | $ 32,472.88 | $ 64,041.11 | $ 58,869.59 | $ 66,324.12 | $ 65,305.58 | $ 68,652.10 |
| Net - Selling | $ | (2,103,263.32) | $ 32,472.88 | $ 64,041.11 | $ 58,869.59 | $ 66,324.12 | $ 65,305.58 | $ 68,652.10 |
| Net - Holding | $ | (2,103,263.32) | $ (26,747.88) | $ (51,824.03) | $ (46,808.80) | $ (51,824.03) | $ (50,152.28) | $ (51,824.03 |

117. That spreadsheet was created on or about June 5, 2015, and was authored by Defendant Clayton Mann (hereafter, "Mann Spreadsheet"), as shown below:

**Properties**

| | |
|---|---|
| Size | 168KB |
| Title | Add a title |
| Tags | Add a tag |
| Categories | Add a category |

**Related Dates**

| | |
|---|---|
| Last Modified | |
| Created | 6/5/2015 1:17 PM |
| Last Printed | |

**Related People**

| | |
|---|---|
| Author | CM Clayton Mann |
| | Add an author |
| Last Modified By | Not saved yet |

Show All Properties

118. Defendants have employed variants of the Mann Spreadsheet since as early as June 5, 2015, the date its metadata shows it was created, including through all times relevant to this complaint.

119. The Mann Spreadsheet identified the undertaking as an "Investment Term."

120. The Mann Spreadsheet systematically undercounted electricity cost and portrayed electricity cost as foreseeably static, when in fact it was necessarily dynamic.

121. The Mann Spreadsheet knowingly undercounted electricity cost and portrayed electricity cost as foreseeably static, when in fact it was necessarily dynamic.

122. Defendants conveyed the Mann Spreadsheet to Jarrett despite actual knowledge that electricity cost would not be static but was instead necessarily dynamic, particularly in Texas, where Defendants would operate many of Plaintiffs' Machines, subject to foreseeable and frequent curtailment—another undisclosed mechanism-of-profit for Defendants or their privies.

123. The Mann Spreadsheet suggested the four variables for monthly electricity cost were (1) Rig kWh; (2) Number of Rigs; (3) % Uptime; (4) Electricity Rate.

124. The Mann Spreadsheet resulted in an electricity cost of approximately $8.36/day/Machine.

125. According to the Mann Spreadsheet, in months with 31 days, assuming a fleet of 250 Machines, Plaintiffs would accrue electricity cost of $51,824.03, or a monthly per-machine cost of approximately $207.30.

126. According to the Mann Spreadsheet, in months with 30 days, assuming a fleet of 250 Machines, Plaintiffs would accrue electricity cost of $50,152.28, or a monthly per-machine cost of $200.61.

127. But the Mann Spreadsheet did not project any increase in electricity costs over the four-year period of the "Investment Term."

128. When Mann created the Mann Spreadsheet, all Defendants knew that electricity costs would likely increase over time.

129. Mann did not factor in that likely increase when devising the Mann Spreadsheet.

130. Between June 5, 2015, when Mann devised the Mann Spreadsheet, and November 20, 2024, when Davis began soliciting and coaching Plaintiffs to purchase Defendants' investment contracts, average industrial-use electricity costs in Texas, Georgia, and Kentucky had increased substantially.

131. When Davis communicated the Mann Spreadsheet to Jarrett, Davis knew that electricity costs were likely to increase over time.

132. At all times relevant to this action, all Defendants knew that electricity costs were likely to increase over time.

133. At all times relevant to this action, all Defendants knew that electricity costs were the single most-expensive input cost for Bitcoin mining.

134. Before Blockware transmitted the Mann Spreadsheet to Plaintiffs, some or all the Defendants had made public comments showing their knowledge that electricity costs were likely to increase over time.

135. Before Blockware transmitted the Mann Spreadsheet to Plaintiffs, some or all of the Defendants had made public comments identifying Defendants' existential risks as including the need to obtain capital without "giving away" too much "equity" to investors.

136. At all times relevant to this action, Defendants intended to shift the burden of paying for electricity costs from Defendants to Plaintiffs, and persons similarly situated.

137. To mine Bitcoin profitably, Defendants had to operate Plaintiffs' Machines in a manner that ensured consistent uptime at or above industry-standard levels.

138. The Mann Spreadsheet's projected uptime of 98% exceeded the industry-standard approach of 95% uptime.

139. Defendants knew at all relevant times in this action that Defendants would not plausibly achieve 98% of uptime for Plaintiffs' Machines over a four-year "Investment Term."

140. Because Defendants exercised exclusive control over Plaintiffs' Machines, Plaintiffs had no control over the uptime or electricity costs associated with the operations of their Machines.

141. Defendants were the least cost avoiders both to ensure consistent uptime for Plaintiffs' Machines and reduce electricity costs.

142. Yet Defendants induced Plaintiffs into purchasing the Machines and entering the investment contracts to shift the burden of input costs away from Defendants to Plaintiffs, while increasing the benefits for the Luxor Pool, and while extracting inflated "pool fees" from the revenue generated by Plaintiffs' Machines' mining.

143. The Mann Spreadsheet contained no reference to curtailment or demand-response obligations.

144. Davis and Jappa's sales pitches to Plaintiffs contained no reference to curtailment or demand-response obligations.

145. At all times relevant to this action, including at the time of Defendants' written and oral solicitations to Plaintiffs, Defendants had contracts with third-party service-providers, including electric utilities, landowners, or site-hosts, which specifically contemplated Defendants' curtailment and demand-response obligations.

146. Defendants failed to disclose those contracts during their written and oral solicitations to Plaintiffs.

147. Defendants stood to receive compensation or other benefits, directly or indirectly, in the event of curtailment or demand-response under those contracts.

148. During either involuntary curtailment or voluntary demand-response, to comply with those contracts Defendants would have to effectuate the non-operation of Plaintiffs' Machines.

149. Non-operation of Plaintiffs' Machines reduced their uptime and thus reduced Plaintiffs' profitability in the investment contract.

150. But having shifted the risk of capital-intensive Bitcoin mining, Defendants or their privies stood to profit even during the downtime caused by the undisclosed curtailment or demand-response provisions in Defendants' undisclosed contracts.

151. Defendants' failure to disclose those contracts or their terms were material omissions from their solicitations to Plaintiffs to enter into Defendants' investment contracts which were necessary to include to make Defendants' statements, in the light of the circumstances in which they were made, not misleading.

152. The Mann Spreadsheet projected that the price of Bitcoin would increase uninterrupted over time with a "BTC Growth Rate (MoM)," meaning month-over-month, starting at 3.00%.

153. The Mann Spreadsheet contained no mechanism to track the volatility of Bitcoin.

154. But historically, as all Defendants knew, the value of Bitcoin has been cyclically volatile with ebbs and flows.

155. During the drafting of this complaint, the value of 1 BTC ranged from $77,500 to $87,100, a 12.39% variance over a matter of days.

156. In October 2025, Bitcoin reached its all-time high of approximately $126,198.08/BTC, but it has lost significant value since that time.

157. Before November 2024, the value of Bitcoin substantially dropped between March 2021 and June 2021, and between October 2021 and December 2022, before large increases in value from December 2022 to July 2025.

158. As of November 2024, over the course of Plaintiffs' investment term, the Mann Spreadsheet projected the price of Bitcoin would continuously increase 3.00% month-over-month from $92,000 in December 2024 to $542,027 in November 2029.

159. Yet the Mann Spreadsheet projected that monthly electricity costs would stay static, alternating between $51,824.03 and $50,152.28, depending on the number of days in each month.

160. The Mann Spreadsheet projected Plaintiffs' monthly profit would start at $64,041.11 in January 2025.

161. But that monthly profit was dwarfed by the apex monthly profit in May 2028, which the Mann Spreadsheet projected would be $119,348.83 in monthly net profit (before the anticipated Bitcoin halving in June 2028).

162. When Defendants transmitted the Mann Spreadsheet to Plaintiffs, Defendants knew there was no basis to anticipate 3.00% asset-value growth month-to-month indefinitely into the future.

163. There was no plausible basis to draw that conclusion given Bitcoin's historical price volatility:




September 18, 2026.




September 22, 2026.

164. The Mann Spreadsheet projected "Annualized ROI" of 46.35% if Plaintiffs sold the mined Bitcoin, but $67.90% if Plaintiffs held their Bitcoin:

| Outputs | | |
|---|---|---|
| Strategy | Selling | Holding |
| Cost of Capital | 12% | 12% |
| NPV | $4,706,252.31 | $ 8,220,351 |
| IRR | 74.22% | 56.93% |
| MOIC | 4.59x | 4.31x |
| Annualized ROI | 46.35% | 67.90% |
| **Net Cash** | **$7,545,549.25** | **$14,609,611.43** |
| **Total BTC** | **฿ 35.116514** | |
| Avg $BTC | $203,790.60 | |
| Avg Difficulty | 171,054,170,818,778 | |

Mann Spreadsheet.

165. But Defendants knew, at the time they conveyed the Mann Spreadsheet to Plaintiffs, that this annualized ROI was not based on any actual real-world data.

166. Instead, the purpose of Defendants' representations in the Mann Spreadsheet was to induce Plaintiffs to buy Defendants' unregistered securities, accept all meaningful operational risk for Defendants' scheme, and lock in the Hashrate of Plaintiffs' Machines for the Luxor Pool (not the non-existent Blockware Pool), all of which was intended to benefit Defendants while causing foreseeable harm to Plaintiffs.

167. On November 25, 2024, Jarrett signed the "Blockware Master Agreement" in his capacity as manager of Canary Holler Holdings, LLC.

168. Canary purchased 49 Bitmain S21 195T ASICs and 76 Bitmain S21 188T ASICs to be operated by Blockware at a "Blockware Hosting Facility" with a "Pool Fee" of 2.0%; this first batch of Machines was ultimately deployed at sites in Georgia and Kentucky.

169. After that initial purchase, Jarrett continued to communicate directly with Jappa via email, text message, and Telegram messages.

170. In December 2024, Jappa personally induced Jarrett to purchase a second batch of less-efficient Machines, 200 Bitmain S19XP Hydro 257T from Blockware; this second batch of Machines was ultimately deployed at a site in Texas.

171. Jappa represented to Jarrett that "[n]o one sells hydro or immersion for cheaper."

172. On December 12, 2024, Jappa emailed Jarrett his cell phone number to begin discussions about a second purchase of miners: Bitmain S19XP Hydro ASICs.

173. On December 12, 2024, Jarrett sent Jappa a screenshot from a conversation with a competitor offering a lower hosting cost for S21 machines with a lower quoted hosting cost.

174. Despite this, Jappa told Jarrett that the S21 machines "aren't hydro. They consume more power." Jarrett responded, "Ok thanks for helping me out."

175. Bitmain's S21 is more energy-efficient than Bitmain's S19 XP Hydro, and thus more profitable.

176. Jappa's statement that S21s "consume more power" was misleading because Bitmain S19 XP Hydro ASICs are less efficient machines than Bitmain S21s, and Jappa knew that statement was misleading.

177. The hosting cost Jarrett showed Jappa, ranging from $189.51 to $209.96, was less than the hosting cost Blockware charged Plaintiffs between $298.28 and $312.63 for S19 XP Hydro Machines throughout their investment contracts.

178. Blockware charged Plaintiffs monthly operational costs of between $183.58 and $190.42 for S21 units, depending on Terahash rating. But S21 units cost far less than the $298.28 to $312.63 Blockware charged for S19 XP units.

179. Jappa added that "Those guys are selling you 8c also, Most people make you do a profit share on hydro / immersion instead of flat rate." Jarrett responded that he would not be interested in a profit sharing model, and that "Flat rate is more appealing for sure."

180. Jappa's reference to "8c" was a reference to the rate charged for electricity per kilowatt-hour ($0.08/kWh).

181. Jarrett asked Jappa when the funds to purchase the S19XP machines would be due because Jarrett had "the money in two accounts and need to consolidate funds." Jappa responded, "Ideally tomorrow or Monday" and asked, "Would that work?"

182. Jarrett responded, "Monday should or at least a 50% deposit" and Jappa replied "Okay cool. That works by me" and added "Blake will send you invoice / paperwork."

183. Jarrett then added that "I could have ~400k Monday." Jappa said, "that works" and Jarrett added that he could send "the rest once it lands in Schwab." Jappa confirmed, "You got a deal ***I got you locked in*** I. [sic] If you get us that by Monday and the rest next week." (emphasis added).

184. Jarrett responded to Jappa and said, "Ok that's at 1.4% pooling. That will help us stack sats."

185. "1.4% pooling" referred to the fees Blockware charged Plaintiffs to operate their machines within the Luxor Pool.

186. Jappa then sent Jarrett a screen shot of a text message with Defendants Blake Davis and Daniel Condon in which Jappa informed Condon and Davis of "Invoice /contract" and "Good to send $800k worth."

187. Davis responded, "200 units is $843k all in, $719.6k in hardware" and "190 is $801k all day, $683,620 in hw." Jappa responded, "190 units" and then "Wait 1 sec." Jappa then

texted Jarrett "Cost of 190 vs 200 , which do you want?" Jarrett responded, "Let's do the 200 machines." Jappa then responded that the "invoice / paperwork coming your way."

188. On December 16, 2024, Jappa asked Jarrett if "First wire still on track for today? BTC looks good[,]" including an emoji for a rising price on a chart. Jarrett responded, "Looking good, heading to Truist this morning. Big BTC moves yesterday."

189. Jappa responded, "Solid[]. Appreciate it." Jarrett replied, "Of course. Next one should be tomorrow or shortly after for the remaining amount."

190. Plaintiffs made the payments as instructed by Defendants.

191. On December 27, 2024, Jappa told Jarrett that "[t]he deployment of your machines looks like Mon/Tues just before year end. We were about to energize and the utility (unplanned) had to come in for one final inspection which pushed it a couple days. You'll be online by year end." Jarrett responded, "Great, thanks for the message Mason. I know utilities are very particular-I guess rightfully so, cant escape that." Jappa replied, "Yes, they are always last minute."

192. Jarrett responded with a question about the facility, asking "What part of Texas is it, west Texas ?" Jappa responded, "Yessir west Texas."

193. Jarrett asked if they "[e]ver do site visits?" Jappa responded "Usually no -as there is security concerns. Are you trying to visit one of the sites?" Jarrett replied, "Fair, that makes sense. Only if it was convenient and ok to do so, but no need to make an exception for me, I was just curious."

194. On December 31, 2024, Jarrett texted Jappa "Hey Mason, checking in to see if they were still planning on today for the miners to be online? Thanks man! Happy New Year, up and to the right." Jappa responded, "Hey they'll be online to you this week, happy new year to you as well."

195. On January 3, 2025, Jappa texted Jarrett that "You'll be online today." Jarrett responded, "Beauty , thanks. Ready to start stacking." Jappa responded "Yessir."

196. Jarrett asked, "How was NYE with Michael [Saylor]?" Jappa responded "It was amazing" and added "Imagine a party with an unlimited budget []and just all the Bitcoin Ogs walking around[.]" Jarrett noted, "I bet it was a hell of a networking event too[,]" to which Jappa replied, "Yeah I talked to all my heroes."

197. Jarrett responded, "Very dope, they must be more bullish than ever considering they've been in the game with conviction more than any." Jappa responded, "Oh yeah. Everyone is very bullish. Especially in 2025."

198. Jarrett responded, "Just need to get rolling with new leadership open that's open to it and not as hostile." Jappa responded, "Yeah that's the main catalyst." Jarrett responded, "The stock market will be a bit of a drawdown."

199. On January 3, 2025, Jappa wrote to Jarrett that he "met Eric Trump in Abu Dhabi" and stated Mr. Trump is "definitely the most bullish / understanding of BTC in his family[.]"

200. On January 21, 2025, Jappa texted Jarrett, "Happy new year. Is everything with the deployment meeting your standards?" Jarrett responded, "Hey Mason, Happy New Year, thanks for checking in! One of the things I didn't realize is how much Texas location could go offline and I think I have 5 rigs that were lemons and need to be replaced."

201. Jappa responded, "Yes there was a small number of DOA, we'll get those fixed. Long term TX will be stable, there has been some major winter storms / curtailments as a result there.. it snowed for the first time in Houston today in like 100 years." Jarrett replied, "Yea I saw that, I'm leaving Copper Mountain and it was -10. Otherwise I think the deployment is good, I'm still trying to figure out the performance/ roi." Jappa responded, "ROI is very good. Should be in

the 50-70% IRR range right now" and added "we will have the marketplace live there soon also so the data will be easier to track."

202. Jarrett responded, "I think Blake is going to help me map it out, wanting to see when I'll have what amount of BTC to prep for a BTC mortgage company for the home purchase this summer." Jappa responded, "Yes he will. We will have all the data. Which BTc [sic] mortgage company you using?" Jarrett responded "I think there are a few companies that can use BTC as collateral to access better interest rates." Jappa sent a link to "Milo" 30 year crypto mortgage and added "I know these guys if you need intro."

203. Jarrett responded, "Idk actually. That's part of the research I need to do."

204. On February 10, 2024, Jarrett texted Jappa, "Hey Mason, quick question" and sent images of Blockware invoices. Jarrett asked, "The banking details are correct for billing?" "This isn't phishing?" Jappa responded, "Yes that's correct!" Jarrett responded, "Ok, thanks. ..shew I was getting confused and little nervous."

205. Jarrett referenced making payment to Blockware's bank account at Evolve Bank and Trust, with a routing number associated with Evolve Bank and Trust's West Memphis, Arkansas location. Jappa confirmed, "Yes that's correct!"

206. Thereafter, Blockware received Plaintiffs' wire transfer transmitted to Evolve Bank and Trust's West Memphis, Arkansas branch.

207. On February 27, 2025, Jarrett texted Jappa, "Hey Mason, I know at one point the hydro miners were in high demand and selling quickly. Is that still the case, have you seen a shift in the market?" Jappa responded, "Yes the XP hydro still in high demand" and added, "Pricing on that deal was amazing."

208. Jarrett responded, "Do you have customers that would be interested in purchasing some of mine?"

209. Jappa replied, "Yes probs" and added "You need cash why sell now?" Jarrett responded, "Yes, mostly for that reason." Jappa responded, "Okay, how many you want to sell?" to which Jarrett responded that he wanted to sell half of the miners.

210. Jarrett asked if "the tariffs played a role on miner prices or are they mostly similar to where they were a few months ago[.]" Jappa replied, "They the same even today" but added "the tariffs could impact and make the USA plugged in go up a lot."

211. Jarrett responded, "Ok that makes sense, I was wondering if that was playing out or potentially going to? I guess it hasn't yet and more of a wait and see." Jappa replied, "I would wait to that point" and "Hasn't been priced in yet[.]"

212. In response to Jarrett's statement that he was considering selling half of his miners, Jappa asked, "At a breakeven atleast [sic] right" "Aka you bank the mining rewards so you were profitable[.]" Jarrett responded, "yea at the usd cost I purchase the miners for[,]" to which Jappa responded, "For sure" with a "thumbs up." Jarrett responded, "I think it has been a little choppy with the weather slowing down operations out there. Seeing what the true up looks like in a few days."

213. As of February 27, 2025, Defendants had failed to provide 98% uptime at any of the locations where Defendants stored and operated Plaintiffs' ASICs.

214. On March 3, 2025, Jarrett texted Jappa, "Hey Mason, you think any of your clients or coworkers interested in the XP hydros?" Jappa responded, "Hey – this is on our radar, we will bring offers for machines as we have them." Jarrett responded, "Ok great, thank you"

215. On March 5, 2025, Jappa texted Jarrett, "Btw on the hydros we are in peak curtailment season in TX. They will be more stable going forward and will average uptime of 95% +" Jappa added, "Dec / Jan / Feb are the highest curtailment months of the year." Jarrett responded, "Yea I saw that in Jan and a lot in Feb. I think 12 days the machines were throttled down in Feb." Jappa responded, "Yes, the worst is behind is [sic]."

216. In truth, the "peak curtailment season" for Bitcoin mining is in the summer months, when high air conditioning demand can strain grid capacity. Not December, January, and February. Jappa knew that from his extensive and longtime experience in the Bitcoin mining industry.

217. Jarrett responded, "Unfortunately I didn't see much true up. Only $311 for Nov-Jan. But I had machines disabled and offline so I asked the team if they could review it." Jappa responded, "These are still amazing long term play . There will be true up." Jarrett responded, "Next few months will be better !"

218. Jappa responded, "They came online late December / early Jan if I recall, for Nov/Dec were you mentioning other machines?" Jarrett responded, "At thanksgiving I started with 125 machines: s21 188t (76 machines) and s21 195t (49 machines." Jappa responded, "Those S21 should have been really stable."

219. Jarrett responded, "Hydros didn't get online until early / mid Jan. But at least 5 were duds."

220. Jappa responded, "Run in KY we rarely have curtailments there" and added "The duds will be replaced" and "you won't be billed for those." Jarrett responded, "I may have been charged for some of the machines as if they were running." Jappa responded, "I'll sync with billing team on your fleet." Jarrett responded, "Ok great thanks. It looks like I may have been charged for

some of the hydros while they've been repaired. A few machines in Kentucky had to get repaired for about a month."

221. Jappa responded, "March 7 we may get SBR announcement." Upon information and belief, "SBR" is a reference to the "Strategic Bitcoin Reserve."

222. Jarrett responded, "Jesus that's would be rocket fuel" and added "I just pray he doesn't dilute the mission and public confidence with absolute dogshit VC tokens." Jappa responded, "He's going to give them favorable policy, which is more good than bad. Keep in mind all these profits from those coins rotate back to BTC. Some of the Maxi's absolutely hate many of the other coins but some aren't bad and have good tech. I'm more so of a Bitcoin evangelist vs Maxi."

223. Jappa also told Jarrett that "Trump also said he's bringing back 100% depreciation retro to 1/20/25. This will be big for our clients / the mining space / the US economy." Jarrett responded, "That means you can full depreciate machines ? What is the ruling now ?" Jappa responded, "This has to pass put I have no doubt it will. You can do 80% now."

224. Jarrett responded, "Thanks! For sharing, I should have known this but didn't" Jappa responded, "Yeah you should be doing this with taxes for sure[.]" Jarrett responded, "And miners don't have to hold machines for 5 years? Because I thought that was the case for business cars." Jappa responded, "No just if / when you sell you have to true that up." Jarrett responded, "Ok gotcha , have to depreciate for the amount of time someone owns it." Jappa responded, "Well you can do accelerated depreciation. So he's saying you can do that to 100% instead of 80%." Jarrett replied, "That's great, extra 20% goes a long way."

225. Between January and March 2025, Plaintiffs decided it was in their best interest to sell some of their machines on the Blockware marketplace.

226. But Jappa and the other Defendants resisted Plaintiffs' efforts to sell their machines.

227. On March 12, 2025, Jarrett texted Jappa, "Hey Mason, has there been any luck finding buyers for machines. These hydros can't be sold on the marketplace that's why I keep asking, sorry to bug you."

228. Jappa responded, "You can list them on there, then people will ping us with interest" and added "Choppy markets right now so demand has been down last couple weeks." Jarrett responded, "Ok Ive had a few bids, but wasn't able to follow through with them unfortunately." Jappa responded, "If you don't mind, ping Blake anytime you get a bid you want to take. He will handle the transaction." Jarrett responded, "Ok thanks, I've asked him before and he told me it automatically goes through. He told me there wasn't a way to locate the bidder because there was privacy concerns."

229. Jappa responded, "You want to net $14/T correct or what price you want to take?" Jarrett replied, "Im hoping to break even for all of them." Jappa responded, "You want to sell all of them now?" Jarrett replied "Yea I think it's best for me." But Jappa responded, "I really think this cycle will be amazing for mining" and added "You will end up with more BTC this route, but ultimately your call. Q3/Q4 BTC will spike, mine through then and sell the machine for more than what you paid and bank the mining profits"

230. Jarrett responded, "I think that is right, big curved ball would be the Nasdaq/Dow turns into a bear market. Idk if we've really had one of those yet since BTC has been alive – probably a low likelihood, but mostly I do need a lot of liquidity so that's fueling my decision mostly."

231. Jappa responded, "Usually I don't see people want to liquidate this quickly, mining itself is a long term play to accumulate more BTC but I understand you may have reasons I don't know."

232. Jarrett responded, "Ya I came in with a 2 year mindset but things have unfortunately shifted. But I'm not sure there is currently enough interested buyers on Blockware to off take all miners." Jappa responded, "There will be over time" and added "Right now we have everyone entering into S21 hydro with a new partnership with a pubco. We kind of move deal by deal you know."

233. Jarrett responded, "Different utility? If you have interested buyers for S21 188T or S21 195T – I would be interested in selling those if the hydros do not currently get bid on." Jappa responded, "Okay cool. So you just want to sell everything?" Jarrett responded, "Ya, and I know it could take time so preparing to sell them all would allow me best chance of getting liquidity." Jappa replied, "Ok I let the team know we'll get to work." Jarrett responded, "Fantastic. Thank you, very much."

234. On April 2, 2025, Jappa texted Jarrett "This tariff situation is very good for you." Jappa sent Jarrett a link to Jappa's post on the platform X (formerly Twitter) in which Jappa stated "This is going to have a major impact on the Bitcoin Mining industry, most of the current Bitcoin Mining Server imports were coming from Malaysia / Thailand / Indonesia. Rigs already landed in the USA will become more valuable @BlockwareTeam." Jarrett responded, "The 34% China is going to be noticed immediately. Hopefully that will build up demand." Jappa replied "Yes" and continued "It 100% will and we are going to prioritize USA units like yours" and "We have some final shipments coming in prior to this going into effect."

235. Jarrett replied, "You think current or new customers will be reaching out to you soon?" and Jappa responded "Well most ppl want to just mine[,] [n]ot liquidate you know. But ppl will want to scale on USA deployed units, aka buy deals like yours. I mean this could be the asic pricing catalyst of this cycle."

236. Jappa and Jarrett continued to discuss Canary's express desire to sell its Machines.

237. Jappa advised, "I would sell some as you need but you have a chance here at some crazy returns[.] Like this could be a 2-3 x in value before you know it." Jarrett responded, "I'm open to suggestions for sure. You are way more in tune with the market and would know the real time development." Jappa replied, "Let me see how this shakes out for a bit , stay tuned."

238. Jarrett responded "Ok sounds good. Thanks for the help n input." Jappa replied, "For sure, overall good news for you[.] Wanted to let you know that personally." Jarrett replied, "That could be the good news I needed" and continued, "Thanks for texting me and thinking about my circumstance."

239. Jappa and Jarrett continued to exchange text messages, but Plaintiffs' requests were never heeded.

240. On April 8, 2025, Jarrett reported to Jappa that "Blake said he is having a difficult time getting anyone to buy the miners. Feels like it is one bit of bad news away from being unprofitable. Other than turning miners off do any other solutions come to mind?" Jappa responded, "I don't think we will get to a state where these are unprofitable" and continued to push Jarrett to hold his machines: "Just hang tight here short term."

241. Jarrett responded, "I'm only 1-2k away from it right now. 1.10 BTC on 30 day. Which is around $85,000 dollars and that is pretty much what I pay month for all these." Jappa replied, "The B/E is 8.3c kWh right now , don't think you are including credit back you receive

on downtime." "B/E" was a reference to "break-even," meaning that mining profitability depended on securing an electricity price of less than $0.083/kWh.

242. On April 15, 2025, Jarrett texted Jappa, "Hey Mason, any signs of increase demand for miners since the tariffs?" Jappa responded, "Yeah for sure, we have to sell out of 2 deals before we move to yours but those have been moving." Jarrett responded, "Ok thanks, that's reassuring, how many are needed to sell? When can I expect that to happen? Blake said there is another hydro seller willing to give a significant discount, which gives me some concern that there will be a lot of similar miners coming on marketplace at once."

243. Jappa replied, "That guy has like 30-40 rigs , you are really the only one wanting to sell the XP hydro right now other than him."

244. On May 11, 2025, Jarrett texted Jappa, "Hey Mason, wondering if you or anyone at Blockware would be interested in buying these hydros? These things were selling like hotcakes a few months ago and the mining situation for someone is probably even more favorable now than before." Jappa responded "I would keep them listed, I think you'll be able to exit in full over the summer" and continued "Some slowly have been selling on marketplace."

245. They continued to discuss the sale of Jarrett's miners. As they discussed pricing for Jarrett's miners, Jarrett added, "Knowing you guys are raising money and that could be a backstop in the future if needed is a bit of a relief to hear too." Jappa responded, "Yes[.] I'm raising $50m for Blockware [a]nd $10m for hashrate hackers. Both will be buying machines."

246. Jappa reassured Jarrett: "My point is you'll be OK" and Jarrett responded, "Ya, thanks man for the reassurance. It looks like all the arrows are pointing that way." Jappa replied, "Indeed[.] Always here for chatting."

247. On May 14, 2025, Jappa and Jarrett discussed the status of Jarrett's machines yet again. Jarrett sent Jappa a screenshot of a promotion. Jarrett wrote, "Hey Mason, I think the promo gained some interest, I nearly had a few sold the other day, but they didn't go through with it." Jappa responded, "Yeah these means the TX weren't actually completed[.] You are the liquidity here on these so just give it time."

248. Jarrett responded, "Damn I was hopefully. I was moving machines. Blake is suggesting selling hydro at $13/T and S21 at $20/T, which I'm pretty much at already any they aren't budging." Jappa responded, "I outlined everything for you above brother[.] Just hold tight.. It will take time, I will have Blake stay in touch with you." Jarrett replied, "Maybe by the time you raise your round you'll be interested in buying these if they haven't been sold already." Jappa responded, "Yes" and "Your deal is one of the best out there right now."

249. Once again, Jappa's promises reassured Jarrett, and Jarrett said, "That's a safety net in case[.]"

250. On June 9, 2025, Jarrett told Jappa, "I saw on Blockware marketplace to get a deal score of a 100, I have to sell my miners around $2000/rig. I can't afford to take a 50% haricut on them especially only after a few months of owning them."

251. Again, Jappa advised Jarrett to hold: "You don't need a deal score of 100, stay the course my friend exactly everything that we discussed[.]"

252. But Jarrett pushed back: "Making me anxious they are constantly depreciating in a bull market." Again, Jappa reassured Jarrett: "They aren't in reality[.] The marketplace is p2p it's not perfect[.] The secondary market is the same[], and rigs will decouple soon they in general are cheap compared to what they should be."

253. Jarrett asked Jappa if there were buyers in other secondary marketplaces. Jappa responded "There is no other marketplace. We have the only one."

254. Jarrett responded, "I'd like to know what these machines would sell for to other hosting companies." Jappa did not respond to that statement.

255. Jarrett mentioned, "miners performance is only at 90% but I'm paying hosting fees as if they are operating at 100%." Jappa responded, "[y]ou'll get an email shortly discussing that from our operations team, we are working on a solution."

256. Thus, as of June 9, 2025, Defendants were not achieving 98% uptime, as promised in the Mann Spreadsheet, and were well below industry-standard operations of 95% uptime.

257. Jappa admitted, "this site they're at is our highest curtailment site."

258. Jappa directed Jarrett to other persons "on questions for ops" identifying kentaro@blockwaresolutions.com and Defendant Davis as Plaintiffs' points-of-contact.

259. Rather than address operational issues, Jappa stated, "I am working on raising capital etc[.]"

260. On June 10, 2025, Jarrett texted Jappa, "not sure how this ends without a significant 500k loss." Jappa responded, "It won't be just stay the course. You'll end up with a profit."

261. Jarrett responded, "I think the more I stay the course the less options I'll have to recoup[.] I spoke to a few other host and they won't host other machines from other companies or buy them. So I'm locked in without a window to jump out of regardless." Jappa replied, "This was supposed to be a long term investment, I get things changed for you but let this cycle mature a bit, take a breather. Texting me everyday / week about this isn't healthy you know[.] I laid out that even I am working on an exit strategy for you outside of what we provide on the marketplace / for other clients."

262. Jarrett responded, "True. I just having a hard time wrapping my head around it all and it's not working. Miners down 40% in value in a bull run after 6 months."

263. Jappa responded, "The miners aren't down 40%." Jarrett responded, "The s21s on eBay brand new are selling at that price." Jappa replied, "This isn't eBay lol. We offer a full service[.] You are discounting our platform and brand to $0 with your logic."

264. During the summer of 2025, as curtailments resurged again, Plaintiffs began to research alternative mining pools to join instead of the Luxor Pool.

265. On June 26, 2025, Jarrett asked Jappa, "[D]o you guys have the availability to use OCEAN pool instead of Luxor. Something isn't right with rewards, they have to be taking more than 2% - is there a report to run internal to show me?"

266. Jappa responded, "We only allow Luxor for now – I am certain they aren't taking more than 2% we can double check though, if you don't mind on requests like this can you ping Blake or file a support ticket?"

267. Jarrett responded, "Yes. I will thanks – can be provider report on mining pool. I met with Ocean folks yesterday at Bitcoin Policy Summit – looks like I'd receive nearly double the awards using that pool." Jappa replied, "That is simply not true lol."

268. But Jarrett linked Jappa to "OCEAN – Statistics" and noted, "I think this is what was referenced[.] You can see everything it's open sourced and no kYc."

269. Almost a month later, Jappa responded "Meant to reply on Ocean – they are PPLNSthey only have higher rewards when they mine a block. On average over a 1 year cycle for example its = to PPS. Luxor and myself looked at the data."[5]

---

[5] PPLNS refers to "Pay-Per-Last-N-Shares," a pooling method that pays Bitcoin miners only when the mining pool secures a block reward, in contrast with FPPS, or "full pay-per-share." *See* n.1, *supra*.

270. Jarrett asked Jappa, "What does Luxor charge Blockware in pool fees, they may be extracting a large reward before distribution to your account. Having all that on a public leger provides transparency for miners – like Ocean is open source."

271. Jappa responded to the pool fee issue by stating, "Luxor does not extract fees – I have the actual data, but I cannot share it publicly." Jappa continued, "Ocean does good marketing and gets people to believe xyz. PPLNS has its risk, there are periods where they underperform PPS+ significantly. Stratum V2 will be interesting as well."

272. Again, Jappa refused to interface with Plaintiffs about "ops stuff," stating "Sorry about the experience, 99% of our clients our [sic] happy, the 1% unhappy are tied to that XP Hydro sites we're working on solutions.."

273. Jarrett responded, "Yea, a lot of my struggles are a result of that site and the s21s haven't been friendly to me. A lot of repairs in short time. Fair, well you are full time in the industry so I trust your research."

274. Jappa replied, "I have been mining on every pool in existence, we have the data over the years . FPPS remains the best solution for the masses imo." Jarrett replied, "Thank you , that goes along way, more than you know."

275. On August 4, 2025, Blockware sent Plaintiffs and other of Blockware's partners an email with subject line "TX-DP Site SLA Billing Adjustment." The email stated, "the uptime issue is outside of Blockware's control," but "we recognize its impact and are taking proactive steps to better align with your expectations." Blockware's email purported to modify the underlying contract between Blockware and Canary without any assent from Plaintiffs.

276. On August 4, 2025, Jarrett texted Jappa "Hey Mason, I hope you're doing well, I had a productive conversation last week with Dan and Blake. I'm not sure if that was your direct

input or not, but thanks for some progress. I wanted to see how things were shaping up and if this still remained for repair fees waived and overall exit strategy and possibly moving GA to KY?"

277. "Dan and Blake" referred to Defendants Daniel Condon and Blake Davis.

278. Jappa responded, "Hey Jordan, can you stay in touch with my team vs me on this? I'll stay in the loop with them. Thank you!"

279. After six more weeks passed, Jarrett reached out again to Jappa.

280. On September 19, 2025, Jarrett texted Jappa "Hey Mason, I hope you're well (I apologize in advance if I'm bugging you – not my intentions). I'm not sure if Blake reached out to you, I've been trying to get answers, but unfortunately I haven't been able to connect and Rich Ferolo informed me that my situation is normal (although it doesn't seem normal and I've been told it's not) and it's my fault for taking the risk of mining with y'all – that I must take responsibility of the poor outcome/operations and get over it. I hope that's not how blockware feels – based on our conversations that doesn't seem the case. I believe and appreciate the direness of the situation and experience. I hope we can figure something out soon. Thanks again for your time and consideration."

281. Jappa never responded.

282. Despite Jappa's non-response, Plaintiffs continued to work to mitigate the harms they were suffering from Defendants' scheme.

283. On September 30, 2025, Jarrett emailed Defendants Condon, Jappa, and Davis to try to find solutions for Plaintiffs' escalating financial challenges caused by Defendants' investment contracts.

284. In that email, Jarrett noted Canary's total spend of $1,244,146 on ASICs with an additional deposit of $165,878, a set-up fee of $8,125, and that Plaintiffs paid hosting fees of $146,909 in cash.

285. But as of September 30, 2025, Plaintiffs had calculated revenue of only $259,275.

286. Jarrett asked Condon, Jappa, and Davis "to brainstorm on ideas or strategies to improve my odds of breaking even?"

287. On October 2, 2025, Condon replied "briefly I want to acknowledge receipt of your email. I'm also looping in our CSO, Megan Anderson. We will regroup and revert back asap, no later than early next week."

288. At the time, Condon was Blockware's Chief Revenue Officer.

289. On October 6, 2025, Condon added Defendant Brooks-Anderson stating, "We are meeting on this tmrw and will revert back asap."

290. At 12:29 p.m. ET on October 7, 2025, Condon proposed a call on October 9, 2025, with Jarrett, Condon, and Brooks-Anderson.

291. Less than an hour later, Jarrett confirmed his availability.

292. On October 9, 2025, 18 minutes before the call was to begin, Condon told Jarrett, "Very sorry to do this on short notice but Megan has a travel delay that will make today's timeslot no longer work. Can we look at Tuesday or Thursday of next week?"

293. The next day, Condon followed up "to gauge" Jarrett's schedule, and Jarrett replied, "Tuesday morning 11 am works for me."

294. Again, Defendants did not respond.

295. On Wednesday, October 15, 2025, Jarrett asked Condon, Jappa, Davis, and Brooks-Anderson, "Are you able to meet next week?" Condon replied, "Yes – what days/times work for you next week?"

296. On October 17, 2025, Condon confirmed Defendants' availability for a call.

297. But on October 23, 2025, Defendants canceled again.

298. Removing Jappa, Davis, and Brooks-Anderson from the email correspondence, Condon stated, "Jordan, I know it seems we're ignoring you, but Megan is sick today. I rescheduled for tomorrow at 2 pm ET. Does that time work for you? If not please propose some alternatives. I promise you we will have this meeting ASAP and Megan is the right person for you to meet with."

299. Jarrett responded, "I must admit this is a bit unsettling since it was a last minute cancellation similar to the previous time. I do know life happens and things are out of our control sometimes, but I have been trying to get out of this scenario since January and every day is a slot for me until I get some type of resolution. Could you speak briefly of my options?"

300. Through Condon, Defendants disclaimed responsibility for the harms their investment contracts caused Plaintiffs.

301. Condon claimed, "We've provided options and taken good faith measures including proactive true ups, repair credits, lowering your commission % for selling rigs on the Marketplace, and extending significantly more internal resource time across several departments that [sic] is otherwise typical."

302. Jarrett responded, "Excluding my deposit money, I'm nearly 900k from breakeven and making ~$700/day profit (and that number is going down every two weeks) I'll never recover. I hope Megan is able to unlock a path."

303. Condon replied, "We do not control the market, Jordan. Bitcoin has pulled back significantly. Eventually, it will run significantly. This is a long game and you will ultimately crush it." Eventually, Condon suggested there "may be a window at 12 pm" for a call on October 24, 2025," advising Jarrett to "hold tight."

304. On October 24, 2025, Condon, Brooks-Anderson, and Jarrett had a 33-minute call about the situation.

305. During that call, Brooks-Anderson gave reassurances to Jarrett based on her experience in the Bitcoin mining industry, including her tenure as Chief Operating Officer at Riot Platforms, Inc. (NASDAQ: RIOT).

306. Brooks-Anderson stated, "By the way, mining in the summer is hell. You can imagine having a fleet of 90,000 miners and your mining drops in the summer, and you're like, 'ah, my bonus is tied to this, this is great.' So, I understand—so just, understanding that summer is a terrible period for mining, so let's just talk about what you feel and what's been going on-the issues overall."

307. Brooks-Anderson stated, "the other issue with ERCOT is—like—for your site, we do not control when they curtail. Now if you have a really terrible winter, most of the time you're selling back power for like a two-day period if we had a freeze, like we had a huge storm, by the way, I'm in Texas that's why I say 'we.'"

308. Continuing, Brooks-Anderson stated, "the other thing is Bitcoin mining ***is*** a risk, you know the ROI can be extremely high, and I'm gonna tell you that because, you know, I grew with a company that went to $4B market cap. So, crypto can be a blessing and a curse, and you kinda have to ride the waves. And we're going to come up with some solutions for you, but I'm

just talking about mining overall. In a perfect world, you would have 99% uptime, right? It would be great. That is not the environment that we are in."

309. Continuing further, Brooks-Anderson stated, "And sometime ERCOT demand is required, so there are some benefits. Like, I will tell you, RIOT owns their own machines, they act as a virtual power plant. They sell back power constantly and make a huge profit, right? These facilities, that's not the method. What's happening is they curtail on peaks and valleys."

310. At the time of that conversation, Brooks-Anderson referred to the dollar price of Bitcoin as approximately $111,000 "or whatever it is today."

311. Brooks-Anderson said, "you said, 'promise.' And I'm gonna choose that word because I'm not exactly sure, so, when you say 'promise' were you promised an ROI? What did you feel like should have been a promise or was a promise?"

312. Jarrett responded, "One of the main reasons I signed up was the modeling. The modeling has not been correct. Even if I run it as your guys's uptimes, I think uptime is 87% on average[.]"

313. Brooks-Anderson stated, "Ok, I will tell you, you should have 60 repairs." Continuing, "OK, so the thing with miners is if you're running something 87% of the time and running it basically 24/7 with a break every once and a while for them to breathe, wear and tear occurs, environments occur, so there are going to be repairs. I understand your concern."

314. Brooks-Anderson asked, "What in a perfect world, we got off this call, you were resolved, what do you want?" Jarrett responded, "probably not to be involved, or lowering this risk incrementally [. . .] like, get out completely would be great. I don't know what that looks like or how that works. I don't know."

315. Brooks-Anderson warned Jarrett, "And please note, if you read the contract, and you have to be very careful, there are non-disclosures in your contract and confidentiality, so by us doing SLA and true-ups every month, us giving a haircut to the commission, those things have to be maintained confidentially between Blockware and you, as the client, just heads-up. I just want to make sure, if you're talking to other clients and stuff like that, just know that we work with everybody individually. We are aware of the Texas facility issue."

316. Jarrett responded, "We all want Bitcoin to do well. Honestly, I don't feel wonderful about Blockware for a lot of reasons. But I still actually do want Blockware to do well because that does matter a lot to people, the community, and Bitcoin, and me too. But I do hope and think that Danny, Blake, and now you, there's some type of common interest and compromise so I do like, I just want to say, take all that into consideration, you know what I mean?"

317. Brooks-Anderson replied, "OK, so let me, yeah, let me come up with a solution with Danny for an exit, and we'll give you multiple solutions, and we'll walk you right through this. Does that make it better?" Jarrett responded, "yeah, that makes my life a lot easier." Jarrett said, "I didn't know that there was so much things that are like out of your guys' contracts."

318. Brooks-Anderson replied, "Well we do. We do peer-pressure China. I'm very good friends with the VP of mining of Bitmain."

319. Brooks-Anderson said, "I will tell you that the underlying contracts, most of the time, our services are 'as-is' and screw-off. That is the contract." Explaining, "what has happened is, we're going in and it's a hard negotiation where Danny and I are going back-and-forth with legal and we're providing protections for the clients because in the past it's been the Wild West."

320. Brooks-Anderson explained, "I will tell you, we had our facility—in New York—our Oklahoma facility—we didn't have a lot of say in these contracts. Because they have the

infrastructure, they have the power, and they literally have the power, and everybody wants it. So I will tell you, your space, people are envious of that space."

321. Continuing, Brooks-Anderson said, "What I do want you to think about is I want you to think through whether you want to get out of it or not. Or, is it, let's put your miners on the Marketplace, let's get those sold, let's get you out of certain environments. And then, potentially down the line, if a deal comes up—cause I know a couple of our public miners are expanding capacity for us, these are very clean. We actually have clients that go with Danny to visit sites. So, what we can do is, let's get you out of this current situation and then we can revisit, you can go visit a site, you can get more comfortable, if you would want to invest again."

322. Jarrett responded, "Yeah, um, I don't know. I guess my concern would be, that makes sense, I'm with the first part, but the second part I'm concerned—economics right, I wonder does it go to—I'm just really scared of the difficulty rate because I can't mine at a negative very long."

323. Brooks-Anderson responded, "we're gonna work through a couple options and present those to you. We'll get you out of this so you're not worried. You can focus on your life stuff."

324. Condon stated, "I'll give you this Jordan, okay? Like, we have probably close to 1,000 customers. And most of them are super-super-super satisfied. And I'm not trying to paint you into this outlier corner. But like, this is a multi-year cap-ex recovery period. That's how the investment, that's how the capital allocation works. We've been working you a lot, and really into your fleet, like you're gonna be fine on this thing. You're gonna be good. I know you've maybe had some existential life things, which I totally personally empathize with, but if you let this thing cook for two years, you're gonna be really, really good on this, and you can hold some of the

Bitcoin, hold your profit, and that treasury appreciates, like, you're gonna be good. You're gonna be really good. I'm still dedicated to working with Megan to try to find some sort of reasonably amicable solution to help you exit. But like, you're not doing that bad man. You're gonna make all your money back in two years."

325. Condon declared, "you've made a profit on this." Condon knew that statement was false.

326. Condon admitted, "yeah, your S19XP Hydros, those are just like a little bit less efficient units, so there's not as much profit there. And your S21s, pretty solid, they should be making a good profit. You need Bitcoin to run a little bit and then you're cooking across the fleet. I hear ya, I don't mean to belabor this, I'm just trying to get my head into it. This isn't as dark and dangerous and scary as I think you think, 'cause I've looked at all the data. 'Cause my team is like, 'dude what else do you want me to do? He's not doing that bad.' It's not an eight-month play."

327. Condon continued, "Like, I want to also level-set, like, there is no world where we're just gonna like give you a refund for everything you bought at the cost-basis. Like, there is risk associated with this. You have made money in this."

328. At the time Condon made that statement, Plaintiffs could have commenced a timely claim for rescission under Section 12(a)(1) of the Securities Act for Defendants' sale of unregistered securities.

329. At the conclusion of the call, Condon referred to Brooks-Anderson as "the Wizard of Oz."

330. Brooks-Anderson assured Plaintiffs, "we will get you in a place that you feel comfortable. It's very nice to meet you. And we'll figure it out. You can reach out to me and Danny any time, and we can go through things with you. We want to make sure that you're satisfied as a

customer. And I want to apologize. We are growing. We're having a raise right now. And we potentially want to IPO next year. So with those plans moving forward, our controls and our processes are having to tighten. The reason I'm here is because I took Riot from where they were to got them to Riot 2.0 with Windstone, and it's a hard road to fight the auditors and regulators and put the controls in place. But we are improving our internal controls everyday. So just know that the company that was last year is not the company it was today. And the company today is not gonna be the company you see even in nine months."

331. At the end of the call of, October 24, 2025, Condon and Brooks-Anderson stated they would get back in touch with Plaintiffs the next week.

332. On October 30, 2025, Jarrett replied, "Hi Dan, I wanted to check in to see how things were going."

333. Condon did not respond.

334. On November 4, 2025, Jarrett returned Brooks-Anderson to the email correspondence, asking "Hi Dan, Megan, I hope you're having a good week. I wanted to circle back to see what options you guys came up with after we spoke." Condon responded, "Working on this with Megan – we will have some options for you by the end of this week."

335. Condon and Brooks-Anderson did not send Plaintiffs any options by the end of that week.

336. On November 11, 2025, Jarrett followed up again, writing "Danny, I wanted to ask if you and Megan have resolutions?"

337. Condon and Brooks-Anderson again did not respond.

338. On November 17, 2025, Jarrett followed up again, "I know you all have a lot on your plate, but are you able to provide an update for me? My hosting cost has fallen below buying

spot BTC. It shows 19 miners disabled (I believe of the 19 miners 4 are scrapped machines) and seen curtailment this month. With BTC difficulty trending up and BTC price trending down I don't see how customers are going to be able to pay for hosting if this continues."

339. Condon replied, "[o]ne thing I can contemplate here that might be helpful to you is to simply 'pause' your account. Megan would need to be on board with this as well" and offered to "allow" Plaintiffs "to terminate your Agreement early and can send these units wherever you'd like or, 2) we can structure a 'buyback' deal where we would buy back your less efficient S19 XP hydro units in conjunction with you buying more efficient units from Blockware."

340. At 12:09 p.m., Jarrett responded that "pausing the account may be a good idea (unless I am expecting a large true up for November?). I really can't afford any more losses, my life is already spiraling. If I did the buyback program, what price are you buying back the S19 hydros at , what is the hosting contract, warranty, and sites you would put the miners at? If I terminated the agreement now what would be the result of that and how quickly and how much is that process?"

341. At 12:31 p.m., Jarrett asked, "has there been discussion on reimbursing me for repairs or the scrapped miners since I was sold bad batches of miners both hydros and S21s," noting "the S21s only had 4 month warranty. The reason I ask is that Mason said that he would speak to his team on this and also there would be an opportunity to buy back the machines whenever he got done with the fundraising."

342. Neither Brooks-Anderson nor Condon responded.

343. On November 24, 2025, Jarrett followed up again, asking, "Good morning, I wanted to see if there are updates from you and Megan."

344. November 24, 2025, was one day before the one-year anniversary of the investment contract of November 25, 2024 for Plaintiffs' S21 Machines, the more efficient and thus more valuable batch.

345. These were the last few hours for Plaintiffs to bring a rescission claim under Section 12(a)(1) of the Securities Act for the sale of unregistered securities.

346. Again, neither Brooks-Anderson nor Condon responded.

347. On November 25, 2025, Plaintiffs' opportunity for a rescission claim under Section 12(a)(1) of the Securities Act lapsed for the initial batch of Bitmain S21 ASICs purchased in the Master Services Agreement on November 25, 2024, which constituted sales of unregistered securities in violation of 15 U.S.C. § 77*l*.

348. On December 1, 2025, Jarrett asked, "I wanted to know if you are able to provide the details of terminating the agreement and the other option of what value you would provide for buyback, if buyback occurs do the miners have to stay with Blockware? Has there been discussion on reimbursement for repairs or the scrapped miners since I was sold bad batches of miners both hydros and S21s. And since every month my miners have gone below service level of 90% uptime resulting in paying 10% over what I actually hashed/used. It looks like I lost $3,421 in November. Some of this was possibly due to curtailment and having 21 miners offline being repaired. I expect December to be the same outcome. Thanks for any light you can shed on this[.]"

349. Yet again, neither Brooks-Anderson nor Condon responded.

350. On December 3, 2025, Jarrett messaged Jappa on Telegram: "Hey Mason. I hope you had a good Thanksgiving with family and friends. I wanted to see if you could have Danny/Megan reach back to me -email is a slower method. I've been trying to keep the ball rolling and feels like this is running out of steam. I want this all to be tied up as much as y'all. Any effort

on your end would be truly 52ppreciated [sic]. As you know this is really eating at me – I've lost a lot this past year and getting a resolution would save me."

351. On December 4, 2025, Jappa responded, "They are working on it they will reply back, thank you."

352. On December 16, 2025, Plaintiffs' opportunity for a rescission claim under Section 12(a)(1) of the Securities Act lapsed for the second batch of Bitmain S19 XP ASICs purchased on December 16, 2024, which constituted sales of unregistered securities in violation of 15 U.S.C. § 77*l*.

353. On December 17, 2025, Jarrett followed up *yet again*, this time saying "Hi Danny , Megan, Can you please provide me with something."

354. On December 17, 2025, Jarrett messaged Jappa again on Telegram: "Appears they are ignoring me, it's been multiple months nothing has been provided to me after trying to come to a resolution. November I mined at a ($4,000) loss and 20+ of my miners have been down for months now. I need tangible solutions." Jappa responded, "I'll check with them and revert, we have a lot going on w: closing year end."

355. On December 31, 2025, Jarrett messaged Jappa, "I haven't made any progress with Danny and Megan and now have 31 miners down. I know Megan mentioned you all are planning on going public, which I can't imagine how much effort and focus that would take – But in the process Blockware's current customers are being sidelined."

356. Jappa responded, "Megan is reaching out to you" and continued, "We aren't sidelining customers trust me, only .5% of our customers have xyz issues, we certainly spend a ton of time working on them."

357. On December 31, 2025, Brooks-Anderson proposed "a call next week."

358. On January 5, 2026, Jarrett followed up asking for "options and numbers before the meeting" so Plaintiffs could "review them beforehand." Jarrett noted Plaintiffs had "lost $9,854 from mining November / December months combined and 34 miners are disabled and continue to pay for repairs."

359. The next call took place on January 13, 2026, including Condon, Brooks-Anderson, and Jarrett.

360. Condon stated, "Bitcoin price can move with really fast velocity. So that can move 10% on significant news. To add 10% incremental hashrate is a bit more of a lift, so it's positive to see that hashprice is slowing, and we've gotten several negative difficulty adjustments."

361. Brooks-Anderson noted that "some of the bills were shorted" and stated "we need to have all our transaction IDs" to be "prepared for audit."

362. Brooks-Anderson said, "I know Danny is educating and going over all this, and going over the Bitcoin network, because I want to understand, these machines are not the most efficient on the market, correct?" Condon responded, "Correct, yeah, I mean, short answer is yes. At least on the S19XP Hydros."

363. Brooks-Anderson said, "so, when I asked you last time, what would you in a perfect world wanna do. I mean, unfortunately, there are many options. We can cancel contracts. That we can do, if you no longer want to mine. We can upgrade, which Danny will go out and source you newer-generation rigs."

364. Later, Brooks-Anderson said, "whether you're a public mining or an individual miner, there comes a lot of risk. So I need to understand, and Danny and I both need to understand, if we found you more efficient rigs, and we did potentially a buyback, there is going to require

some more capital. And if we run the calculations would you be more comfortable with this, is this an option you would like to take?"

365. Jarrett responded that he intended to remove his ASICs to a different site to operate them at a lower price point, noting he sought "ownership in the project itself" for an alternative site in Maryland.

366. Brooks-Anderson said, "We can cancel your contract if you find another option. Obviously, we're not going to go out and try to find you a new option on Hydros. But more power to you. We want to give you flexibility. It is not typical in our contracts to allow a full exit like this without loss of deposit or anything like that. But we'll work with you because we want you to be satisfied."

367. Brooks-Anderson stated, "our insurance company is being launched at the end of the month." And she offered to Plaintiffs they would give Plaintiffs "a year of that coverage for your current fleet" in order to "lower your repair cost."

368. Condon stated "we have all the data" showing the functionality of Plaintiffs' machines being used at Blockware's sites.

369. Condon claimed Plaintiffs' machines are "upper-echelon" of the used ASIC market.

370. Condon admitted Plaintiffs' machines were having trouble "over the past 15 months."

371. But Condon stated, "We can play the hope-and-wait strategy, but the issue is that your machines are not efficient. Nothing fixes that except the market going crazy, and if that happens, you're gonna be like 'this is the best damn trade I've ever made.'" Brooks-Anderson echoed, "We can't fix that."

372. Condon and Brooks-Anderson were referring to Plaintiffs' S19XP Hydro Machines as "not efficient."

373. Condon stated, "Hydro machines have higher hosting costs because the infrastructure costs more."

374. Condon's and Brooks-Anderson's statements contradicted Jappa's earlier false or misleading statement that S21 Machines "consume more power" than S19 XP Hydro Machines.

375. And Jappa knew at the time that his statements that S21 Machines "consume more power" was false or misleading when it was made since the S21 Machines were Bitmain's superior, newer-generation models over the older and less efficient S19 XP models.

376. Ultimately, as Brooks-Anderson explained, "We'd love to keep you as a client and we want to keep working with you because 260 machines, that's a lot of machines for an individual."

377. In truth, Defendants wanted to keep Plaintiffs' Hashrate deployed in the Luxor Pool.

378. On January 20, 2026, Brooks-Anderson emailed that "[w]e are finalizing info for you and will present options this week."

379. Defendants presented no options to Plaintiffs the week of January 20, 2026.

380. On February 2, 2026, Jarrett followed up yet again, asking "I wanted to check in on the status of the options you all are proposing?"

381. Defendants did not respond.

382. On February 9, 2026, Jarrett followed up *yet again*, asking, "Can I please get an update on what you and your team calculated?"

383. Condon responded, "Apologies for the delay here. We put a buyback deal together for you but the market shifted a bit and the supply we were eyeing was sold. We have another one teed up and I'm finalizing the numbers on this deal now. We will send it over to you in the am."

384. On February 10, 2026, Jarrett responded, "I've made a request to send 54 S21s with a clean history of no repairs to Maryland." But Condon replied, "Please open up a support ticket for that request." Condon assured Jarrett, "The support team will coordinate with operations and get back to you.

385. The support team did not coordinate with operations and get back with Plaintiffs.

386. On February 16, 2026, Jarrett responded, "I've been unsuccessful in connecting with the support team or operations with my request. I only have a small window of time to have them accept my miners, I'm concern I'm going to get overlooked and miss this opportunity."

387. Defendants did not respond to Jarrett's email of February 16, 2026.

388. On April 17, 2026, Jarrett messaged Jappa via Telegram: "I've been waiting to get my trueups from previous months. I am even further in the red than I could have imagined" and described the charges and revenues for January through March 2026.

389. Jappa responded, "I'll check w team and get your true up back asap. Been a bear market for BTC hopefully things turn around here finally."

390. On May 4, 2026, Jarrett again reached out to Jappa, stating "my monthly bill is $49,119 and my 30 day revenue is $32,152. I can't pay for these monthly losses, the hydro miners have very poor economics, losing ~$90/machine every month is not feasible. April had revenue of $30,564 and monthly bill was $47,520."

391. Jappa responded, "I understand, the mining market has been in a bear market, things should turn around soon. I am not sure what you are asking of me here, we have operated within our contract / held up our end."

392. Then, on June 2, 2026, Jappa told Jarrett, "It's best if you communicate with Danny / Megan on go forward , thank you."

393. Jarrett responded "Ok, I'll continue to speak with them. If you can nudge them. I've tried to reach them via email."

394. On June 2, 2026, Blockware's board removed Jappa as Blockware's CEO.

395. On June 2, 2026, Blockware sent notice "to certain Blockware clients and investors" from its "board of directors[.]"[6]

396. Upon Jappa's removal, Blockware stated to *Blockspace*, "The board removed Jappa in order to take the company in a different strategic direction. Additionally, Sam Chwarzynski, Founder has been appointed President."

397. On June 5, 2026, Jarrett messaged Jappa, "Wondering, why do you no longer work for Blockware?"

398. Jappa never responded to Jarrett's message.

399. With Jappa's removal as CEO, Plaintiffs realized their investment contracts were unraveling in real time.

400. On June 5, 2026, Brooks-Anderson responded to Jarrett for the first time since January 20, 2026.

---

[6] William Foxley, "Blockware board removes CEO, names former Riot Platforms executive as replacement," *Blockspace*, June 3, 2026, *available at* https://blockspace.media/insight/blockware-board-removes-ceo-names-former-riot-platforms-executive-as-replacement/ (accessed Oct. 6, 2026).

401. Brooks-Anderson wrote, “Please note, Mason is no longer with Blockware and I have stepped in as CEO. We are working through the transition and understand your concern. We will work through a solution with you.”

402. Nine minutes later, Jarrett immediately expressed his concerns: “Megan, thanks for letting me know. I’m concerned with how everything is going. I look forward and welcome a solution.”

403. Jarrett followed up on June 6, 2026, June 8, 2026, June 15, 2026, and June 17, 2026.

404. Defendants did not reply until Condon responded on June 17, 2026, stating, “Hi Jordan, I’ve copied support on this response which will automatically open a case. The team can advise on your exit options.”

405. Jarrett asked, “Can the miners be pulled out now before they are exited to prevent more losses?” And asked “What can be done about the disabled miners?”

406. Jarrett again followed up on June 19, 2026, and again on July 8, 2026, and again on July 30, 2026.

407. On June 24, 2026, *Data Center Dynamics* quoted Brooks-Anderson on Blockware’s intent to “expand into AI and High-Performance Computing (HPC) infrastructure.”

408. Brooks-Anderson stated, “We have an exceptional team, strong partnerships, and a clear path forward. My focus from day one is on execution and delivering immediate value for our investors, our partners, and the talented people who make this company what it is.”

409. Blockware described itself “as a vertically integrated infrastructure platform spanning AI/HPC compute, Bitcoin mining, data center hosting, and marketplace liquidity,” claiming “it has sold more than 400,000 servers and has been involved in nearly 1GW of energized capacity.”

410. Blockware was moving on, with its "vertically integrated infrastructure platform" operating for the benefit of Luxor and all the other Defendants, regardless of the harms Defendants caused Plaintiffs and others similarly situated.

**HARMS TO PLAINTIFFS**

411. After firing its CEO, Jappa, Blockware left Plaintiffs on their own to rebuild from the financial collapse caused by the unregistered securities which Blockware had sold to Plaintiffs.

412. During their investment contracts, Defendants harnessed Plaintiffs' Machines to generate Hashrate for the Luxor Pool.

413. Meanwhile, Defendants avoided incurring the capital expenditure necessary to purchase Plaintiff's Machines or to finance the operation of Plaintiffs' Machines.

414. Defendants accrued these benefits while offloading all material operational risk to Plaintiffs.

415. On November 25, 2024, Blockware quoted Jarrett Estimate No. 1804, totaling $210,210.00 for the purchase of 49 Bitmain Antminer S21 195T ASICs, $314,336.00 for the purchase of 76 Bitmain Antminer S21 188T ASICs, with a a hosting security deposit of $46,565.38, and a setup fee deposit of $3,125.00, totaling a sum of $574,236.38.

416. On November 26, 2024, Plaintiffs transmitted $574,236.38 to Blockware to satisfy Estimate No. 1804.

417. On December 12, 2024, Blockware quoted Jarrett Estimate No. 1824, totaling $719,600 for the purchase of 200 Bitmain Antminer S19 XP Hydro 257Ts ASICs, with a hosting security deposit of $119,313.79, and a setup fee deposit of $5,000, totaling a sum of $843,913.79.

418. On December 16, 2024, Plaintiffs transmitted $843,913.79 to Blockware to satisfy Estimate No. 1824, via two separate wire transfers: one for $543,913.79 and another for $300,000.00.

419. On February 10, 2025, Plaintiffs transmitted another wire transfer of $97,000 to Evolve Bank and Trust in West Memphis, Arkansas, to capitalize Blockware's operation of the Machines in the Luxor Pool.

420. By February 10, 2025, Plaintiffs had transmitted $1,515,130.17 to Blockware for the purchase, deposit, and Blockware's operation of Plaintiffs' ASICs pursuant to their investment contracts.

421. From November 2024 to July 2026, Defendants operated Plaintiffs' ASICs for the benefit of the Luxor Pool.

422. Each month, Blockware issued an invoice to "Jordan Jarrett" for "BWS Hosting."

423. Each month, the per-unit hosting price for the S21 machines was substantially less than the per-unit hosting price for the S19 Machines.

424. The Bitmain S19XP Hydro ASICs cost up to 64.2% more to operate on a per-unit basis than did the Bitmain S21 195T ASICs and up to 70.29% more to operate than the Bitmain S21 188T ASICs.

425. On or about August 1, 2025, Blockware issued a repair invoice requiring Plaintiffs to pay $81,077.96 to repair 15 broken machines, in addition to "BWS Hosting" and unit-cost of mining machines.

426. Another 11 machines were broken were listed in the September invoice.

427. Another 7 were broken in the October invoice.

428. Defendants subjected Plaintiffs to those repair costs even though Defendants were the actual operators of the Machines and the Luxor Pool, and thus the least cost avoiders for the operation of Plaintiffs' Machines.

429. Beginning in December 2025, Defendants began operating Plaintiffs' machines at a loss, as operational costs exceeded revenue.

430. The losses that began in December 2025 continued through July 2026, the month after Blockware removed Jappa as its CEO, and when Plaintiffs made their last payment to Blockware under their investment contracts.

431. From January 2025 through July 2026, Blockware never met 98% uptime for Plaintiffs' Machines, despite the representations of the Mann Spreadsheet.

432. From January 2025 through July 2026, Blockware never met the industry-standard of 95% uptime for Plaintiffs' Machines.

433. On the contrary, Brooks-Anderson conceded less than 90% uptime for Plaintiffs' Machines yet continued to resist Plaintiffs' expressed desire to exit the investment contracts.

434. Over the course of the investment contracts, the operational costs for Plaintiffs' Machines required Plaintiffs to advance capital expenditures totaling not less than $1,139,880.14, in addition to the initial purchase prices and deposits totaling not less than $1,418,130.17.

435. Over the course of these investment contracts, Plaintiffs' mining revenue was approximately 14.271 BTC.

436. Plaintiffs infused capital of up to $2,588,010.31 but received revenue of approximately 14.271 BTC, presently valued at approximately, $1,190,617.54, a loss of at least ($1,397,392.77).

437. Meanwhile, Defendants jointly profited by receiving up-front payments of purchase prices and deposits totaling not less than $1,418,130.17.

438. Defendants kept revenue of not less than 2.00% returns on the BTC generated by Plaintiffs' contributions to the Luxor Pool, while avoiding having to incur substantial capital expenditure associated with Plaintiffs' generation of Hashrate to contribute to the Luxor Pool.

439. And Defendants profited from the increased Hashrate which Plaintiffs contributed to the Luxor Pool, up to 74.729 PH/s, which increased the likelihood that the Luxor Pool would secure Bitcoin blocks over the course of the investment contracts.

440. At all times giving rise to this action, Defendants sought to increase the Luxor Pool's Hashrate to capture a greater share of Global Hashrate.

441. Plaintiffs' fleet of machines could contribute an approximate total of 0.075 EH/s, which constituted a substantial addition to the Luxor Pool.

442. All Defendants benefited from the addition of 0.075 EH/s in Hashrate capacity to the Luxor Pool.

443. Together, Defendants coordinated a scheme to induce persons like Plaintiffs to add Hashrate Capacity to the Luxor Pool without requiring Defendants to incur capital expenditure or undertake risk of loss from the additional Hashrate Capacity.

444. Defendants targeted Plaintiffs and other persons for the purpose of shifting that risk exposure through the implementation of artifices, schemes, including false and misleading promises of investment returns in violation of federal and state statutes, common law, and equitable standards.

## MITIGATION EFFORTS BEFORE AND AFTER JAPPA'S REMOVAL

445. Since January 2025, Plaintiffs have attempted to mitigate their damages by selling their Bitcoin mining machines.

446. Between January 2025 and June 2026, Plaintiffs sold at a loss approximately 60 of their Bitmain S21 ASICs and approximately 12 of their Bitmain S19 XP Hydro ASICs.

447. Plaintiffs researched other sites to host their Bitcoin mining machines, including a location in Maryland.

448. After learning of Jappa's removal by Blockware's board, Plaintiffs demanded the return of their Bitcoin mining machines held by Blockware.

449. Since Jappa's removal, Plaintiffs have received most but not all their Bitcoin mining machines.

450. Plaintiffs estimate as many of 15 of their Bitcoin S21 ASICs remain held by Blockware.

451. Plaintiffs would deploy those Bitcoin S21 ASICs at the substitute site in Maryland or another suitable location, but for Blockware's wrongful detention of Plaintiffs' machines.

## COUNT ONE
## FRAUD IN THE PURCHASE OR SALE OF SECURITIES IN VIOLATION OF SECTION 10(b) OF THE EXCHANGE ACT AND RULE 10b-5 THEREUNDER AGAINST BLOCKWARE SOLUTIONS, LLC

452. Plaintiffs repeat and incorporate by reference all preceding allegations of this Complaint as if set forth fully herein.

453. Plaintiffs' purchase of Bitcoin mining machines and accompanying services from Blockware constitute investment contracts and thus are "securities" under Section 3(a)(10) of the Exchange Act. 15 U.S.C. §78c(a)(10).

454. Blockware engaged in a fraudulent course of conduct by which it oversold the investment returns from their Bitcoin mining operation and misrepresented the nature and profitability of the investments they were selling.

455. Blockware acted intentionally, knowingly, or recklessly to employ the means or instrumentalities of interstate commerce or of the mails, in connection with the purchase or sale of securities to Plaintiffs.

456. In so doing, Blockware employed devices, schemes, and artifices to defraud, and have engaged in acts, practices, or courses of business which operated as a fraud or deceit upon Plaintiffs.

457. In so doing, Blockware acted intentionally, knowingly, or recklessly to make untrue statements of material fact or omitted material facts necessary to make the statements made, in the light of the circumstances under which they were made, not misleading.

458. Blockware made material misrepresentations and omissions in statements to Plaintiffs, including (1) the Mann Spreadsheet; (2) oral and written communications in October 2024, November 2024, and December 2024 between and among Jappa, Davis, and Jarrett in furtherance of the investment contracts; (3) subsequent oral and written communications between and among Jappa, Davis, Condon, Brooks-Anderson, and Jarrett, in furtherance of the investment contracts, including Defendants' coordinated efforts to keep Jarrett's Machines and Hashrate locked in the Luxor Pool.

459. Blockware had actual or constructive knowledge of the misrepresentations and omissions when Blockware made them to Plaintiffs.

460. Blockware made those misrepresentations and omissions in connection with the sale of securities to Plaintiffs.

461. Plaintiffs relied on Blockware's misrepresentations and omissions to execute investment contracts constituting securities.

462. Plaintiffs suffered economic losses from the investment contracts induced by Blockware's misrepresentations and omissions.

463. As a direct and proximate result of Blockware's conduct, Plaintiffs suffered damages.

464. Accordingly, Blockware violated Section 10(b) of the Exchange Act and Rule 10b-5 thereunder. 15 U.S.C. § 78j(b); 17 C.F.R. § 240.10b-5.

**COUNT TWO**
**CONTROL PERSON LIABILITY UNDER SECTION 20(a) OF THE EXCHANGE ACT AGAINST LUXOR**

465. Plaintiffs repeat and incorporate by reference all preceding allegations of this Complaint as if set forth fully herein.

466. By virtue of its personal and business relationship with Blockware, Defendant Luxor Technology Corporation was a controlling person of Blockware under Section 20(a) of the Exchange Act. 15 U.S.C. § 78t.

467. At all times relevant to this action, Luxor exercised actual control over operations of the Luxor Pool, including all subaccounts organized and managed by Blockware.

468. Luxor exercised direct or indirect control over Blockware's operations, including Blockware's inducement of Plaintiffs, and similar persons, into investment contracts for the purchase of Bitcoin mining machines and Blockware's exercise of exclusive control over their operation within the Luxor Pool.

469. At all times relevant to this action, Luxor and Blockware were insiders; they had overlapping ownership, including Blockware's direct capitalization of Luxor through Series A

funding, common or overlapping ownership of membership interest or shares, priority or secured debtor-creditor relationship; and they shared non-public information among control group personnel of Luxor and Blockware.

470. At all times relevant to this action, Luxor and Blockware engaged in a common scheme and enterprise intended to benefit themselves and their insiders while causing foreseeable harm to Plaintiffs and persons similarly situated.

471. At all times relevant to this action, Luxor and Blockware engaged in a common scheme and enterprise intended to shift all material risk in the operation of Bitcoin mining machines from Defendants to Plaintiffs and persons similarly situated.

472. Through its operation of the Luxor Pool, Luxor possessed the power to direct or cause the direction of the management of Blockware and all other Defendants.

473. Luxor possessed the power to direct the other Defendants' decisions through its longstanding relationships with Defendants.

474. Luxor was a culpable participant in Defendants' fraudulent scheme because Luxor knew or was reckless in not knowing that Blockware and its personnel made false and misleading representations regarding their sale of investment contracts to Plaintiffs and persons similarly situated.

475. Luxor had the power to control or influence the statements and omissions made by Defendants to Plaintiffs giving rise to the securities violations alleged in this action but knowingly or recklessly failed to arrest or restrain those statements and omissions made by Defendants which have caused Plaintiffs harm.

476. As a direct and proximate result of Luxor's conduct, Plaintiffs suffered damages.

## COUNT THREE
## CONTROL PERSON LIABILITY UNDER SECTION 20(a) OF THE EXCHANGE ACT AGAINST JAPPA

477. Plaintiffs repeat and incorporate by reference all preceding allegations of this Complaint as if set forth fully herein.

478. By virtue of his personal and business relationship with Blockware, Defendant Mason Jappa was a controlling person of Blockware under Section 20(a) of the Exchange Act. 15 U.S.C. § 78t.

479. Jappa directly or indirectly controlled persons liable under the Exchange Act and underlying regulations and therefore is liable jointly and severally with all Defendants.

480. Jappa possessed the power to direct or cause the direction of the management and policies of Blockware and the power to direct Blockware's decisions through his position as CEO of Blockware, his ownership interest in Blockware, Luxor, or related and affiliated entities, and his longstanding relationships with Defendants and others to be identified in discovery.

481. Jappa was a culpable participant in Defendants' fraudulent scheme, because he knew or was reckless in not knowing that his own and other Defendants' representations to Plaintiffs regarding their investment offerings were false and misleading by virtue of Jappa's extensive experience in the Bitcoin mining industry, his status as CEO, owner, and operator of the business entities, and his specific involvement in Blockware's and Luxor's business decisions and activities.

482. Upon information and belief, Jappa, individually and together with other Defendants, intentionally and systematically delayed Plaintiffs from exercising their rights under the Securities Act and Exchange Act, specifically to include Section 12(a)(1) of the Securities Act, for the sale of unregistered securities. 15 U.S.C. § 77*l*.

483. Jappa directly or indirectly controlled persons liable under the Exchange Act and underlying regulations and therefore is liable jointly and severally with all Defendants.

484. As a direct and proximate result of Jappa's conduct, Plaintiffs suffered damages.

**COUNT FOUR**
**CONTROL PERSON LIABILITY UNDER SECTION 20(a) OF THE EXCHANGE ACT AGAINST CLAYTON MANN**

485. Plaintiffs repeat and incorporate by reference all preceding allegations of this Complaint as if set forth fully herein.

486. By virtue of his personal and business relationship with Blockware, Defendant Clayton Mann was a controlling person of Blockware within the meaning of Section 20(a) of the Exchange Act. 15 U.S.C. § 78t.

487. On or before June 5, 2015, Mann created the Mann Spreadsheet.

488. The Mann Spreadsheet contained systemic false and misleading statements about Bitcoin mining and the profitability of Defendants' investment contracts.

489. From June 5, 2015, through all times relevant to this action, Defendants employed the Mann Spreadsheet to induce Plaintiffs and others to enter investment contracts for Defendants' benefits.

490. From June 5, 2015, through all times relevant to this action, Mann intentionally, knowingly, or recklessly disseminated the Mann Spreadsheet for his own benefit and for the benefit of co-participants in the scheme, to include all Defendants.

491. Mann possessed the power to direct or cause the direction of the management and policies of Blockware and the power to direct Blockware's decisions through his formulation of the Mann Spreadsheet, his status as Director of Finance of Blockware, and his longstanding relationships with all other Defendants and others to be identified in discovery.

492. Mann was a culpable participant in Defendants' fraudulent scheme, because he knew or was reckless in not knowing that his own and other Defendants' representations to Plaintiffs regarding their investment offerings were false and misleading by virtue of his personal creation of the Mann Spreadsheet, his extensive experience in the Bitcoin mining industry, his status as Director of Finance of Blockware, and his specific involvement in Blockware's and Luxor's business decisions and activities.

493. Mann directly or indirectly controlled persons liable under the Exchange Act and underlying regulations and therefore is liable jointly and severally with all Defendants.

494. As a direct and proximate result of Mann's conduct, Plaintiffs suffered damages.

## COUNT FIVE
## CONTROL PERSON LIABILITY UNDER SECTION 20(a) OF THE EXCHANGE ACT AGAINST BLAKE DAVIS

495. Plaintiffs repeat and incorporate by reference all preceding allegations of this Complaint as if set forth fully herein.

496. By virtue of his personal and business relationship with Blockware, Defendant Blake Davis was a controlling person of Blockware within the meaning of Section 20(a) of the Exchange Act. 15 U.S.C. § 78t.

497. Beginning in November 2024, and while acting in concert with all Defendants, Davis engaged in a pattern of false and misleading statements about Bitcoin mining and the profitability of Defendants' investment contracts.

498. On November 20, 2024, portraying himself as the authorized agent of Blockware, Davis conducted a live videoconference publicly presenting investment opportunities to Plaintiffs and others.

499. During that video conference, Davis began a pattern of false and misleading statements about Bitcoin mining and the profitability of Defendants' investment contracts.

500. Through that video conference, Davis intended to and in fact did induce Plaintiffs to make inquiry about Bitcoin mining and the profitability of Defendants' investment contracts.

501. Davis coordinated with Jappa on behalf of Blockware to make false and misleading statements to Plaintiffs about Bitcoin mining and the profitability of Defendants' investment contracts, through email correspondence between November 20, 2024 and November 21, 2024.

502. On November 20, 2024, Davis presented a model showing "annualized ROI" of between 46.35% and 67.90%, which was taken from the Mann Spreadsheet, which contained systemic false and misleading statements about Bitcoin mining and the profitability of Defendants' investment contracts.

503. Davis's transmission of the Mann Spreadsheet copied an address for Blockware Sales (sales@blockwaresolutions.com), which was systematically monitored by Jappa and, upon information and belief, some or all of the other Defendants.

504. After transmitting the Mann Spreadsheet, Davis made multiple false and misleading statements to induce Plaintiffs' execution of Defendants' investment contracts, including that (1) the 2-month deposit would be returned; (2) there would be a "90% Service Level Agreement in place" so that Plaintiffs would "receive a quarterly true-up in case you're ever online for <90% of a month."); (3) the 2% "monthly BTC fee" was "well in-line with the industry standard" but which was "factored into the profitability model"; (4) that $7,965 per-unit pricing would be available "once [Plaintiffs] have a high commitment level and can pull the trigger immediately"; (5) that Blockware has "been in business since 2017 (longer than any other hosting provider)"; (6) that Plaintiffs would "access liquidity" on hardware purchased from Blockware;

(7) that Plaintiffs would "find the ability to effectively end your contract at any point by selling your machines in a turnkey capacity to buyers"); (8) that Blockware's structure "fundamentally changes the mining investment profile" because "[w]ith another provider, your capital is going to be locked up for a period of time and only recuperated through mining profits"; (9) that Blockware "makes it possible and quite easy" to "recapture" "appreciation" from episodes of rising "ASIC prices" such as "[i]n 2021"; (10) that Blockware "optimized *our* sites to mitigate [heating] issue[s] as much as possible"; (emphasis added); and (11) referring to "the webinar discussion today," that "new-gen hardware" would "remain competitive for longer than previous generations."

505. From June 5, 2015, through all times relevant to this action, Defendants, including Davis, employed the Mann Spreadsheet to induce Plaintiffs and others to enter investment contracts for Defendants' benefit.

506. From June 5, 2015, through all times relevant to this action, Davis intentionally, knowingly, or recklessly disseminated to Plaintiffs and others the Mann Spreadsheet for his own benefit and for the benefit of co-participants in the scheme, to include all Defendants.

507. Davis possessed the power to direct or cause the direction of the management and policies of Blockware and the power to direct Blockware's decisions through his transmission of the Mann Spreadsheet, his status as an Account Executive of Blockware, and his longstanding relationships with all other Defendants and others to be identified in discovery.

508. Davis was a culpable participant in Defendants' fraudulent scheme because he knew or was reckless in not knowing that his own and other Defendants' representations to Plaintiffs regarding their investment offerings were false and misleading by virtue of his reliance on and non-verification of the Mann Spreadsheet, his extensive experience in the Bitcoin mining

industry, his status as Account Executive of Blockware, and his specific involvement in Blockware's and Luxor's business decisions and activities.

509. Davis directly or indirectly controlled persons liable under the Exchange Act and underlying regulations and therefore is liable jointly and severally with all Defendants.

510. As a direct and proximate result of Davis's conduct, Plaintiffs suffered damages.

**COUNT SIX**
**CONTROL PERSON LIABILITY UNDER SECTION 20(a) OF THE EXCHANGE ACT AGAINST MEGAN M. BROOKS-ANDERSON**

511. Plaintiffs repeat and incorporate by reference all preceding allegations of this Complaint as if set forth fully herein.

512. By virtue of her personal and business relationship with Blockware, including serving as its COO and CEO, Defendant Megan M. Brooks-Anderson was a controlling person of Blockware under Section 20(a) of the Exchange Act. 15 U.S.C. § 78t.

513. Brooks-Anderson directly or indirectly controlled persons liable under the Exchange Act and underlying regulations and therefore is liable jointly and severally with all Defendants.

514. Brooks-Anderson possessed the power to direct or cause the direction of the management and policies of Blockware and the power to direct Blockware's decisions through her position as COO and CEO of Blockware, her ownership interest in Blockware, Luxor, or related and affiliated entities, and her longstanding relationships with Defendants and others to be identified in discovery.

515. Brooks-Anderson was a culpable participant in Defendants' fraudulent scheme, because she knew or was reckless in not knowing that Defendants' representations to Plaintiffs regarding their investment offerings were false and misleading by virtue of Brooks-Anderson's

extensive experience in the Bitcoin mining industry, including as COO of a publicly-traded Bitcoin mining company, her status as Blockware's COO and CEO, her status as the owner and operator of the business entities, and her specific involvement in Blockware's and Luxor's business decisions and activities.

516. Upon information and belief, Brooks-Anderson, individually and together with other Defendants, intentionally and systematically delayed Plaintiffs from exercising their rights under the Securities Act and Exchange Act, specifically to include Section 12(a)(1) of the Securities Act, for the sale of unregistered securities. 15 U.S.C. § 77*l*.

517. Brooks-Anderson directly or indirectly controlled persons liable under the Exchange Act and underlying regulations and therefore is liable jointly and severally with all Defendants.

518. As a direct and proximate result of Brooks-Anderson's conduct, Plaintiffs suffered damages.

**COUNT SEVEN**
**CONTROL PERSON LIABILITY UNDER SECTION 20(a) OF THE EXCHANGE ACT AGAINST DANIEL CONDON**

519. Plaintiffs repeat and incorporate by reference all preceding allegations of this Complaint as if set forth fully herein.

520. By virtue of his personal and business relationship with Blockware, including serving as its Chief Revenue Officer, Defendant Daniel Condon was a controlling person of Blockware under Section 20(a) of the Exchange Act. 15 U.S.C. § 78t.

521. Condon directly or indirectly controlled persons liable under the Exchange Act and underlying regulations and therefore is liable jointly and severally with all Defendants.

522. Condon possessed the power to direct or cause the direction of the management and policies of Blockware and the power to direct Blockware's decisions through his position as Blockware, his ownership interest in in Blockware, Luxor, or related and affiliated entities, and his longstanding relationships with Defendants and others to be identified in discovery.

523. Condon was a culpable participant in Defendants' fraudulent scheme, because he knew or was reckless in not knowing that Defendants' representations to Plaintiffs regarding their investment offerings were false and misleading by virtue of Condon's extensive experience in the Bitcoin mining industry, including his status as Blockware's Chief Revenue Officer, his status as the owner and operator of the business entities, and his specific involvement in Blockware's and Luxor's business decisions and activities.

524. Upon information and belief, Condon, individually and together with other Defendants, intentionally and systematically delayed Plaintiffs from exercising their rights under the Securities Act and Exchange Act, specifically to include Section 12(a)(1) of the Securities Act, for the sale of unregistered securities. 15 U.S.C. § 77l.

525. Condon directly or indirectly controlled persons liable under the Exchange Act and underlying regulations and therefore is liable jointly and severally with all Defendants.

526. As a direct and proximate result of Condon's conduct, Plaintiffs suffered damages.

**COUNT EIGHT**
**SECURITIES FRAUD (SECTION 12(a)(2) OF THE SECURITIES ACT)**
**AGAINST BLOCKWARE, MANN, JAPPA, AND DAVIS**

527. Plaintiffs repeat and incorporate by reference all preceding allegations of this Complaint as if set forth fully herein.

528. Section 12(a)(2) of the Securities Act of 1933 creates a private remedy for the buyer of a security against the seller for material misrepresentations in connection with the offer and the sale of that security. 15 U.S.C. § 77*l*.

529. Plaintiffs' purchase of Bitcoin mining machines and accompanying services constitute investment contracts and thus are "securities" under Section 3(a)(10) of the Exchange Act. 15 U.S.C. §78c(a)(10).

530. Blockware, Mann, Jappa, and Davis, and others to be identified in discovery, together offered and publicly promoted their unregistered securities in interstate commerce, including through promotional webinars as hosted on November 20, 2024 and via contracts Blockware made publicly available on Blockware's website.

531. In furtherance of their promotions of these unregistered securities, Blockware, Mann, Jappa, and Davis, and others to be identified in discovery, transmitted untrue statements or omissions of material fact by means of a prospectus or oral communication, to include the inflated ROI promised by the Mann Spreadsheet, the underestimated costs which the Mann Spreadsheet associated with capital expenditure for operation of the Bitcoin mining machines, and the false and misleading statements that Blockware, not Luxor, exercised control over the Luxor Pool, which was misrepresented in the contracts to be the "Blockware Pool."

532. As a direct and proximate result of the conduct of Blockware, Mann, Jappa, and Davis, Plaintiffs suffered damages.

533. Plaintiffs bring this action within one year after the discovery of the untrue statements and omissions made by Blockware, Mann, Jappa, and Davis and within three years after Blockware, Mann, Jappa, and Davis offered these investment contracts to the public. 15 U.S.C. § 77m.

534. Plaintiffs are entitled to full and final rescission under 15 U.S.C. § 77*l*(2).

**COUNT NINE**
**ARKANSAS SECURITIES ACT LIABILITY**
**AGAINST ALL DEFENDANTS**

535. Plaintiffs repeat and incorporate by reference all preceding allegations of this Complaint as if set forth fully herein.

536. Plaintiffs' purchase of Bitcoin mining machines and accompanying services from Blockware constitute investment contracts and thus are "securities" under Ark. Code Ann. § 23-42-102(17)(A)(xi).

537. Defendants offered or sold securities to Plaintiffs without affirmative approval of the Arkansas Securities Commissioner of their sales literature, to include the Mann Spreadsheet and their investment contracts. Ark. Code Ann. § 23-42-106(a)(1)(A).

538. Defendants offered or sold securities to Plaintiffs by means of one or more untrue statements of a material fact or a failure to state a material fact necessary in order to make the statement made, in the light of circumstances under which it was made, not misleading, including, but not limited to, the projected profitability of Bitcoin mining set forth by the Mann Spreadsheet, the relative Hashrate efficiency of the Bitcoin mining machines, the nature and exercise of control over the Bitcoin mining machines, and the nature and exercise of control over the Luxor Pool. Ark. Code Ann. § 23-42-106(a)(1)(B).

539. Defendants' conduct constituted the criminal offense of "securities fraud," a Class B Felony, because Defendants employed devices, schemes, and artifices to defraud Plaintiffs in connection with the offer and sale of investment contracts. Ark. Code Ann. §§ 23-42-104(a); 23-42-507(1).

540. Defendants' offer and sale of securities to Plaintiffs constituted the criminal offense of "securities fraud," a Class B Felony, because Defendants made one or more untrue statements of a material fact or omitted to state a material fact necessary to make the statements made, in the light of the circumstances under which they were made, not misleading, in the connection with the offer and sale of investment contracts. Ark. Code Ann. §§ 23-42-104(a); 23-42-507(2).

541. Defendants' offer and sale of securities to Plaintiffs constituted the criminal offense of "securities fraud," a Class B Felony, because Defendants engaged in an act, practice, and course of business, which operates or would operate, as a fraud or deceit upon any person, in the connection with the offer and sale of investment contracts. Ark. Code Ann. §§ 23-42-104(a); 23-42-507(3).

542. Defendants' offer and sale of securities to Plaintiffs constituted the criminal offense of "felony offer or sale of unregistered and nonexempt securities," a Class D Felony, because Defendants offered and sold unregistered securities in Arkansas. Ark. Code Ann. §§ 23-42-102(15)(A)(i); 23-42-104(b); 23-42-501(1).

543. Plaintiffs did not know the false and misleading nature of Defendants' statements.

544. As a direct and proximate result of Defendants' conduct, Plaintiffs suffered damages.

545. Plaintiffs are entitled to rescission, damages, and interest under the Arkansas Securities Act, Ark. Code Ann. §§ 23-42-101, *et seq.*, and the Arkansas Civil Action by Crime Victim Act, Ark. Code Ann. §§ 16-118-107.

546. Plaintiffs are entitled to recover their costs and reasonable attorneys' fees. Ark. Code Ann. §§ 16-118-107; 23-42-106(a)(2).

547. Plaintiffs are entitled to recover punitive damages at the maximum amount available under law due to Defendants' intentional or reckless conduct. Ark. Code Ann. §§ 16-55-206; 23-42-108.

**COUNT TEN**
**ACTUAL OR CONSTRUCTIVE FRAUD**
**AGAINST ALL DEFENDANTS**

548. Plaintiffs repeat and incorporate by reference herein all preceding allegations of this Complaint as if set forth fully herein.

549. Defendants, through Blockware, Jappa, Davis, and Mann, fraudulently induced Plaintiffs to enter into investment contracts.

550. Defendants, through Blockware, Jappa, Davis, and Mann, made one or more false representations of material fact concerning the investment contracts.

551. Defendants, by and through Blockware, Jappa, Davis, and Mann, knew that one or more of the representations were false when they were made.

552. Defendants, by and through Blockware, Jappa, Davis, and Mann, made those representations for the purpose of inducing Plaintiffs to enter into the investment contracts.

553. Plaintiffs justifiably relied upon those representations and entered the contracts.

554. As a direct and proximate result of Defendants' conduct, Plaintiffs suffered damages.

**COUNT ELEVEN**
**CONVERSION**
**AGAINST ALL DEFENDANTS**

555. Plaintiffs repeat and incorporate by reference all preceding allegations of this Complaint as if set forth fully herein.

556. Plaintiffs own up to 15 Bitcoin mining machines which they purchased from Blockware in November and December 2024, but which remain subject to Blockware's possession, custody, or control.

557. Blockware retains possession, custody, or control over those Bitcoin mining machines in violation of Plaintiffs' rights.

558. Plaintiffs have been unable to deploy the Bitcoin mining machines wrongfully retained by Blockware for economic use.

559. Upon information and belief, Defendants have deployed Plaintiffs' Bitcoin mining machines to generate Hashrate for the Luxor Pool without compensating Plaintiffs.

560. Plaintiffs are entitled to recover damages from Blockware for the lost profits of Plaintiffs' non-use of the converted Bitcoin mining machines.

561. Plaintiffs are entitled to recover damages from all Defendants in the amount of profits from Defendants' beneficial use of Plaintiffs' converted Bitcoin mining machines.

562. Plaintiffs are entitled to recover punitive damages at the maximum amount available under law due to Defendants' intentional or reckless conduct. Ark. Code Ann. §§ 16-55-206; 23-42-108.

## COUNT TWELVE
## REPLEVIN
## AGAINST BLOCKWARE

563. Plaintiffs repeat and incorporate by reference all preceding allegations of this Complaint as if set forth fully herein.

564. Plaintiffs are the true owner of up to 15 Bitcoin mining machines which they purchased from Blockware in November and December 2024 but which remain subject to Blockware's possession, custody, or control.

565. Plaintiffs are entitled to an order for the delivery declaring Plaintiffs' right to possession of their Bitcoin mining machines and authorizing Plaintiffs to take immediate possession, custody, and control over them.

**COUNT THIRTEEN**
**UNJUST ENRICHMENT**
**AGAINST LUXOR**

566. Plaintiffs repeat and incorporate by reference all preceding allegations of this Complaint as if set forth fully herein.

567. Luxor has been unjustly enriched to Plaintiffs' detriment based on the facts giving rise to this action.

568. Plaintiffs' Bitcoin mining machines contributed Hashrate to the Luxor Pool from November 2024 through July 2026.

569. Luxor received the benefit of Plaintiffs' Hashrate contributions, which aided the Luxor Pool's efforts to generate Bitcoin rewards through Bitcoin mining.

570. Plaintiffs reasonably expected to be paid a fair share for their Hashrate contributions to the Luxor Pool.

571. Luxor knew Blockware and its affiliates were procuring Hashrate for the Luxor Pool from Plaintiffs or persons similarly situated in all respects.

572. Plaintiffs are entitled to recover from Luxor the reasonably expectation damages as part of their contribution to the Luxor Pool.

**JURY TRIAL DEMAND**

573. Plaintiffs demand a jury trial by a jury of twelve persons on all claims so triable. Fed. R. Civ. P. 38(b)(1).

## SUPPORTING EXHIBITS

574. Plaintiffs incorporate by reference the following exhibits in support of this Verified Complaint:

a. Exhibit 1: Blockware Master Agreement (subject to motion for leave to file under seal).

b. Exhibit 2: Mann Spreadsheet.

c. Exhibit 3: Email Correspondence among Davis, Jappa, and Jarrett.

d. Exhibit 4: Text messages between Jappa and Jarrett.

e. Exhibit 5: Telegram messages between Jappa and Jarrett.

f. Exhibit 6: Email Correspondence among Brooks-Anderson, Condon, and Jarrett.

g. Exhibit 7: Receipt for Wire Transfer of February 10, 2025, delivered to Evolve Bank and Trust in West Memphis, AR.

h. Exhibit 8: Blockware email of Aug. 4, 2025, Re: "TX-DP Site SLA Billing Adjustments."

## REQUESTS FOR RELIEF

A. Plaintiffs request a judicial declaration that Defendants' conduct violated Sections 10(b), 12(a)(2), and 20(a) of the Securities Exchange Act of 1934 and all regulations thereunder.

B. Plaintiffs request judgment awarding them money damages against all Defendants to compensate Plaintiffs fully for all harms and losses caused by Defendants' conduct.

C. Plaintiffs request punitive and exemplary damages be awarded to punish Defendants' intentional misconduct and deter future misconduct to the maximum extent available at law.

D. Plaintiffs request all pre-judgment and post-judgment interest at the maximum extent available at law.

E. Plaintiffs request the award of all their reasonable attorneys' fees and costs in bringing this litigation.

F. Plaintiffs request the immediate delivery of all their property wrongfully retained by any of the Defendants and all relief necessary to obtain that delivery.

G. Plaintiffs request all other relief to which they are entitled at law and equity.

Docusign Envelope ID: 0C216BBE-1D8D-8329-81C6-323A77DCB044

**VERIFICATION**

I, Jordan Jarrett, do hereby state under oath as follows:

1. I am an adult of sound mind capable to swear an oath and attest to the following facts based on my personal knowledge.

2. I am a United States citizen residing in Virginia.

3. I am the managing member of Canary Holler Holdings, LLC ("Canary").

4. I have reviewed the foregoing Verified Complaint, and I personally attest to the allegations pertaining to Canary as based on either my personal knowledge or business records over which I have custody as the manager of Canary.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 10/7/2026

DocuSigned by:
Jordan Jarrett
DDBA05B8B000411...

Jordan Jarrett
Managing Member
Canary Holler Holdings, LLC

Dated: October 7, 2026

**KUTAK ROCK LLP**

Alexander T. Jones
McKenzie L. Raub
Adam P. Hagler
124 West Capitol Ave., Suite 2000
Little Rock, AR 72201-3740
Telephone: (501) 975-3000
Facsimile: (501) 975-3001
alex.jones@kutakrock.com
mckenzie.raub@kutakrock.com
adam.hagler@kutakrock.com

Peyton Watts
1277 East Joyce Boulevard, Suite 300
Fayetteville, AR 72703
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
peyton.watts@kutakrock.com

*Attorneys for Canary Holler Holdings, LLC and Jordan Jarrett*

# EXHIBIT 1

# FILED UNDER SEAL

# EXHIBIT 2

# NATIVE EXHIBIT
# SUBMITTED VIA FLASH DRIVE

Gmail

EXHIBIT
3

# Follow up from BTC Mining Blockware

**Jordan Jarrett** <jmanwvu@gmail.com> Wed, Nov 20, 2024 at 2:08 PM
To: "blake@blockwaresolutions.com" <blake@blockwaresolutions.com>

Hey Blake,

Thank you for the informative live discussion today.

I'm interested in exploring this more. I did wonder when mining BTC that BTC goes into a personal hardware wallet and you don't receive it in cash, right? My ultimate goal is to have more BTC than what I am able to buy on the spot market currently. When do most people break even on their investments, roughly 13 months? I know the price of BTC plays a role.

I'd set up an account through my LLC to help take advantage of the benefits of a business.

Are there discounts for purchasing multiple miners?
Also, is there insurance for natural disasters?

Thank you for your time,

---

**Blake Davis** <blake@blockwaresolutions.com> Wed, Nov 20, 2024 at 3:03 PM
To: Jordan Jarrett <jmanwvu@gmail.com>
Cc: Blockware Sales <sales@blockwaresolutions.com>

Hey Jordan,

Thanks for reaching out, I'm glad you found the discussion valuable! Happy to answer these questions for you:

1. Yes, you receive payouts in BTC to the wallet of your choosing, not in USD.
2. The breakeven period is dependent on the market, like you said. If Hashprice stayed where it is right now (AKA BTC price, difficulty and Tx fees never moved), a S21 XP at 7.8c for example would breakeven in about 13 months. If you're bullish on BTC and expect the historical relationship between price action and difficulty to continue, then it would be reasonable to expect your breakeven to be sooner than that. This is also not factoring in the residual value of your hardware. For example, if you bought a S21 XP for $8,000, mined for 6 months to earn $2000 in profit and then sold the machine for a loss at $6000, then your "payback period" was 6 months. Long story short, payback period is driven by the market, but is also impacted by the ability to resell hardware.

As discussed on the webinar, we have plenty of clients who run machines through LLC's. This is not a problem on our end. There are generally discounts available when purchasing multiple machines OTC, but this is dependent on scale. We generally have a 5 unit MOQ on OTC buys, with economies-of-scale pricing starting to really kick in around the $500k mark. Happy to see what type of pricing I can get you relative to what scale you're looking at. Our sites as a whole are insured, but you're welcome to insure your specific machines personally if you wish.

What type of budget are you considering and what is your general timing like? With a little bit of context I'd be happy to pass along some options for you to chew on. Also happy to schedule some time to chat 1 on 1 if that'd be helpful too.

Best,

**Blake Davis**
Account Executive | Blockware Solutions
@BlakeDavis50 (Twitter) | @BlakeDavis17 (Telegram)
Book a Meeting

---

**Mason Jappa** <mason@blockwaresolutions.com> Wed, Nov 20, 2024 at 3:05 PM
To: Blake Davis <blake@blockwaresolutions.com>
Cc: Jordan Jarrett <jmanwvu@gmail.com>, Blockware Sales <sales@blockwaresolutions.com>

We highly recommend setting up an LLC, this will also allow you to depreciate the mining rigs for tax purposes.

**Best,**
**Mason Jappa**
*Co-Founder, Chief Executive Officer | Blockware*
*Managing Partner | M31 Capital*
*General Partner | Ch4 Capital*

*Bitcoin Hashrate Exchange | Marketplace . BlockwareSolutions . com*
*Proprietary Research | BlockwareSolutions . com/Blockware-Intelligence*
*Follow us on Twitter | @Mason_Jappa @BlockwareTeam*
*Join our Telegram Group | BlockwareSolutionsOfferings*

---

**Jordan Jarrett** <jmanwvu@gmail.com> Wed, Nov 20, 2024 at 4:34 PM
To: Mason Jappa <mason@blockwaresolutions.com>
Cc: Blake Davis <blake@blockwaresolutions.com>, Blockware Sales <sales@blockwaresolutions.com>

Thank you Blake,

I'm trying to figure out my investment amount. I have a scenario and some questions.

Currently if I bought spot BTC right now at $94,000 I could have around 22 BTC. If I were to instead put that into mining how long would it take to mine 22 BTC? and potentially how much more could I stack over time? Would I be able to get to 22 BTC in 13 months? if one miner mines 0.14 BTC in a year, then ~260 miners would mine around 36.4 BTC/year? Are those the right numbers?

Also, curious to know how much pooling plays in combining all the hashrates and receiving a portion of the BTC mined, do your miners participate in larger pools? What would be the reason to or not to?

Thank you both,

---

**Blake Davis** <blake@blockwaresolutions.com> Wed, Nov 20, 2024 at 5:21 PM
To: Jordan Jarrett <jmanwvu@gmail.com>
Cc: Blockware Sales <sales@blockwaresolutions.com>

Hi Jordan,

Happy to walk you through that scenario. For your reference, I've attached a custom pro-forma model that allows you to dynamically display a mining investment based on BTC price and difficulty growth rates. You're right that there's linear growth between the amount of hashrate you're running and the amount of BTC you earn. That said, future growth in mining difficulty would decrease BTC denominated revenue. BTC price action is what drives difficulty growth (AKA as mining becomes more profitable, more people want to mine), and as previously explained, price generally outperforms difficulty significantly. Historically speaking, we've seen on average about 3% MoM growth from BTC price, and 2% MoM growth from difficulty. This equates to an exponentially growing yield for miners during bull markets.

Given your goal of producing as much BTC as possible over the long-term, running efficient machines is going to be the key. You'll want to ensure that you're earning the highest possible yield and that your downside is protected as much as possible. I've gone ahead and modeled a deployment into S21 XP's to give you some broad context. That said, we have a variety of different opportunities available. I think it would make sense to diversify your capital across multiple hosting locations and hardware models, to ensure you're fully optimized to capitalize on the market and have your risk managed. The model attached is also based on ballpark machine commercials at today's rates. If you ultimately decide this is the path you want to take, we can dial in the exact deployment framework and I'll do what I can to get you the best deal possible given commercials are adjustable across a couple different vectors. Given current BTC price action, machine prices are moving higher very quickly. Depending on what your timing is like, we may need to readjust these numbers.

That all being said, the modeled scenario of ~$2M worth of S21 XPs at historical market performance would earn you a ~600% net return in 4 years, as you can see below:

| Outputs | | |
|---|---|---|
| Strategy | Selling | Holding |
| Cost of Capital | 12% | 12% |
| NPV | $4,706,252.31 | $ 8,220,351 |
| IRR | 74.22% | 56.93% |
| MOIC | 4.59x | 4.31x |
| Annualized ROI | 46.35% | 67.90% |
| Net Cash | $7,545,549.25 | $14,609,611.43 |
| Total BTC | ₿ 35.116514 | |
| Avg $BTC | $203,790.60 | |
| Avg Difficulty | 171,054,170,818,778 | |

In regards to pools, we require our clients to use the Blockware Pool, which is a FPPS model with a 2% operator fee. This pool structure enables a consistent daily payout of revenue based on the amount of hashrate you're running. If you were to run these machines outside of a pool you'd be subject to the "luck" factor of BTC mining, which wouldn't guarantee any revenue over 4 years.

It'd be great to get a little more context into your decision making process so I can make sure we're best positioning you for success. What's your schedule like for the rest of the week? Let's find some time to chat and unpack this further.

Best,

**Blake Davis**
Account Executive | Blockware Solutions
@BlakeDavis50 (Twitter) | @BlakeDavis17 (Telegram)
Book a Meeting

**Jordan Jarrett - Mining ROI Model (1).xlsx**
169K

---

**Jordan Jarrett** <jmanwvu@gmail.com> Wed, Nov 20, 2024 at 5:37 PM
To: Blake Davis <blake@blockwaresolutions.com>
Cc: Blockware Sales <sales@blockwaresolutions.com>

Thank you Blake for the helpful breakdown and the performance scenario. The picture is getting a bit more crystallized, obviously a lot more I need to learn and understand. I have some time now if it works for you, if not, tomorrow is available. Early in the morning 830/9 eastern or 2 eastern time?

Thanks,

---

**Jordan Jarrett** <jmanwvu@gmail.com> Wed, Nov 20, 2024 at 5:53 PM
To: Blake Davis <blake@blockwaresolutions.com>
Cc: Blockware Sales <sales@blockwaresolutions.com>

Hey Blake,
I just realized you had a meeting link, I went and grabbed 30 minutes for tomorrow afternoon.

---

**Blake Davis** <blake@blockwaresolutions.com> Wed, Nov 20, 2024 at 5:56 PM
To: Jordan Jarrett <jmanwvu@gmail.com>
Cc: Blockware Sales <sales@blockwaresolutions.com>

No problem, happy to help. Glad we found some time tomorrow, looking forward to it!

To help me prepare it'd be helpful to have some insight into what boxes still need to be checked on your end. Sounds to me like there is still an education hurdle to jump, which is my specialty haha. What else comes to mind when thinking about what needs to be done before you could make a decision?

**Blake Davis**
Account Executive | Blockware Solutions
@BlakeDavis50 (Twitter) | @BlakeDavis17 (Telegram)
Book a Meeting

---

**Jordan Jarrett** <jmanwvu@gmail.com> Wed, Nov 20, 2024 at 6:38 PM
To: Blake Davis <blake@blockwaresolutions.com>
Cc: Blockware Sales <sales@blockwaresolutions.com>

Thanks Blake, I think running through these numbers in more depth would be helpful and maybe just overall broad questions I may have or providing reassurances.
I see the 2 month hosting deposit, where is the hosting fee for the other months? Is the pooling fee taken out 2% monthly BTC fee, is that an industry average? Would there be a price reduction if I bought that many miners? or is the $7,965 the discounted price?

Why would someone prefer to work with Blockware vs. River or SAZminign or Wilson Mining or Kaboomracks ect.
On average how many sats can one rig typically mine in a month? I've heard ASIC miners have had heating issues, is that a valid concern?
Also, technology changes won't cause these machines to be obsolete. That was one of my concerns, a super computer coming in and decreasing the rewards for other miners.

Overall, knowing that in a few years I can be in a better position than buying 2 million dollars worth of it right now is very compelling and not exactly what I was expecting, in a good way. Then I wonder if that is the case then why don't more people do this route vs. buying spot BTC. I presume it's still early and people are unaware or not excited about this piece.

I may have more questions or assurances, but wanted to type this out before it got too late.
Thanks,

---

**Blake Davis** <blake@blockwaresolutions.com> Wed, Nov 20, 2024 at 7:48 PM
To: Jordan Jarrett <jmanwvu@gmail.com>
Cc: Blockware Sales <sales@blockwaresolutions.com>

Thanks Jordan, I appreciate the context on where your head's at. Happy to answer these questions for you now so that we have plenty of time to go over numbers tomorrow and answer any follow up questions.

1. I see the 2 month hosting deposit, where is the hosting fee for the other months?

The 2-month deposit is returned at the end of your hosting term, or on a per-unit basis should you decide to sell any machines before then. The month to month hosting bills are sent to you via email on the first business day of the month and can be paid with a wire, credit card, USDC/USDT or Bitcoin. Each month you'd be prepaying for that month's electricity usage in advance. We do have a 90% Service Level Agreement in place, which means you'd receive a quarterly true-up in case you're ever online for <90% of a month.

2. Is the pooling fee taken out 2% monthly BTC fee, is that an industry average?

The 2% pool fee is well in-line with the industry standard. This is automatically withheld from your revenue, not something that you'd be billed for. This fee was factored into the profitability model that I sent previously.

3. Would there be a price reduction if I bought that many miners? or is the $7,965 the discounted price?

$7,965 is a broad estimate of pricing on these machines for modeling purposes. We're happy to work with you on a few different commercial vectors, but it would make more sense to nail down exact pricing once you have a high commitment level and can pull the trigger immediately. Rig pricing fluctuates with the market so things could potentially look different depending on your timing.

4. Why would someone prefer to work with Blockware vs. River or SAZminign or Wilson Mining or Kaboomracks ect.

There are a number of reasons- We've been in business since 2017 (longer than any other hosting provider) so we've had plenty of experience to help tailor our business model to setting up clients for success. Aside from industry experience and the white-glove service we uniquely provide, I think the biggest differentiator is the Blockware Marketplace. Mining is a long game and is effectively all about risk management. The ability to access liquidity on your hardware is the ultimate risk protection tool and something that is unique to Blockware. Only with us are you going to find the ability to effectively end your contract at any point by selling your machines in a turnkey capacity to buyers. This also fundamentally changes the mining investment profile. With another provider, your capital is going to be locked up for a period of time and only recuperated through mining profits. In that model, there's no way to capitalize on the fact that ASIC prices have historically had a strong correlation with BTC price action. In 2021, we watched the price of S19's go from ~$2k/unit to ~$12k/unit. With any other hosting provider there'd be no way to recapture that appreciation, Blockware makes it possible and quite easy.

I'll quit rambling- there are honestly a ton of reasons why our services are in a league above the rest of the market and why we work with the most sophisticated miners on the planet. Happy to unpack this further tomorrow.

5. On average how many sats can one rig typically mine in a month?

This is dependent on 1) the specific model machine you're running and 2) what the market does that given month. As we stand right now, BTC denominated hashprice sits at ~0.00000064231 BTC/Th/Day. This means that a single 100 Th/s machine, for example, would earn you roughly 0.002 BTC/month.

6. I've heard ASIC miners have had heating issues, is that a valid concern?

This is definitely a valid concern and is why it's so important to work with reputable, seasoned hosting partners. This issue is mitigated through infrastructure and on-site processes. Air-cooled ASICs can be sensitive to heat and so we've optimized our sites to mitigate this issue as much as possible. There are also other methods that are used to cool hardware such as immersion and hydro cooling. An aircooled machine is cooled by a fan that sucks air into the server. If the air is too hot then the machine's chips get too hot and fail. Hydro and immersion cooling involves the machine being submerged in temperature controlled fluid or having that fluid running through the server. As mentioned before, it would likely make sense to diversify your fleet in a few different ways. We could likely get you some hydro-cooled units running too if that's of interest.

7. Also, technology changes won't cause these machines to be obsolete. That was one of my concerns, a super computer coming in and decreasing the rewards for other miners.

If you recall from the webinar discussion today, we've seen a slowdown in the marginal improvements being made on new hardware models. Historically, new releases would be so powerful and efficient that older machines instantly became obsolete. This hasn't been the case in several years now, and so we expect new-gen hardware to remain competitive for longer than previous generations.

Folks have had the quantum computing concern for *years* now and it obviously has never come close to fruition. For someone to spend billions of dollars to create a super computer focused on mining Bitcoin wouldn't make any sense, if it's even possible. Sure, they could then theoretically mine every single Bitcoin that enters circulation. In doing so, they would destroy the security of the network and send the price of Bitcoin to $0. The risk-reward ratio there is heavily skewed towards using those funds to mine Bitcoin using ASICs.

Hopefully these responses address your questions and give you a bit more clarity. Tomorrow we can plan to unpack any points further and talk more about the numbers here. Let me know if there's anything else I can answer before then and have a nice evening in the meantime!

Best,

**Blake Davis**
Account Executive | Blockware Solutions
@BlakeDavis50 (Twitter) | @BlakeDavis17 (Telegram)
Book a Meeting

---

**Blake Davis** <blake@blockwaresolutions.com> Thu, Nov 21, 2024 at 1:20 PM
To: Jordan Jarrett <jmanwvu@gmail.com>
Cc: Blockware Sales <sales@blockwaresolutions.com>

Hey Jordan,

I'm in the Google Meet, is this still a good time for you?

Jordan Jarrett and Blake Davis
Thursday, November 21 · 12:15 – 12:45pm
Time zone: America/Chicago
Google Meet joining info
Video call link: https://meet.google.com/ggo-aqvx-znm
Or dial: (US) +1 301-882-5815 PIN: 983 486 757#
More phone numbers: https://tel.meet/ggo-aqvx-znm?pin=3432075236334

Best,

**Blake Davis**
Account Executive | Blockware Solutions
@BlakeDavis50 (Twitter) | @BlakeDavis17 (Telegram)
Book a Meeting

---

**Jordan Jarrett** <jmanwvu@gmail.com> Thu, Nov 21, 2024 at 1:22 PM
To: Blake Davis <blake@blockwaresolutions.com>
Cc: Blockware Sales <sales@blockwaresolutions.com>

Hey Blake,

I'm trying to join , my connection must be bad.

I'll keep trying.

---

[redacted]

iMessage
Encrypted

EXHIBIT
4

Dec 12, 2024 at 2:19 PM

About $58k yes

51.4 more PH/s , that's groovy

Serious scale you're getting .

Yea that's nothing to sneeze at

~ $290 hosting / machine?

Edited

Yes I got $288.9

I'm using calculator tho Blake will give you actuals

Sounds good.

We can invoice you if you're good to go, I think you'd be buying the rest available

1 Reply

Is that hosting number a little more elevated in price comparably? I think some others competitors were 210$ and 225.

7.5c kWh?

Others are selling the S19 XP Hydro?

1 Reply

We can invoice you if you're good to go, I think you'd be buying the rest available

That would lock the rest in for me ?

Yes

No one sells hydro or immersion hosting for cheaper

Others are selling the S19 XP Hydro?



Jordan
at chatting with you today.

All units have a one time set up fee of $100 per unit and are hosted at $0.08/kWh. Our

With the quantity you are looking for I can waive our set up fee for you and deduct $20
hone in lead times better for you. Some of these I may be able to have online as early a

| Model | Price | Hosting Cost per 30 Days | Go Live |
|---|---|---|---|
| S21 XP 270 Th/s | $8,850 | $209.96 | 2-4 Weeks |
| S21 188 Th/s | $5,850 | $189.51 | 2-4 Weeks |
| S21 Pro 234 Th/s | $7,450 | $202.18 | 2-4 Weeks |

Here are some key features of Simple Mining:

- Free repairs on all units purchased through Simple Mining for the first 12 months
- Precision Billing: all downtime is credited back to you
- Marketplace to resell your miners: https://docs.google.com/spreadsheets/d/12nxBfW
- Ability to Pause mining when not profitable
- Protection Plan available after first year of free repairs. More info here: simplemining

Atleast that is a good player, 7.5c is a good cost. The infra is more expensive

Ahh I see that's because of the hydro

Yeah those aren't hydro. They consume more power

5.35 KW

Ok thanks for helping out

Those guys are selling you 8c also

Most ppl make you do a profit share on hydro / immersion instead of flat rate

Yea, that wouldn't be something I'd be interested in, the profit share model.

Flat rate is more appealing for sure

Yeah don't ever do profit share

Riot did that back in day and their cost modeled out to be over 20c during the bull run

Saz does that I believe and seemed a bit shady

Maybe not them but just the concept

Reacted 😑 to "Riot did that back in day and their cost modeled o..."

20cents! That's bad

When would the amount be due. I have the money in two accounts and need to consolidate funds

Ideally tomorrow or Monday

Would that work?

Monday should or at least a 50% deposit

Okay cool. That works by me

Blake will send you invoice / paperwork

I could have ~400k Monday

That works

The rest once it lands in Schwab

You got a deal I got you locked I. If you get us that by Monday and rest next week

Ok that's at 1.4% pooling. That will help stack sats

2:43




Cost of 190 vs 200 , which do you want?

Let's do the 200 machines

Invoice / paperwork coming your way

Dec 16, 2024 at 9:04 AM

First wire still on track for today? BTC looks good 📈

Looking good, heading to Truist this morning.

Big BTC moves yesterday.

Solid . Appreciate it

Of course. Next one should be tomorrow shortly after for the remaining amount.

Dec 16, 2024 at 4:31 PM

Hey Mason, the bank is asking for Blockware address.

Blockware Solutions LLC
3800 N Lamar Blvd Ste 200
Austin, TX 78756

Thanks

Yessir

Truist should be sent out shortly.

Dec 18, 2024 at 9:26 AM

Thank you for the intro

Yessir

Dec 27, 2024 at 10:50 AM

The deployment of your machines looks like Mon/Tues just before year end. We were about to energize and the utility (unplanned) had to come in for one final inspection which pushed it a couple days. You'll be online by year end

Edited

Great, thanks for the message Mason.

I know utilities are very particular- I guess rightfully so, cant escape that.

Yes, they are always last minute

What part of Texas is it, west Texas ?

Yessir west Texas

Dec 27, 2024 at 12:19 PM

Ever do site visits?

Dec 27, 2024 at 5:07 PM

Usually no - as there is security concerns

Are you trying to visit one of the sites?

Fair, that makes sense.
Only if it was convenient and ok to do so, but no need to make an exception for me, I was just curious.

Dec 31, 2024 at 12:28 PM

Hey Mason, checking in to see if they were still planning on today for miners to be online?
Thanks man! Happy New Year, up and to the right 🙏

Hey they'll be online to you this week, happy new year to you as well

Jan 3, 2025 at 12:16 PM

You'll be online today 🙏

Beauty , thanks

Ready to start stacking.

Yessir

How was NYE with Michael Saylot?

It was amazing

Saylor

Imagine a party with unlimited budget

I bet it was a hell of a networking event too

and just all the Bitcoin OGs walking around

Yeah I talked to all my heroes

1 Reply

That's too wild. So cool

Yeah I talked to all my heroes

Very dope, they must be more bullish than ever considering they've been in the game with conviction more than any

Oh yeah. Everyone is very bullish

Especially in 2025

Just need to get rolling with new leadership open that's open to it and not as hostile

Yeah that's the main catalyst

The stock market will be a bit of a drawdown

Jan 3, 2025 at 3:05 PM





That could be promising ^

Yes indeed. I met Eric Trump in Abu Dhabi

He's definitely the most bullish / understanding of BTC in his family

I thought he wouldn't get it , sounds like a complete dipshit but here we are

Yeah for some reason he was always portrayed to be the dumb one

Main stream media is full of shit

Yea Donald jr is the coke head rere but Eric actually has some stuff going for him

Jan 21, 2025 at 11:55 AM

Happy new year. Is everything with the deployment meeting your standards?

Hey Mason, Happy New Year, thanks for checking in! One of the things I didn't realize is how much Texas location could go offline and I think I have 5 rigs that were lemons and need to be replaced.

Yes there was a small number of DOA, we'll get those fixed. Long term TX will be stable, there has been some major winter storms / curtailments as a result there.. it snowed for

the first time in Houston today in like 100 years

Yea I saw that, I'm leaving Copper Mountain and it was -10.

Otherwise I think the deployment is good, I'm still trying to figure out the performance/ roi.

Jan 21, 2025 at 8:15 PM

ROI is very good. Should be in the 50-70% IRR range right now

We will have the marketplace live there soon also so the data will be easier to track

I think Blake is going to help me map it out, wanting to see when I'll have what amount of BTC to prep for a BTC mortgage company for the home purchase this summer

Yes he will

We will have all the data

Which BTc mortgage company you using?

I think there are a few companies that can use BTC as collateral to access better interest rates






**30-Year Crypto Mortgage**
milo.io

I know these guys if you need intro

Idk actually. That's part of the research I need to do

They're legit

"We the ppl " is one I've heard of

Ok cool thanks , I would like an intro to prep on how much I need to put down and how the process works.

Yes, ok cool you got it

Awesome thanks man. I heard about spoke of these products in Miami for the BTC conference. Super cool they are actually out now

Yeah , BTC centered companies are really materializing

Incredible to see this all take place

Feb 10, 2025 at 1:35 PM

Hey Mason, quick question



TRANSFER DETAILS

BANK TRANSFER (WIRE OR ACH)

| BANK NAME | ACCOUNT NUMBER | ROUTING NUMBER |
| --- | --- | --- |
| Evolve Bank and Trust | 9801067105 | 084106768 |
| BENEFICIARY NAME | BANK ADDRESS | |
| Blockware Solutions LLC | 6070 Poplar Ave, Suite 200 Memphis, TN 38119 | |

Page 2 / 2

This banking details are correct for billing?

Edited



BLOCKWARE

INVOICE

Blockware Solutions LLC
8 The Green, Suite A
Dover, Delaware 19901
United States

Invoice # 20535
Invoice Date Feb 01, 2025
Invoice Amount $133,984.16 (USD)
Payment Terms Due Upon Receipt
PAYMENT DUE

BILLED TO
Jordan Jarrett

SUBSCRIPTION
ID 169VUUVqFw0I7cuF
Next Billing Date Mar 01, 2025

| DESCRIPTION | UNITS | UNIT PRICE | AMOUNT (USD) |
| --- | --- | --- | --- |
| Jan Prorated Hosting: S19 XP Hydro 257T x 195 (TX-DP)<br>Jan 30 to Jan 30, 2025 | - | - | $52,536.90 |
| BWS Hosting<br>Feb 01 to Feb 28, 2025 | 1 | $0.00 | $0.00 |
| Bitmain-S21-195T-(GA-BC)-at-19942USD-Monthly<br>Feb 01 to Feb 28, 2025 | 49 | $190.42 | $9,330.58 |
| Bitmain-S21-188T-(GA-BC)-at-18358USD-Monthly<br>Feb 01 to Feb 28, 2025 | 76 | $183.58 | $13,952.08 |
| Bitmain-S19-XP-Hydro-257T-(TX-DP)-at-29828USD-Monthly<br>Feb 01 to Feb 28, 2025 | 195 | $298.28 | $58,164.60 |
| | | Total | $133,984.16 |
| | | Amount Due (USD) | $133,984.16 |




This isn't phishing ?

Yes that's correct!

Ok, thanks ... Sheww I was getting confused and little nervous.

Thanks

Feb 27, 2025 at 1:20 PM

Hey Mason, I know at one point the hydro miners were in high demand and selling quickly. Is that still the case, have you seen a shift in the market?

Yes the XP hydro still in high demand

Pricing on that deal was amazing

Do you have customers that would be interested in purchasing some of mine?

Yes probs

You need cash why sell now?

Yes, mostly for that reason.

Okay, how many you want to sell?

1 Reply

Have the tariffs played a role on miner prices or are they mostly similar to where they were a few months ago

They the same even today

But the tariffs could impact and make the USA plugged in go up a lot

Ok that makes sense, I was wondering if that was playing out or potentially going to? I guess it hasn't yet and more of a wait and see.

I would wait to that point

Hasn't been priced in yet

Okay, how many you want to sell?

I'm considering selling off half of them

At a breakeven atleast right

Aka you bank the mining rewards so you were profitable

Yea, at the usd cost I purchase the miners for.

For sure 👍

I think it has been a little choppy with the weather slowing down operations out there. Seeing what the true up looks like in a few days.

Mar 3, 2025 at 1:58 PM

Hey Mason, you think any of your clients or coworkers are interested in the XP hydros?

Mar 3, 2025 at 3:04 PM

Hey - this is on our radar, we will bring offers for machines as we have them

Ok great, thank you

Mar 5, 2025 at 11:40 AM

Btw on the hydros we are in peak curtailment season in TX. they will be more stable going forward and will average uptime of 95% +

Edited

Dec / Jan / Feb are the highest curtailment months of the year

Yea I saw that in Jan and a lot in Feb. I think 12 days the machines were throttled down in Feb.

Yes, the worst is behind is

1 Reply

Unfortunately I didn't see much true up . Only $311 for Nov-Jan. But I had machines disabled and offline so I asked the team if they could review it.

These are still an amazing long term play . There will be true up

Yes, the worst is behind is

Next few months will be better !

They came online late December / early Jan if I recall, for Nov/Dec were you mentioning other machines?

Edited

At thanksgiving I started with the 125 machines: s21 188t (76 machines) and s21 195t (49 machines.

Those S21 should have been really stable

Hydros didn't get online until early / mid Jan. But at least 5

were duds

1 Reply

Run in KY we rarely have curtailments there

The duds will be replaced

And you won't be billed for those

Hydros didn't get online until early / mid Jan. But at least 5 were duds

I may have been charged for some of the machines as if they were running.

I'll sync with billing team on your fleet

Ok great thanks. It looks like I may have been charged for some of the hydros while they've been repaired.

A few machines in Kentucky had to get repaired for about a month

March 7 we may get SBR announcement

2 Replies

Jesus that's would be rocket fuel

I just pray he doesn't dilute the mission and public confidence with absolute dogshit VC tokens

2 Replies

Trump also said he's bringing back 100 % depreciation retro to 1/20/25. This will be big for our clients / the mining space / the US economy

1 Reply

March 7 we may get SBR announcement

2 Replies



BREAKING: US COMMERCE SECRETARY HOWARD LUTNICK SAYS STRATEGIC #BITCOIN RESERVE "WILL BE ANNOUNCED" AT TRUMP WHITE HOUSE SUMMIT

"OTHER TOKENS WILL BE TREATED POSITIVELY BUT DIFFERENTLY."

**The Bitcoin Historian (@pete_rizzo_)**
x.com

I just pray he doesn't dilute the mission and public confidence with absolute dogshit VC tokens

2 Replies

He's going to give them favorable policy, which is more good than bad

Keep in mind all these profits from those coins rotate back to BTC

Edited

Some of the Maxi's absolutelv hate manv of the other coins

but some aren't bad and have good tech. I'm more so of a Bitcoin evangelist vs Maxi

1 Reply

Trump also said he's bringing back 100 % depreciation retro to 1/20/25. This will be big for our clients / the mining space / the US economy

That means you can full depreciate machines ? What is the ruling now ?

This has to pass but I have no doubt it will

You can do 80% now

1 Reply

I just pray he doesn't dilute the mission and public confidence with absolute dogshit VC tokens

2 Replies

Agreed but when the coins have specific people attached to winners it really is fucked to have the government pick winners based upon friendship and cronyism, although I know this happens often

I very much so agree with that

XRP / Cardano etc are garbage

2 Replies

Some of the Maxi's absolutely hate many of the other coins but some aren't bad and have good tech. I'm more so of a Bitcoin evangelist vs Maxi

I think they need 16 years and then we can call them good projects haha

You can do 80% now

Thanks! For sharing, I should have known this but didn't

Yeah you should be doing this with taxes for sure

1 Reply

XRP / Cardano etc are garbage

2 Replies

Yea dog shit , just right place and time

Good lobbyist

Yeah you should be doing this with taxes for sure

And miners don't have to hold the machines for 5 years? Because I thought that was the case for business cars

No just if / when you sell you have to true that up

1 Reply

March 7 we may get SBR announcement

2 Replies

Michael Saylor will be there which gives me confidence

No just if / when you sell you have to true that up

Ok gotcha , have to depreciate for the amount of time someone owns it

Well you can do accelerated depreciation

So he's saying you can do that to 100% instead of 80%

That's great, extra 20% goes a long way

Yes

And do you think the strategic BTC reserve will be announced Friday ?

Lutnick said he thinks so

They don't have votes so sounds like executive order

To be on the inside would be highly valuable, quite the advantage

Exactly

If no state is passing BTC reserves than federal government wouldn't have votes

Went to BTC investor week in NYC last week, met the metaplanet CEO and Dennis Porter ( a character )

1 Reply

Also, just saw Texas is voting today on BTC reserves !? Uncanny timing, did Texas get a tip (kind of conspiratorial) haha

**Subjects:** Financial--General (I0365)
State Finances--Management & Control (I0748)
TEXAS STRATEGIC BITCOIN RESERVE AND INVESTMENT ACT (PO2LR)
AUDITS & AUDITORS (S4334)
CURRENCY & CURRENCY EXCHANGE (S0335)
COMPTROLLER OF PUBLIC ACCOUNTS (V2608)
TEXAS STRATEGIC BITCOIN RESERVE ADVISORY COMMITTEE (VB9VD)

**Senate Committee:** Business & Commerce
**Status:** Out of committee
**Vote:** Ayes=10 Nays=0 Present Not Voting=0 Absent=1

**Actions:** *(descending date order)*

| Description | Comment | Date | Time | Journal Page |
|---|---|---|---|---|
| S Placed on intent calendar | | 03/05/2025 | | |
| S Committee report printed and distributed | | 03/04/2025 | 11:10 AM | |

JUST IN: 🇺🇸 Texas Strategic Bitcoin Reserve bill has been placed on 'notice of intent' for today.

Bitcoin Magazine (@BitcoinMagazine)

Went to BTC investor week in NYC last week, met the metaplanet CEO and Dennis Porter ( a character )

Nice I know Dennis well and met Simon at Saylor's NYE party

Edited

Usually I got to BTC investor week couldn't make it this year

Yea, Dennis is a good dude all in all. Doing tough work and X really blisters him

And yea Simon was really smart and generous with his time

Dude how does Natalie Brunell get to interview all high level players in the space, I have my thoughts.. because she doesn't ask the best questions

Edited

You already know that answer lol

Haha

She means well tho in general I like her

I mean that's how empty the space is!!

.5% of our space is women , max

99.5% males

Edited

Yea brings good things to the table and encourages more women to get in which is good !

Yea true. That's the worst numbers of any industry. I think worse than coal mining

I met Michael Maloney - he's big into mining, doing some interesting things that were a bit above my head... I think he knows you and Blockware team

Edited

Yes , close friends with him!

He's doing a hashrate derivative fund

Yea that's it, he was describing it to me and a VC guy

David Foley, BTC opportunity fund

For sure I like Foley and the BTC Opp fund

I have been working with Mark Moss recently

1 Reply

Yea same here and I think they are onto something with their fund

I have been working with Mark Moss recently

Any relates to the fund or this is outside that

I've watched Marks videos.

Outside of that he's actually working with me on marketing for Blockware

1 Reply

He's a genius

He seems to be too cool to be that intelligent

Haha, I couldn't tell if he's really smart because normally you don't have someone that grounded, approachable to be that brilliant.

Outside of that he's actually working with me on marketing for Blockware

He has an outrageous amount of views.

Yeah he does he's very good at what he does

and is super cool to you point

Hes like a less radical, much more business and entrepreneurial Tony Robbins.

Maybe a bad characterization

But very motivational

And seems to have the coaching element to him

Mar 5, 2025 at 2:29 PM

Yeah exactly he gives good advice and already has helped me a bit on messaging

That's dope, great to hear

Mar 6, 2025 at 2:56 PM





JUST IN: 🇺🇸 Texas passes Strategic Bitcoin Reserve bill in the Senate 25-5.

Bitcoin Archive (@BTC_Archive)
x.com

Mar 12, 2025 at 1:30 PM

Hey Mason, has there been any luck finding buyers for machines. The hydros can't be sold on the marketplace that's why I keep asking, sorry to bug you.

You can list them on there, then people will ping us with interest

Choppy market right now so demand has been down last couple weeks

1 Reply

Ok Ive had a few bids, but wasn't able to follow through with them unfortunately.

If you don't mind, ping Blake anytime you get a bid you want to take

1 Reply

He will handle the transaction

Choppy market right now so demand has been down last couple weeks

Entire year could be looking that way.

If you don't mind, ping Blake anytime you get a bid you want to take

Ok thanks, I've asked him before and he told me it automatically goes through.

He told me there wasn't a way to locate the bidder because there was privacy concerns.

You want to net $14/T correct or what price you want to take?

Edited

Im hoping to break even for all of them.

You want to sell all of them now?

Yea I think it's best for me

I really think this cycle will be amazing for mining

You will end up with more BTC this route, but ultimately your call

Q3/Q4 BTC will spike, mine through then and sell the machines for more than what you paid + bank the mining profits

Edited

I think that is right, big curved ball would be the nasdaq / Dow turns into a bear market. Idk if we've really had one of those yet since BTC has been alive- probably a low likelihood, but mostly I do need a lot of liquidity so that's fueling my decision mostly

Usually I don't see people want to liquidate this quickly, mining itself is a long term play to accumulate more BTC

Edited

But I understand you may have reasons I don't know

Ya I came in with a 2 year mindset, but I things have unfortunately shifted.

But I'm not sure there currently is enough interested buyers on Blockware to off take all miners.

There will be over time

Right now we have everyone entering into S21 hydro with a new partnership with a pubco

Edited

We kind of move deal by deal you know

Different utility ?

If you have interested buyers for S21 188T or S21 195T - I would be interested in selling those if the hydros do not currently get bid on.

Okay cool. So you just want to sell everything?

Ya, and I know it could take time so preparing to sell them all would allow me best chance of getting liquidity.

Ok I let the team know we'll get to work

Fantastic. thank you, very much.

Make sure tolist S21 on marketplace too

To list them all individually or together ?

List all the hydros too?

My team can do for you
, give Blake your listing prices

Ok, I can email Blake my listing prices and he would be able to list them on the marketplace ?

Yes

Ok great thanks

Apr 2, 2025 at 9:09 PM

This tariff situation is very good for you

This is going to have a major impact on the Bitcoin Mining industry, most of the current Bitcoin Mining Server imports were coming from Malaysia / Thailand / Indonesia. Rigs already landed in the USA will become more valuable. @BlockwareTeam

The new U.S. tariffs:

China — 34%



**Mason Jappa (@Mason_Jappa)**
x.com

The 34% China is going to be noticed immediately

Hopefully that will build up demand.

Yes

It 100% will and we are going to prioritize USA units like yours

We have some final shipments coming in prior to this going into effect

You think current or new customers will be reaching out to you soon?

Well most ppl want to just mine

Not liquidate you know. But ppl will want to scale on USA deployed units, aka buy deals like yours

I mean this could be the asic pricing catalyst of this cycle

Last cycle it was China ban and chip delay

1 Reply

I guess we will see how it shapes up. I'm hoping difficulty stays at 113 T and doesn't jumped up.

Last cycle it was China ban and chip delay

That's true I forgot all about that. Feels like decades ago.
But that was a huge driver

I mean if I were you

This is equally as important as the chip delay / ban

I would sell some as you need but you have a chance here
at some crazy returns

Like this could be a 2-3 x in value before you know it

I'm open to suggestions for sure.

You are way more in tune with the market and would know
the real time development

Let me see how this shakes out for a bit , stay tuned

Ok sounds good. Thanks for the help n input

For sure , overall good news for you

1 Reply

Wanted to let you know that personally

1 Reply

For sure , overall good news for you

That could be the good news I needed

Wanted to let you know that personally

Thanks for texting me and thinking about my circumstance

Yessir

Yessir

Apr 7, 2025 at 8:08 AM

Hey Mason, any thoughts on the higher total hash rate and higher difficulty levels, lower BTC price going to make it fairly difficult to sell the machines.

Apr 7, 2025 at 9:16 AM

Tariffs will raise price which is good.

BTC has held up well vs rest of market.

Difficulty will adjust soon enough.

tariffs shouldn't last long maybe a month or 2, the rise in machine prices will probably be temporary.

IMO the pace and timing of selling will be critical.

China will unload a lot of supply once the tariff is removed.

Most of the supply is coming from Indonesia / Thailand / Malaysia right now

We will be actively marketing your rigs over the next couple of months yes

I didn't realize that it wasn't China anymore. I think it will be similar there will be such a shock to businesses here that Trump will be forced to reverse course quickly

Just thinking that the window of opportunity may not be long

If tariffs are reversed it will shift the markets back up, but yeah we'll look to sell your stuff asap

I hope it plays out that way.
But I'm hesitant that there is a lot of demand destruction before the tariffs and the global and national economy isn't very healthy - could be a recession brewing. Which makes

me fearful of selling in that scenario.

Threading a needle

Fed meeting today

Maybe we get a rate cut that would be nice

Need rates down.

Rates are down globally in a dramatic way

The XP hydros are priced really good right now vs other stuff , we are pushing our marketing all towards selling our USA stock

1 Reply

There isn't inflation coming because it appears no demand is there to pass on cost

Reduction of private workforce is happening and GDP numbers revised down.

The XP hydros are priced really good right now vs other stuff , we are pushing our marketing all towards selling our USA stock

Ok that's great, I hope there is an appetite for machines

I wish BTC held in the 80s

Need a quick jolt back up there

Yea it definitely broke down and it feels like a pretty significant level to fall below

Not just price, but also a psychological level

Woah just like that 80k+

Haha.

God is real

He answered our 🙏

Apr 8, 2025 at 12:41 PM

Blake said he is having a very difficult time getting anyone to buy the miners. Feels like it is one more bit of bad news away from being unprofitable. Other than turning miners off do any other solutions come to mind?

I don't think we will get to a state where these are unprofitable

Just hang tight here short term

I'm only 1-2k away from it right now. 1.10 BTC on 30 day. Which is around $85,000 dollars and that is pretty much what I pay month for all these.

The B/E is 8.3c kWh right now , don't think you are including credit back you receive on downtime

1 Reply

If the price stays below ~ 76k then that is unprofitable.

I am in meetings for a bit, I'll have Blake run an analysis on your fleet

Ok thanks

That sounds great.

The B/E is 8.3c kWh right now , don't think you are including credit back you receive on downtime

In total I've receive around 7k of credit back




That was the chart for the month for the 7k credit ^ for reference

Apr 15, 2025 at 10:48 AM

Hey Mason, any signs of increase demand for miners since the tariffs?

Yeah for sure, we have to sell out of 2 deals before we move to yours but those have been moving.

Ok thanks, that's reassuring,
how many are needed to sell ? When can I expect that to

happen?

Edited
2 Replies

Blake said there is another hydro seller willing to give a significant discount, which gives me some concern that there will be a lot of similar miners coming on marketplace at once.

That guy has like 30-40 rigs , you are really the only one wanting to sell the XP hydro right now other than him

Ok thanks, that's reassuring,
how many are needed to sell ? When can I expect that to happen?

2 Replies

I would guess ~ mid May

Ok that helps give me context thanks

Maybe he has less than 30 , it's not significant

Ok thanks, that's reassuring,
how many are needed to sell ? When can I expect that to happen?

2 Replies

Ok, thanks and expected to list mine then, not sold miners by then ?

Yeah that's when we begin selling them

In the meantime you see anything possible with the S21s?

Hash price at an all time low. Q3/Q4 are going to be huge BTC runs

No way you can wait until then? This still will see for much more

I'm concerned I won't be able to sell them for the anticipated higher price in q3 or q4 because the difficulty adjustment is going to moon with more efficient miners and cheaper power usage.

If nation states pick up mining more and more they could have an unlimited amount of cheap power

Difficulty can't keep up w/ BTC price

We write about this frequently

Nation state adoption on mining is many years out also

All the public miners are shifting the HPC

Yea currently it's inverse though. And I know it's just a short term phase

I see the difficulty right now squeezing out my profit, giving me pause about keeping any long term due to the difficulty up 10-15% since buying the miners and the price down 15-20% since buying miners.

May 11, 2025 at 4:46 PM

Hey Mason, wondering if you or anyone at Blockware would be interested in buying these hydros? These things were selling like hotcakes a few months ago and the mining situation for someone is probably even more favorable now than before.

I would keep them listed, I think you'll be able to exit in full over summer

Some slowly have been selling on marketplace

I worried the tariffs will lift and the miners that weren't sold will come rushing in and really lower the chances of me selling

I've only sold 8 miners in 3.5 months at a decent discount.

I wouldn't be worried about the tariffs affecting price, BTC going up is what matters the most

In the meantime you'll DCA BTC at a discount

With BTC rallying up, my miners at discounted prices, Blockware running promos, the turnkey solution, shortage of miners from tariffs, ect. - considering all these positive scenarios, I am still having a really hard time selling rigs. Has me a bit paranoid I'm going to be stuck with them when I need the money.

Agreed, if BTC rallies that is biggest thing needed

We have had to focus on filling a couple other deals

I will work on yours soon

I know you guys have a lot of other customers and rigs , so sorry to be a pain..

I just thought I'd be in a better position after listing them for this long and not having much success selling

Yeah , like I said, we can move these soon we move deal by deal and have commitments on energy

I'll feature these as a deal of the week

That makes sense

I think there is a hydro promotion currently

Yeah it was on S21 hydro

Would you do something in addition to it?

Ahhh

I'll do an XP hydro

I didn't realize that detail

Ok thanks for clarifying

Like specifically well market your rigs

That makes sense

Ok great thanks

The deal of the week + BTC conference and

Yep and BTC rolling

Good storm

And BTC moving higher that should nudge

Just out of curiosity, tentatively speaking would it be next week or the BTC conference week ?

Well do it this week

Would I need to list all the hydros by tomorrow ?

And does that mean starting tomorrow ?

Yes

Ok I will shake a leg on my end

I would list a lot of single listings , 5x bundles, etc

Ok will do,

In your opinion would you have them at staggered prices ?

Same price across all

Ok thanks will do

Even if the other guy is selling his at a bigger discount ?

The other guy doesn't have much I don't think , what's his listed price?

I'm going to look at his listing now

I remember speaking to Blake and he said he may be selling at a 25% discount at one point

**I see another one listed at 0.03842 BTC**

But only one rig on there currently

For S19 XP hydro 257t

Yeah cool. So list yours at the good price

Where you atleast breakeven net of fee

That's good. We're raising a bunch of money soon, if / when that comes through we can snag them from you too

They remain very attractive at this price level long term

Yea I think ~ $3600/ rig was purchase price

Keep in mind your cost basis lowers monthly

With profit accumulation

Yep

Knowing you guys are raising money and that could be a backstop in the future if needed is a bit of relief to hear too.

Yes

I'm raising $50m for Blockware

And $10m for hashrate hackers

Both will be buying machines

Shew thats a big ticket

Good action, congrats to you on that

Been waiting for the right time for years

I raised about $10m in 2021

For BWS, I raised about $75m for Blockware Mining which sold to Riot

Great to hear that you are getting signals that this time is the right moment1

!

Yes, the time is now

This price going above 100k and remaining feels pretty sticky

Some technical guys are saying 135k could be a price in the short to midterm

Agree

200-250k by EOY

You will be happy, just be patient :)

This wasn't supposed to be a short term play

We've discussed this

Ya the recession was really freaking me out about a big stock market sell off and how that could influence BTC

Hopefully a decoupling happens this time

Already is decoupling

Look at recent action

Ya originally it was the mindset of 2 years but unfortunately things switched up

Yea true

Really positive signs of it not reacting like stocks

Even though it may had a few more head fakes left , but does seem like the beginning of a divergence

That's okay

My point is you'll be OK

Ya, thanks man for the reassurance

It looks like all the arrows are pointing that way

Indeed

Always here for chatting

1 Reply

Back to Mother's Day stuff my MIL with me now

Edited

1 Reply

Always here for chatting

Thanks, means a lot

Back to Mother's Day stuff my MIL with me now

Enjoy!



May 14, 2025 at 8:49 AM






Hey Mason, I think the promo gained some interest, I nearly had a few sold the other day, but they didn't go through with it.

May 14, 2025 at 1:01PM

Yeah these means the TX weren't actually completed

You are the liquidity here on these so just give it time

Damn I was hopefully. I was moving machines.

Blake is suggesting selling hydro at $13/ T and S21 at $20/ T, which I'm pretty much at already and they aren't budging.

I outlined everything for you above brother

Just hold tight

It will take time, I will have Blake stay in touch with you

Maybe by the time you raise your round you'll be interested in buying these if they haven't been sold already.

Yes

Your deal is one of the best out there right now

That's a safety net in case

Yea I'm thinking the same thing. Selling at the same price as I bought them and turnkey , BTC at 103k, difficulty has gone up but still a nice margin for buyers

Jun 2, 2025 at 12:31 PM

Hey Mason, how was the conference ?

Jun 4, 2025 at 6:27 PM



Very cool

Sorry been so jammed and sick at same time I'll catch up with you when I can

with you when I can

Conf was really good

No problem and glad to hear.

Get well

Lots of illnesses floating around Vegas for sure half my team got covid idk what virus I have it's not covid ha

Yea some funky shit out there in the desert

Cough and congestion was going around for us last week or so.

Jun 9, 2025 at 10:57 AM

Hey Mason, sorry to continuously bug ya.
I saw on Blockware marketplace to get a deal score of a 100, I have to sell my miners around $2000/rig. I can't afford to take a 50% haircut on them especially only after a few months of owning them.

You don't need a deal score of 100, stay the course my friend exactly everything that we discussed

Making me anxious they are constantly depreciating in a bull market.

They aren't in reality

The marketplace is p2p it's not perfect

The secondary market is the same , and rigs will decouple soon they in general are cheap compared to what they should be

Just no buyers in y'all's market place interested in mine, are other marketplaces seeing the same thing?

There is no other marketplace

We have the only one

I'd like to know what these machines would sell for to other hosting companies

They window to sell it feels is now with the shortage of miners coming from overseas

It's not now

It will be Q4 this year when BTC breaks out

Rigs have stayed the same in price on this run

Unfortunately, I can't sell mine for a discount

The S21 has been the same price since it was released 2 years ago

Yeah you don't have too do that

The marketplace is p2p, it's not perfect on pricing

2 Replies

We don't set the pricing there the sellers do

And miners performance is only at 90% but I'm paying hosting fee as if they are operating at 100%.

You'll get an email shortly discussing that from our operations team, we are working on a solution

1 Reply

The marketplace is p2p, it's not perfect on pricing

2 Replies

What if I find a buyer that is not with Blockware?

This site they're at is our highest curtailment site

The marketplace is p2p, it's not perfect on pricing

2 Replies

You can!

I'm calling ppl this week to try and locate. But with shipping and fees it may be hard

Ok keep us posted, on our side my thoughts remain the same that liquidity won't come until later this year

1 Reply

You'll get an email shortly discussing that from our operations team, we are working on a solution

And I'm paying hosting fees on 11 rigs that have been disabled or "n/a" for months - Sean, Rich, Javier hasn't been able to tell me how that is factored into the true up or if it is.

Ok keep us posted, on our side my thoughts remain the same that liquidity won't come until later this year

Ok, sounds good will do. Waiting until Oct / Nov feels like it would be really hard for me to do.

Those will be fully trued up yes, on questions for ops - email kentaro@blockwaresolutions.com

Ok thanks 🙏

and Blake can be your POC for anything too

Ok I'll keep the convo going with him on these things

Ok I'll keep the convo going with him on these things

Thanks

Yes thanks, I am working on raising capital etc

1 Reply

The partnership with Soluna is a great one. John Belizaire is a smart ass guy

Yes thanks, I am working on raising capital etc

Best of luck!

Yeah it's doing well so far for sure, we're going to scale with them massively

I truly hope so I bought into their plans and their stock - it's been a massive dud!

BTC miners all have had a rough run

Except for the ones doing AI infra

Jun 10, 2025 at 8:57 PM



US and China agree on trade framework after two days of talks in London, Chinese negotiator says
CNN
News

Welp, after this gets finalized machine prices are going to go to the floor with a tidal wave of supply coming after this.

Supply hasn't changed and won't change as a result of this

3 Replies

All of the supply was coming from Thailand / Malaysia / Indonesia anyways

Supply hasn't changed and won't change as a result of this

3 Replies

I really hope not, I spoke to a vender today and they are getting new s21s at 14 /T.

I bought at 22/T in November

It doesn't matter

I'm down bad

We sell units with hosting and have liquidity , it's a different system.

You aren't down bad at all

not sure how this ends without a significant 500k loss

It won't be just stay the course

You'll end up with a profit

I think the more I stay the course the less options I'll have to recoup

I spoke to a few other host and they won't host other machines from other companies or buy them.

So I'm locked in without a window to jump out of regardless

This was supposed to be a long term investment, I get things changed for you

but let this cycle mature a bit, take a breather. Texting me everyday / week about this isn't healthy you know

I laid out that even I am working on an exit strategy for you outside of what we provide on the marketplace / for other clients

Edited

True. I just having a hard time wrapping my head around it all and it's not working. Miners down 40% in value in a bull run after 6 months

Supply hasn't changed and won't change as a result of this

3 Replies

The floor on the marketplace is still $19-20/T on these and you mined them for 6-7+ months lowering your cost basis

I'm trying to not focus on it but this 1.4 mil feels like it's gone. And that's kind of it for me.

The miners aren't down 40%

The s21s on eBay brand new are selling at that price.

This isn't eBay lol. We offer a full service

You are discounting our platform and brand to $0 with your logic

1 Reply

Agreed on eBay but also a vender kind of reinforced that number

We can find a buyer for your S21s for starts, I'll have Blake work on it

You are discounting our platform and brand to $0 with your logic

Right there is something to be said for that , agreed

Sorry man, I'm not typically this guy, but I can't get my head off this.

Ok see what Blake says. I think last time I checked price was the sticking point

Jun 26, 2025 at 9:54 AM

Hey Mason, wondering if you were able to buy rigs in the future would it be the XP 19 hydros or the s21s?

Jun 26, 2025 at 11:28 AM

Potentially both

Not trying to put you on the spot because I know this is only a hypothetical but is there a timeline?

I don't have a hypothetical timeline at the moment

Ok just wondering if there was and no approx range for $/T ? Unfortunately, I haven't lowered my cost basis on hydros because they get turned off regularly. I asked the team for a hash rate report to see the performance.

I will circle when it is ready I don't want to put a number on it right now

Ok, and do you guys have the availability to use OCEAN

pool instead of Luxor. Something isn't right with rewards, they have to be taking more than 2% - is there a report to run internal to show me ?

We only allow Luxor for now - I am certain they aren't taking more than 2% we can double check though, if you don't mind on requests like this can you ping Blake or file a support ticket?

Yes. I will thanks - can be provider report on mining pool ? I met Ocean folks yesterday at Bitcoin Policy Summit - looks like I'd receive nearly double the awards using that pool.

That is simply not true lol.

**OCEAN - Statistics - bc1qd5y4ga97cswvezk5p72vwnwjtdumsdtej3c3qn**
ocean.xyz

I think this is what was referenced

You can see everything it's open sourced and no kYC

Jul 21, 2025 at 11:15 AM

Hey Mason, how are things shaping up?

Jul 23, 2025 at 10:48 AM

Meant to reply on Ocean- they are PPLNS they only have higher rewards when they mine a block. On average over a 1 year cycle for example it's = to PPS. Luxor and myself looked at the data.

I have the guys working on your emails and coming up w/ solutions.

On cap raise end good, we launch our round in about 2-3 weeks, raising $75m, my plan remains the same w/ taking you out when our round is done so you have a light in the tunnel there.

What does Luxor charge Blockware in pool fees, they may be extracting a large reward before distribution to your account. Having that all on a public ledger provides transparency for miners - like Ocean is open source

transparency for miners - like Ocean is open source.

Thanks for addressing the emails, I still have outstanding questions that are only partially covered. Im not sure if you're able to to keep tabs on everything since there is of of communication, but in general I'm getting absolutely smoked on uptime, miners aren't selling, and I have 20 miners that are "n/a". 2 miners that have broken beyond repair so made next to nothing in profits on those.

That is a massive raise, which could take a while to complete?

My team is on the above - you'll hear back shortly, not going to discuss the ops stuff here. Sorry about the experience, 99% of our clients our happy, the 1% unhappy are tied to that XP Hydro sites we're working on solutions..

1 Reply

Luxor does not extract fees - I have the actual data, but I cannot share it publicly

Ocean does good marketing and gets people to believe xyz. PPLNS has its risk, there are periods where they underperform PPS+ significantly. Stratum V2 will be interesting as well.

Edited

2 Replies

My team is on the above - you'll hear back shortly, not going to discuss the ops stuff here. Sorry about the experience, 99% of our clients our happy, the 1% unhappy are tied to that XP Hydro sites we're working on solutions..

Yea, a lot of my struggles are a result of that site and the s21s haven't been friendly to me. A lot of repairs in short time.

Edited

Ocean does good marketing and gets people to believe xyz. PPLNS has its risk, there are periods where they underperform PPS+ significantly. Stratum V2 will be interesting as well.

2 Replies

2 Replies

Fair, well you are full time in the industry so I trust your research

It's weird on the S21 - usually those are very stable, we have thousands running . Looking into what's going on in GA . I'm also waiving your recent repair fees we'll cover those

2 Replies

Ocean does good marketing and gets people to believe xyz. PPLNS has its risk, there are periods where they underperform PPS+ significantly. Stratum V2 will be interesting as well.

2 Replies

I have been mining on every pool in existence, we have the data over years . FPPS remains the best solution for the masses imo.

I've read online mixed reviews , them being problematic more than others.

It's weird on the S21 - usually those are very stable, we have thousands running . Looking into what's going on in GA . I'm also waiving your recent repair fees we'll cover those

2 Replies

Thank you , that goes along way, more than you know.

I've discussed with folks that firmware could be useful to protect s21s performance

I'm going to get you out of all of this soon, I know you want to exit. Keep in mind you can also write off your machines for taxes (100% now).

Looking into moving your S21 to our site in KY and/or other options

2 Replies

I'll talk to an accountant because I believe I bought them before that bill

You can do 80/20 then

Edited

You're right it's post Jan 15, 2025 for 100%

Oh well that's great if it's 80 in 2024 and 20 in 2025

Yes

Looking into moving your S21 to our site in KY and/or other options

2 Replies

That would be fantastic- GA has been tough the past 2 months.

Uptime but also probably why the machines are breaking as often as they are.

GA historically was a great site

Past 2 months I agree, we only have 140 machines there thinking of taking them all out

I have 120 of those 140

I know

Going to get you outta there just hang tight

Operator is really good in general we DD heavily but sometimes xyz can happen

19 of 120 are n/a. 16%

Edited

Aug 4, 2025 at 2:16 PM

It's weird on the S21 - usually those are very stable, we have thousands running . Looking into what's going on in GA . I'm also waiving your recent repair fees we'll cover those

2 Replies

Hey Mason, I hope you're doing well, I had a productive conversation last week with Dan and Blake. I'm not sure if that was your direct input or not, but thanks for some progress.
I wanted to see how things were shaping up and if this still remained for repair fees waived and overall exit strategy and possibly moving GA to KY?

Hey Jordan, can you stay in touch with my team vs me on this? I'll stay in the loop with them. Thank you!

Yea that is fine, good luck on the fundraising ahead.

Sep 19, 2025 at 6:29 PM

Hey Mason, I hope you're well (I apologize in advance on bugging you- not my intentions).
I'm not sure if Blake reached out to you, I've been trying to get answers, but unfortunately I haven't been able to connect and Rich Ferolo informed me that my situation is normal (although it doesn't seem normal and I've been told it's not) and it's my fault for taking the risk of mining with y'all -that I must take responsibility of the poor outcome/ operations and get over it.
I hope that's not how Blockware feels - based on our conversations that doesn't seem the case. I believe you appreciate the direness of this situation and experience. I hope we can figure something out soon. Thanks again for your time and consideration.

Delivered

**Mason Jappa** 🇺🇸
last seen just now



December 3, 2025

Hey Mason, I hope you had a good Thanksgiving with family and friends.
12:44 PM

I wanted to see if you could have Danny/ Megan reach back to me- email is a slower method. I've been trying to keep the ball rolling and feels like this is running out of steam. I want this all to be tied up as much as y'all. Any effort on your end would be truly appreacited. As you know this is really eating at me - I've lost a lot the past year and getting a resolution would save me.
12:44 PM

December 4, 2025

They are working on it they will reply back , thank you
2:11 PM

December 17, 2025

Appears they are ignoring me, it's been multiple months nothing has been provided to me after trying to come to a resolution. November I mined at a ($4,000) loss and 20+ of my miners have been down for months now.. I need tangible solutions.

Message

**EXHIBIT**

**5**

9:37

**Mason Jappa** 🇺🇸
last seen just now

December 17, 2025

Appears they are ignoring me, it's been multiple months nothing has been provided to me after trying to come to a resolution. November I mined at a ($4,000) loss and 20+ of my miners have been down for months now.. I need tangible solutions. 2:47 PM

I'll check with them and revert , we have a lot going on w: closing year end 2:50 PM

OK, thank you for your support. 2:52 PM

They haven't brought up the reimbursement for excessive repairs or scrapped machines that resulted from a shorter 4 month warranty, instead of the year warranty I was promsied. Also, my SLA dropped below 90% every month but was billed fully and only trued up to 90%. 2:59 PM

December 31, 2025

I haven't made any progress with Danny and Megan and now have 31 miners down. I know Megan mentioned you all are planning on going public, which I ...'t imagine how much effort and focus t... would take - But in the process ...

Message

sidelined. 10:14 AM

9:37

**Mason Jappa** 🇺🇸
last seen just now

December 31, 2025

I haven't made any progress with Danny and Megan and now have 31 miners down. I know Megan mentioned you all are planning on going public, which I can't imagine how much effort and focus that would take - But in the process Blockware's current customers are being sidelined. 10:14 AM

Megan is reaching out to you 10:59 AM

We aren't sidelining customers trust me, only .5% of our customers have xyz issues, we certainly spend a ton of time working on them edited 10:59 AM

Thank you for reaching out to Megan. 👍 11:04 AM

April 17

Hey Mason, I hope you're well. 8:47 AM

I've been waiting to get my trueups from previous months. I am even further in the red than I could have imagined. edited 8:49 AM

March I was charged $47,289 and produced revenue of $30,564. ($16,[illegible]5)

Fr[illegible]

Message

9:37

**Mason Jappa** 🇺🇸
last seen just now

red than I could have imagined.
edited 8:49 AM

March I was charged $47,289 and produced revenue of $30,564. ($16,725)
Feb.I was charge $59,912 and produced revenue of $38, 853. ($21,059)
Jan. charged $60,842 and revenue was $49,672. = ($11,170)
Leaving me with ($48,954) for those 3 months alone.
8:54 AM

I'll check w team and get your true up back asap.

Been a bear market for BTC hopefully things turn around here finally.
9:08 AM

May 4

Hey Mason, my monthly bill is $49,119 and my 30 day revenue is $32,152. I can't pay for these monthly loses, the hydro miners have very poor economics, losing ~$90/ machine every month is not feasible.
10:31 AM

April had revenue of $30,564 and monthly bill was $47,520.
1:01 PM

I understand, the mining market has beer in a bear market, things should turn

9:37

Mason Jappa
last seen just now

I understand, the mining market has been in a bear market, things should turn around soon. I am not sure what you are asking of me here, we have operated within our contract / held up our end.
edited 1:30 PM

Danny/Megan said they would be able to pause miners when speaking with them at the begining of the year until things turned around and the market became better.
5:14 PM

May 6

blockware-miner...th 2026.numbers
303 KB
9:51 AM



9:55 AM

June 2

Mason Jappa
I understand, the mining market has been

9:37

Mason Jappa 🇺🇸
last seen just now

303 KB
9:51 AM



9:55 AM

June 2

Mason Jappa
I understand, the mining market has been in a...

The bear market is going to continue. Pausing my miners or removing them from hosting service- I do not have thousands of dollars a month to lose.
10:24 AM

It's best if you communicate with Danny / Megan on go forward , thank you 10:30 AM

Ok, I'll continue to speak with them. If you can nudge them. I've tried to reach them via email.
11:44 AM

June 5

Wondering, why do you no longer work for Blockware?
10:44 AM

[illegible] More

Some calculations and thoughts before meeting External Inbox ×

**Jordan Jarrett** [illegible]
[illegible], Masc[illegible] Blake

[illegible] 30, 2025, [illegible] AM Reply to all

EXHIBIT
6

Hi Daniel, Mason,

I rea ize you've both been swamped the past few weeks and have a ton on your plate. I wanted to come prepared for when we met. I've spent a considerable amount of time on these calculations the past few weeks, they should be pretty accurate - happy to discuss more on how I calculated if you guys see flaws. I hope this is on track and helps put everything together.

Total spent on purchasing machines: $1,244,146 and deposit was $165,878. Set up fee: $8,125. $1,418,149. At the time that would have been 15 BTC.
I even paid the first 3 months $146,909 in cash on hosting, trying to maintain a BTC balance. I wasn't able to keep up due to life events and family.

My daily profits up to Sept 30th are $259,275. This number does factor in trueups "$35,250" and the two months of 90% hosting cred t of "$14,612". Separate from this number there is a $7,196 credit app ed to my account since there was a mix up with hydro machines and I never received them under my account. I'm not sure if 1.4% pool reimbursement " 0.0420978567551025 BTC" is located n the sub account if not, then I'll need to add that into the equation

I've so d $158,470 worth of miners on the marketplace. a ($56,374) loss
Repair cost to date: $8,200. This amount s from S21s. I wasn't informed when I bought the machines that the year warranty wouldn't be from when I purchased them, not knowing they would only have a few months of warranty on them. There have been 4 scrapped machines that I didn't receive much rewards from since they died so quickly. I can't recover the cost of that capital. And if my calculations are correct, uptime is ~ 86% since the end of Nov 2024. Comes out as ~1.3 BTC mining d fference.

The miners sold + mining reward - $415,745 + 2 x S19 hycro credits $7,196 = $422,941
$422,941 - ($1,244,140) purchasing cost - ($55,372) sold(g) losses ($8,200) repairs - ( ~ roughly $16,000)scrapped machines = ($900,777)
With the difficulty continuing to skyrocket, the sites not performing, the machines not performing due to excessive repairs or throttled down, and lack of interest on the marketplace - I don't see a path forward other than a substantial loss. I would have to sell 268 machines around $3361/ miner to (doesn't factor in 5% commiss on) breakeven, which doesn't look plausible in the foreseeable future

I know you guys have a thousand things going on and the mining industry is a difficult beast to contend with, I've really come to realize and appreciate that!
Are you guys able to bra nstorm on ideas or strategies to improve my odds of breaking even?
Whether that be through moving miners to sites with better upt me, adding software to increase my rewards, buying my miners, waiving repair costs, or giv ng me a true up similar to how you were able to for the months of August and Sept. or possibly allow my deposit to be released prior to sales. I would truly be eternally grateful for whatever you can do to help during these trying times. If measures were taken out of the ord nary to help me I wouldn't share that information, it would never be a reference point for anyone else

I know you guys know I want out completely as quickly, reasonably as possible. It really is a heavy burden that's affected my life.

Archive Spam Delete Mark as unread Snooze Move to Inbox Labels More

breakeven, which doesn't look plausible in the foreseeable future

I know you guys have a thousand things going on and the mining industry is a difficult beast to contend with, I've really come to realize and appreciate that!
Are you guys able to brainstorm on ideas or strategies to improve my odds of breaking even?
Whether that be through moving miners to sites with better uptime, adding software to increase my rewards, buying my miners, waiving repair costs, or giving me a true up similar to how you were able to for the months of August and Sept. or possibly allow my deposit to be released prior to sales. I would truly be eternally grateful for whatever you can do to help during these trying times. If measures were taken out of the ordinary to help me I wouldn't share that information, it would never be a reference point for anyone else.

I know you guys know I want out completely as quickly, reasonably as possible. It really is a heavy burden that's affected my life.
Thanks for taking the time to read this and consider my unique situation

Best regards,
Jordan Jarrett

**Daniel Condon** <danny@blockwaresolutions.com> Oct 2, 2025, 7:06 PM Reply to all
to me, Mason, Blake

Hi Jordan,

Briefly I want to acknowledge receipt of your email. I'm also looping in our CSO, Megan Anderson.

We will regroup and revert back asap, no later than early next week.

Best Regards,

Danny Condon
--
*Chief Revenue Officer*
Blockware Solutions
[redacted]3365
@[illegible]on1989 (Telegram)
•••

**Jordan Jarrett** <jordan@canaryhollerholdings.com> Oct 6, 2025, 5:49 PM Reply to all
to Daniel, Mason, Blake

Thank you, Daniel,

I look forward to hearing from you all.

Jordan
•••
--
--
Jordan Jarrett
Manager, Canary Holler Holdings

**Daniel Condon** <danny@blockwaresolutions.com> Oct 6, 2025, 7:25 PM Reply to all
to Megan, me, Mason, Blake

+ Megan as it looks like I forgot to copy her on my last note.

Archive Spam Delete Mark as unread Snooze Move to Inbox Labels More

to Megan, me, Mason, Blake

+ Megan as it looks like I forgot to copy her on my last note.

We are meeting on this tmrw and will revert back asap.

Thank You

Danny

*Chief Revenue Officer*
Blockware Solutions
[redacted]3365
@[illegible]don1989 (Telegram)

...

**Daniel Condon** <danny@blockwaresolutions.com> Oct 7 2025, 12:29 PM Reply to all
to me, Mason, Blake, Megan

Jordan,

Are you available for a call on Thursday of this week with Me and Megan?

It looks like we have availability from 1:30-2pm and at/after 3pm Mountain Time.

If you have availability in those slots please advise and I'll send an invite.

Thank You,

Danny Condon

...

**Jordan Jarrett** <jordan@canaryhollerholdings.com> Oct 7, 2025, 1:11 PM Reply to all
to Daniel, Mason, Blake, Megan

Hi Daniel,

Yes, I can make Thursday at 1:30pm Mountain Time work, 3:30 EST.
I'll look for the invite and speak with you all then.

Thanks,

On Tue, Oct 7, 2025 at 12:29 PM Daniel Condon

...

**Daniel Condon** <danny@blockwaresolutions.com> Oct 9, 2025, 3:12 PM Reply to all
to me, Mason, Blake, Megan

Jordan,

Very sorry to do this on short notice but Megan has a travel delay that will make today's timeslot no longer work.

Can we look at Tuesday or Thursday of next week?

Please shoot over some times and we will flex our schedules to make sure we're able to accommodate.

Again apologies.

Thank you,

...

Archive Spam Delete Mark as unread Snooze Move to Inbox Labels More

Again apologies.

Thank you,

•••

**Daniel Condon** <danny@blockwaresolutions.com> Oct 10, 2025, 9:45 AM Reply to all
to me, Mason, Blake, Megan

Hi Jordan,

Following up here to gauge your schedule for Tues or Thurs of next week.

Thx

•••

**Jordan Jarrett** <jordan@canaryhollerholdings.com> Oct 10, 2025, 12:37 PM Reply to all
to Daniel, Mason, Blake, Megan

Hi Daniel,

Tuesday morning 11am works for me.

Thanks,

On Fri, Oct 10, 2025 at 9:45 AM Daniel Condon

•••

**Jordan Jarrett** <jordan@canaryhollerholdings.com> Oct 16, 2025, 2:40 PM Reply to all
to Daniel, Mason, Blake, Megan

Hi Daniel,

Are you able to meet next week?

On Fri, Oct 10, 2025 at 12:37 PM Jordan Jarrett

•••

**Daniel Condon** <danny@blockwaresolutions.com> Oct 16, 2025, 5:16 PM Reply to all
to me, Mason, Blake, Megan

Jordan.

Yes - what days/times work for you next week?

•••

**Jordan Jarrett** <jordan@canaryhollerholdings.com> Oct 16, 2025, 5:27 PM Reply to all
to Daniel, Mason, Blake, Megan

How does Wednesday or Thursday morning, between 10-12 eastern time work for you?
Thanks,
--
Jordan Jarrett
Manager, Canary Holler Holdings

•••

Archive Spam Delete Mark as unread Snooze Move to Inbox Labels More

**Jordan Jarrett** <jordan@canaryholemoldings.com> Oct 17, 2025, 12:19 PM Reply to all
to Daniel, Mason, Blake, Megan

Hi Daniel,

I was wondering if either of those times/days work for you?

Thanks.

On Wed, Oct 15, 2025 at 5:27 PM Jordan Jarrett

•••

**Daniel Condon** <danny@blockwaresolutions.com> Oct 17, 2025, 1:40 PM Reply to all
to me, Mason, Blake, Megan

Hi Jared,

Yes – we can make it work. I'll send an invite before EOD.

Thank you

Danny

•••

**Daniel Condon** <danny@blockwaresolutions.com> Oct 17 2025, 2:04 PM Reply to all
to me, Mason, Blake, Megan

Jordan (not Jared)! Apologies. Phone auto correct. .

*Chief Revenue Officer*
Blockware Solutions
[redacted] 3365
@Dcondon1989 (Telegram)

•••

**Jordan Jarrett** <jordan@canaryholemoldings.com> Oct 17, 2025, 2:16 PM Reply to all
to Daniel, Mason, Blake, Megan

No problem, we've all had autocorrect turn on us before..

If you need another window of time next week let me know.

On Fri, Oct 17, 2025 at 2:04 PM Daniel Condon

•••

**Daniel Condon** <danny@blockwaresolutions.com> Oct 23, 2025, 11:26 AM Reply
to me

Jordan,

I know it seems we're ignoring you, but Megan is sick today. I rescheduled for tomorrow at 2pm ET. Does that time work for you? If not please propose some alternatives. I promise you we will have this meeting ASAP and Megan is the right person for you to meet with.

Thanks

Danny

•••

Archive Spam Delete Mark as unread Snooze Move to inbox Labels More

...

**Jordan Jarrett** 12:24 PM Reply

Hi Danny,

Thank you for getting me rescheduled immediately and reassuring me that Megan is the right person to help me. But I must admit this is a bit unsettling since it was a last minute cancellation similar to the previous time. I do know life happens and things are out of our control sometimes, but I've been trying to get out of this scenario since January and every day is a slog for me until I get some type of resolution. Could you speak briefly of my options?

I do hope she feels better and can attend tomorrow's call. Unfortunately tomorrow at 2pm does not work, I'm available before 1
Thank you,

On Thu, Oct 23, 2025 at 11:26 AM Daniel Condon

...

**Daniel Condon** Reply

Jordan

I understand you may be over your skis here and I empathize with your personal situation.

We've provided options and taken good faith measures including proactive true ups, repair credits, lowering your commission % for selling rigs on the Marketplace, and extending significantly more internal resource time across several departments that is otherwise typical.

We are trying to go above and beyond to help you.

Beyond that - let's let Megan here your "asks" and we can see what can be done

I'll see if we can do tmrw before 1pm. If not I'll revert back with availability for next week

Thanks for your patience here

...

**Jordan Jarrett** 2025 12:48 PM Reply

to Daniel

Danny

Thanks for the response. I appreciate the measures taken, I know y'all have provided atypical resources and ran specials trying to get other customers to purchase my hydros/ S21's miners and adjusted commissions, etc

Excluding my deposit money, I'm nearly 900k from breakeven and making ~$700/day profit (and that number is going down every two weeks). I'll never recover. I hope Megan is able to unlock a path.

Thanks for checking on the before 1pm availability

On Thu, Oct 23, 2025 at 12:28 PM Daniel Condon

...

Archive Spam Delete Mark as unread Snooze Move to Inbox Labels More

**Daniel Condon** <danny@blockwaresolutions.com> Oct 23, 2025, 2:23 PM Reply
to me

We do not control the market, Jordan. Bitcoin has pulled back significantly Eventually, it will run significantly This is a long game and you will ultimately crush it.

Additionally – are you taking advantage of the tax benefits from 100% depreciation? It's possible your purchase is eligible even though it was late 2024. That would be a huge needle mover for you as well.

If you want me to connect you to a tax specialist we work with I'd be happy to do that.

•••

**Daniel Condon** <danny@blockwaresolutions.com> Oct 23, 2025, 3:23 PM Reply
to me

Jordan,

Tmrw morning doesn't work on this end What times work for you on Tues/Wed of next week? We will move whatever we have scheduled to make it happen

Thx
Danny

•••

**Daniel Condon** <danny@blockwaresolutions.com> Oct 23, 2025, 3:42 PM Reply
to me

Actually hold tight... There may be a window at 12pm... Will circle back asap

•••

**Jordan Jarrett** <jordan@canaryhollerholdings.com> Oct 30, 2025, 2:42 PM Reply
to Daniel

Hi Dan,

I wanted to check in to see how things were going.

Thank you,

On Thu, Oct 23, 2025 at 3:42 PM Daniel Condon

•••

--

-

Jordan Jarrett
Canary Holler Holdings

**Jordan Jarrett** <jordan@canaryhollerholdings.com> Nov 4, 2026, 12:16 PM Reply to all
to Megan, Daniel

Hi Dan, Megan,

I hope you're having a good week. I wanted to circle back to see what options you guys came up with after we spoke.
Thanks,

On Thu, Oct 30, 2025 at 2:42 PM Jordan Jarrett

•••

**Daniel Condon** <danny@blockwaresolutions.com> Nov 4, 2025, 12:18 PM Reply to all
to me, Megan

Archive Spam Delete Mark as unread Snooze Move to Inbox Labels More

**Daniel Condon** <danny@blockwaresolutions.com> Nov 4, 2025, 12:18 PM Reply to all
to me, Megan

Hi Jordan,

Working on this with Megan - we will have some options for you by the end of this week.

Thanks

Danny

•••

**Jordan Jarrett** <jordan@canaryholeholdings.com> Nov 4, 2025, 12:25 PM Reply to all
to Daniel, Megan

Thank you, both, appreciate it very much

On Tue, Nov 4, 2025 at 12:18 PM Daniel Condon

•••

**Jordan Jarrett** <jordan@canaryholeholdings.com> Nov 11, 2025, 3:00 PM Reply to all
to Daniel, Megan

Hi Danny,

I wanted to ask if you and Megan have resolutions?
Thanks,

On Tue, Nov 4, 2025 at 12:25 PM Jordan Jarrett

•••

**Jordan Jarrett** <jordan@canaryholeholdings.com> Nov 17, 2025, 11:14 AM Reply to all
to Daniel, Megan

Hi Danny,

I know you all have a lot on your plate, but are you able to provide an update for me?

My hosting cost has fallen below buying spot BTC. It shows 19 miners disabled (I believe of the 19 miners 4 are scrapped machines) and seen curtailment this month. With BTC difficulty trending up and BTC price trending down I don't see how customers are going to be able to pay for hosting if this continues.

Thanks,

On Tue, Nov 11, 2025 at 3:00 PM Jordan Jarrett

•••

**Daniel Condon** <danny@bloclowaresolutions.com> Nov 17, 2025, 11:43 AM Reply to all
to me, Megan

Hi Jordan,

Hope you had a nice weekend

One thing I can contemplate here that might be helpful to you is to simply "pause" your account. Megan would need to be on board with this as well (she and I can discuss if it's of interest).

That means we would stop billing you and, in conjunction, you would stop receiving BTC revenue. Aside from that our other options that Megan and I have discussed are, 1) we will allow you

Archive Spam Delete Mark as unread Snooze Move to inbox Labels More

One thing I can contemplate here that might be helpful to you is to simply "pause" your account. Megan would need to be on board with this as well (she and I can discuss if it's of interest).

That means we would stop billing you and, in conjunction, you would stop receiving BTC revenue. Aside from that our other options that Megan and I have discussed are, 1) we will allow you to terminate your Agreement early and can send these units wherever you'd like or, 2) we can structure a "buyback" deal where we would buy back your less efficient S19 XP hydro units in conjunction with you buying more efficient units from Blockware.

Most of our customers are generally pretty keen on the "buyback" play but it does require an incremental spend, eg. you are spending incremental $ to get more efficient machines whilst shedding less efficient machines. Given our understanding of your intention to NOT spend any more $, that may not be the right play to you. If you're open to it, I will work with my team to propose a buyback and trade up deal.

Let me know your thoughts and we can take action accordingly.

Thank You

Danny

...

**Jordan Jarrett** [illegible] Nov 17, 2025 [illegible] PM Reply to all

to Daniel, Megan

Hi Danny,

Thanks for the response
I think pausing the account may be a good idea (unless I am expecting a large true up for November?) I really can't afford any more losses, my life is already spiraling.
If I did the buyback program, what price are you buying back the S19 hydros at what is the hosting contract, warranty, and sites you would put the miners at?
If I terminated the agreement now what would be the result of that and how quickly and how much is that process?

On Mon, Nov 17, 2025 at 11:43 AM Daniel Condon

...

**Jordan Jarrett** [illegible] Nov 17, 2025, 12:31 PM Reply to all

to Daniel, Megan

Has there been discussion on reimbursing me for repairs or the scrapped miners since I was sold bad batches of miners (both hydros and S21s) - the S21s only had 4 month warranty.
The reason I ask is because previously Mason said that he would speak to his team on this and also there would be an opportunity to buy back the machines whenever he got done with the fundraising.

Thanks

On Mon, Nov 17, 2025 at 12:09 PM Jordan Jarrett

...

**Jordan Jarrett** [illegible] Nov 21, 2025, [illegible] AM Reply to all

to Daniel, Megan

Good morning,

I wanted to see if there are updates from you and Megan

Thanks,

On Mon, Nov 17, 2025 at 12:31 PM Jordan Jarrett

Archive Spam Delete Mark as unread Snooze Move to Inbox Labels More

I wanted to see if there are updates from you and Megan

Thanks,

On Mon, Nov 17, 2025 at 12:31 PM Jordan Jarrett

•••

**Jordan Jarrett** <jordan@canaryholderholdings.com> Dec 1, 2025, 2:10 PM Reply to all

to Daniel, Megan

Hi guys,

I hope you had a good Thanksgiving. I wanted to know if you are able to provide the details of terminating the agreement and the other option of what value you would provide for buyback. If buyback occurs do the miners have to stay with Blockware?
Has there been discussion on reimbursement for repairs or the scrapped miners since I was sold bad batches of miners both hydros and S21s. And since every month my miners have gone below service level of 90% uptime resulting in paying 10% over what I actually hashed/used.

It looks like I lost $3,421 in November. Some of this was possibly due to curtailment and having 21 miners offline being repaired. I expect December to be the same outcome.

Thanks for any light you can shed on this,

On Mon, Nov 24, 2025 at 10:08 AM Jordan Jarrett

•••

**Jordan Jarrett** <jordan@canaryholderholdings.com> Dec 17, 2025, 2:36 PM Reply to all

to Daniel, Megan

Hi Danny , Megan,

Can you please provide me with something.

On Mon, Dec 1, 2025 at 2:10 PM Jordan Jarrett

•••

**Megan Anderson** <MAnderson@blockwaresolutions.com> Dec 31, 2025, 11:02 AM Reply to all

to me, Daniel

Good Morning Jordan,

Let's set up a call next week. I'm out with family until Sunday.

What works on Wednesday or Thursday next week for you?

Megan

•••

**Jordan Jarrett** <jordan@canaryholderholdings.com> Dec 31, 2025, 11:42 AM Reply to all

to Megan, Daniel

Thank you,

Wednesday morning is preferred,

•••

Archive Report Delete Mark as unread Snooze Move to Labels More

Thank you,

Wednesday morning is preferred,

...

**Megan Anderson** Dec 31, 2025, 11:44 AM Reply to all

to Kaye

Kaye-

Can you set up a 30 minute call with this group for 10:30 am Wednesday morning next week?

Thanks,

Megan

...

**Jordan Jarrett** Reply to all

to Megan, Daniel, Kevin

Good morning,

Are you able to provide options and numbers before the meeting therefore I can review them beforehand.

I currently lost $9,854 from mining November / December months combined and 34 miners are disabled and continue to pay for repairs. I did find a local mining operation in Maryland that has 1:21 transformers - they have single phase service 220v. They will be upgrading to three phase, but that will take some time and considerable investment so they need to have the ability to immersion mine and do both single and three phase. They have a DCX immersion mining system where around 40 miners could be deployed. Unfortunately they are not willing to take my current miners since they have had so many issues and repairs, not willing to take on that liability. Maybe you all are able to set their minds at ease, but I wasn't able to. Are there immersion miners that I could trade up for?

Thanks.

On Wed, Dec 31, 2025 at 11:44 AM Megan Anderson

...

**Megan Anderson** Reply to all

We are finalizing Info for you and will present options this week.

Thanks,

**Megan Brooke-Anderson**
Chief Strategy Officer | *Blockware Solutions LLC*
c:[redacted]2379 | manderson@blockwaresolutions.com

This e-mail may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies. Thank you

Archive Spam Delete Mark as unread Snooze Move to Inbox Labels More

This e-mail may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies. Thank you.

•••

**Jordan Jarrett** <jordan@canaryholleholdings.com> — Jan 20, 2026, 1:44 PM — Reply to all

to Megan, Daniel

Thank you, I look forward to seeing it and talking through it.

•••

**Jordan Jarrett** <jordan@canaryholleholdings.com> — Feb 2, 2026, 9:07 AM — Reply to all

to Megan, Daniel

Hi Megan,

I wanted to check in on the status of the options you all are proposing?

On Tue, Jan 20, 2026 at 1:44 PM Jordan Jarrett

•••

**Jordan Jarrett** <jordan@canaryholleholdings.com> — Feb 9, 2026, 3:01 PM — Reply to all

to Megan, Daniel

Hi Megan, Danny,

Can I please get an update on what you and your team calculated?

On Mon, Feb 2, 2026 at 9:07 AM Jordan Jarrett

•••

**Daniel Condon** <danny@blockwaresolutions.com> — Feb 9, 2026, 10:08 PM — Reply to all

to me, Megan

Jordan,

Apologies for the delay here. We put a buyback deal together for you but the market shifted a bit and the supply we were eyeing was sold.

We have another one lead up and I'm finalizing the numbers on this deal now. We will send it over to you in the am

Thanks

Danny

•••

**Jordan Jarrett** <jordan@canaryholleholdings.com> — Feb 10, 2026, 8:45 AM — Reply to all

to Daniel, Megan

Denny,
Thanks for the update.
I've made a request to send 54 S21s with a clean history of no repairs
to Maryland. Are the technicians able to add software onto the
machines before sending them out?

Archive Spam Delete Mark as unread Snooze Move to Inbox Labels More

Thanks for the update.
I've made a request to send 54 S21s with a clean history of no repairs
to Maryland. Are the technicians able to add software onto the
machines before sending them out?

On Mon, Feb 9, 2026 at 10:08 PM Daniel Condon

...

**Daniel Condon** <denny@blockwaresolutions.com> Feb 10, 2026, 11:21 AM Reply to all
to me, Megan

Jordan,

Please open up a support ticket for that request.

...

**Jordan Jarrett** <jordan@canaryholterholdings.com> Feb 10, 2026, 6:08 PM Reply to all
to Daniel, Megan

I've created a support ticket with this information. Do you know when
the team can package these machines up and ship them?

On Tue, Feb 10, 2026 at 11:21 AM Daniel Condon

...

**Daniel Condon** <denny@blockwaresolutions.com> Feb 10, 2026, 6:29 PM Reply to all
to me, Megan

The support team will coordinate with operations and get back to you there. Best to keep this going through that chain as otherwise we're playing a game of telephone internally.

They're very responsive and need to coordinate with others internally and the site But we're on it.

...

**Jordan Jarrett** <jordan@canaryholterholdings.com> Feb 10, 2026, 6:33 PM Reply to all
to Daniel, Megan

Ok, this checks out and will keep the discussion going with them on that thread.

...

**Jordan Jarrett** <jordan@canaryholterholdings.com> Feb 16, 2026, 3:03 PM Reply to all
to Daniel, Megan

Hey Dan,

I've been unsuccessful in connecting with the support team or operations with my request. I only have a small window of time to have them accept my miners, I'm concem I'm going to get overlooked and miss this opportunity.

...

**Jordan Jarrett** <jordan@canaryholterholdings.com> May 27, 2026, 11:58 AM Reply to all
to Daniel, Megan

Good morning,
I recently was provided my trueups for the previous months and they look low compared to my revenue. Can this be audited? Paying for continued losses is not feasible - the pausing, selling, unplugging . Nearly every hydro miner is broken or severely impaired ( you can see it by the revenue dropping in December and the hashrate significantly below baseplate number 257), but I'm prepaying for services as if they are functioning at 100%.

May- my monthly bill was $49,119. With more miners disabled and more "n/a" than the previous months. Only $23,500 in revenue for this month and BTC difficulty for April was higher.

Archive Spam Delete Mark as unread Snooze Move to inbox Labels More

I'm prepaying for services as if they are functioning at 100%.

May- my monthly bill was $49,119. With more miners disabled and more 'n/a' than the previous months. Only $23,500 in revenue for this month and BTC difficulty for April was higher.
For April I was billed $47,520 and true up was $7,683.59. Leaving me with a cost of $39,837. My revenue was only $31,157. This is significant loss of ($8,680) for April. The true up has to be more than $7,683 and April's bill should have been lower due to hydros that were turned off ( disabled, n/a,)?
March- bill was $47,520 and trueup was $7,148 = $40,372. My revenue was $30,564. Leaving significant loss ($9,808).
Feb. $59, 912 and trueup 13,797 = $46,115. My revenue was $38,853. Leaving me with a significant loss ($7,262).
Jan. $50,842 and truep up was $9,028, the revenue was only $49,672. ($1,962)
Dec. $64,577 and trueup was $3,063 , revenue was $58,333 ($3,181).

•••

**Jordan Jarrett** <jordan@canaryholerholdings.com> Jun 2, 2026, 11:24 AM Reply to all
to Daniel, Megan

Good morning,

Mason told me to continue speaking with you all on this matter.

Can you pause my miners until a plan is reached? I've lost ~45k since December ( roughly 33k of that is profit to Blockware). At the beginning of the year there was talks about approaching this as a partnership to work this out, I've lost significant money since then, Blockware has financially lynched me. I cannot afford another month of hosting.

•••

**Jordan Jarrett** <jordan@canaryholerholdings.com> Jun 5, 2026, 10:37 AM Reply to all
to Daniel, Megan

Good morning,

I wanted to check in on pausing miners, this would be 126 hydros considering 62 are disabled. Of the 126 most of them are not functioning.

•••

...

[Message clipped] View entire message

**Megan Anderson** <manderson@blockwaresolutions.com> Jun 5, 2026, 10:42 AM Reply to all
to Kentaro, me, Daniel

I looped in Ken our COO as well to help move the matter along.

Please note, Mason is no longer with Blockware and I have stepped in as CEO. We are working through the transition and understand your concern. We will work through a solution with you.

Thanks,

**Megan Brooks-Anderson**
Chief Executive Officer | *Blockware Solutions LLC*

•••
•••

..

[Message clipped] View entire message

**Jordan Jarrett** <jordan@canaryholerholdings.com> Jun 5, 2026, 10:51 AM Reply to all
to Megan, Daniel, Kentaro

Megan thanks for letting me know. I'm concerned with how everything is going. I look forward and welcome a solution

Jordan

Archive Spam Delete Mark as unread Snooze Move to Inbox Labels More

Jordan

...
...
...
...
...
...
...
...
...
>> >> > >> > > >> > > >> > Canary Holler Holdings
>> >> > >> > > >> > > >>
>> >> > >> > > >> > > >>
>> >> > >> > > >> > > >>
>> >> > >> > > >> > > >> --
>

...

[Message clipped] View entire message

**Jordan Jarrett** <jordan@canaryhollerholdings.com> Jun 6, 2026, 3:56 PM Reply to all
to Megan, Daniel, Kentaro

Hi Ken,
While there is a permanent solution being considered, can we pause my miners? Every day they run it is losing around ~ ($300/day.)
...

[Message clipped] View entire message

**Jordan Jarrett** <jordan@canaryhollerholdings.com> Jun 8, 2026, 3:39 PM Reply to all
to Megan, Daniel, Kentaro

Hi all.

I wanted to get this first part resolved of pausing miners. Likely my account is already thousands of dollars behind and it is only 8 days into this month
...
...

[Message clipped] View entire message

**Jordan Jarrett** <jordan@canaryhollerholdings.com> Jun 15, 2026, 2:12 PM Reply to all
to Megan, Daniel, Kentaro

Hi,

Can you send S21s miners to 1900 Sandy Point Rd, Nanjemoy, MD 20662.
I'm working on a location now for the hydros.
...
...

[Message clipped] View entire message

**Jordan Jarrett** <jordan@canaryhollerholdings.com> Jun 17, 2026, 10:11 AM Reply to all
to Megan, Daniel, Kentaro

Good morning,

Are you able to send the remaining S21s to the same address you did before? 1900 Sandy Point Rd, Nanjemoy, MD 20662.

Are you able to have the hydro miners on a pallet for pickup?
...
...

Archive Spam Delete Mark as unread Snooze Move to Inbox Labels More

Good morning,

Are you able to send the remaining S21s to the same address you did before? 1900 Sandy Point Rd, Nanjemoy, MD 20662

Are you able to have the hydro miners on a pallet for pickup?

[Message clipped] View entire message

Daniel Condon <danny@blockwaresolutions.com> Jun 17, 2026, 10:20 AM Reply to all
to support, me, Megan, Kentaro

Hi Jordan,

I've copied support on this response which will automatically open a case. The team can advise on your exit options

Thanks,

Danny

[Message clipped] View entire message

Jordan Jarrett <jordan@canaryholterholdings.com> Jun 17, 2026, 10:25 AM Reply to all
to Daniel, Megan, Kentaro, support

Thank you,

Do you know when there will be an exit?

[Message clipped] View entire message

Daniel Condon <danny@blockwaresolutions.com> Jun 17, 2026, 10:26 AM Reply to all
to me, Megan, Kentaro, support

Typically exits take about 1 month. But let's let operations advise.

Thanks

Danny

[Message clipped] View entire message

Jordan Jarrett <jordan@canaryholterholdings.com> Jun 17, 2026, 10:28 AM Reply to all
to Daniel, Megan, Kentaro, support

Can the miners be pulled out now before they are exited to prevent more losses?

[Message clipped] View entire message

Jordan Jarrett <jordan@canaryholterholdings.com> Jun 17, 2026, 11:14 AM Reply to all
to Daniel, Megan, Kentaro, support

What can be done about the disabled miners. there are a lot of disabled miners and many of them are from before the 1 year warranty mark, they didn't get serviced.

Archive Spam Delete Mark as unread Snooze Move to Inbox Labels More

**Jordan Jarrett** <jordan@canaryhollerholdings.com>
to Daniel, Megan, Kentaro, support
Jun 17, 2026, 11:14 AM — Reply to all

What can be done about the disabled miners, there are a lot of disabled miners and many of them are from before the 1 year warranty mark, they didn't got serviced.

...

[Message clipped] View entire message

**Jordan Jarrett** <jordan@canaryhollerholdings.com>
to Daniel, Megan, Kentaro, support
Jun 19, 2026, 11:51 AM — Reply to all

Good morning,

Are you able to pull the miners now to palletize them and this will include the cords?

...

[Message clipped] View entire message

**Jordan Jarrett** <jordan@canaryhollerholdings.com>
to Megan, Kentaro, support, Daniel
Jul 8, 2026, 2:37 PM — Reply to all

Hi Megan, can you provide solutions that you could share with me?

I'm being told by Rich that my entire deposit will be pocketed by you all even though nearly all my miners need repair/ unsalvageable or severely impaired -tracking towards unsalvageable.
The Texas site is a total disaster guaranteeing to drop below 90% uptime, creating a perpetual profit of 10%.

This doesn't feel like the partnership we talked about to get a good outcome. I've tried to explore nearly every option with Blockware and I have suffered severely- likely more than any other customer you've had. Losing ~1.4 million dollars.
I wanted to sell/return these miners since Jan 2025, right after I bought them, but I couldn't list them on the market until months later because it was a new hosting site. I was mistakenly convinced by Mason to buy them, that it was a great deal, and that he even mentioned that he would buy them off me once he raised 75 million dollars. This type of reassurance I took to heart and I have never recovered from purchasing these

...

[Message clipped] View entire message

**One attachment** • Scanned by Gmail Add to Drive



**Jordan Jarrett** <jordan@canaryhollerholdings.com>
to Daniel, Megan, Kentaro, support
Jul 30, 2026, 9:49 AM — Reply to all

Hi Megan,

I don't know what is going on with my miners or account, are you able to communicate solutions?

...

[Message clipped] View entire message

Reply all | Reply | Forward

### Wire Transaction Details

| Wire Description | Details |
|---|---|
| Date of Transfer | 02/10/2025 |
| Amount | $97,000.00 |
| Receiving Bank Account Number | ...105 |
| Receiving Bank Name | EVOLVE BANK AND TRUST |
| Receiving Bank Address | WEST MEMPHIS AR |
| Receiving Bank Country | US |
| **Total** | **$97,000.00** |

EXHIBIT
7

EXHIBIT
8

Gmail

# TX-DP Site SLA Billing Adjustments

**Blockware** <billing@blockwaresolutions.com> Mon, Aug 4, 2025 at 2:06 PM
Reply-To: billing@blockwaresolutions.com
To: Blockware Solutions Billing <billing@blockwaresolutions.com>
Bcc: jordan@canaryhollerholdings.com

As part of our ongoing commitment to transparency and client service, we wanted to notify you of a forthcoming change to the billing structure for clients at the TX-DP (Dataprana) site. While the uptime issue is outside of Blockware's control, we recognize its impact and are taking proactive steps to better align with your expectations.

Currently, you are billed monthly in advance for 100% of expected power consumption, with credits issued for downtime in line with our 90% SLA. Beginning the August 2025 billing cycle, we will reduce your advance billing to 90% of expected power consumption — effectively lowering your upfront bill by 10% via a credit on the invoice. We will continue to run true-ups in arrears as follows:
If uptime falls below 90%, we will credit the difference between actual uptime and the 90% estimate.
If uptime exceeds 90%, we will bill for the delta above 90%.

All other terms of the agreement will remain unchanged.

We hope this adjustment demonstrates our willingness to work collaboratively and our continued effort to provide best-in-class service. If you have any questions or would like to discuss anything further, please don't hesitate to reach out by opening a ticket here: Billing Support

Thank you for your continued partnership,

Blockware Team