FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 07 2026
TAMMY H. DOWNS, CLERK
By: ________ DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CANARY HOLLER HOLDINGS, LLC,**
**a Texas Limited Liability Company; and**
**JORDAN JARRETT** **PLAINTIFFS**

**vs.** **Case No.** 4:26CV1106-KGB

**BLOCKWARE SOLUTIONS, LLC,**
**a Delaware Limited Liability Company;**
**LUXOR TECHNOLOGY CORPORATION,**
**a Delaware Corporation; MASON JAPPA;**
**CLAYTON MANN; BLAKE DAVIS;**
**MEGAN M. BROOKS-ANDERSON;**
**and DANIEL CONDON** **DEFENDANTS**

## MOTION FOR LEAVE TO FILE EXHIBIT TO COMPLAINT UNDER SEAL

Plaintiffs Canary Holler Holdings, LLC and Jordan Jarrett ("Plaintiffs"), for their motion for leave to file an exhibit to the Complaint under seal, state:

1. Exhibit 1 to the Verified Complaint is a Master Services Agreement.

2. The Master Services Agreement contains non-disclosure language. Out of an abundance of caution, Plaintiffs did not file a copy of the Master Services Agreement with its verified complaint, and instead indicated that the Master Services Agreement would be filed under seal with leave of the Court.

3. Plaintiffs seek leave to file Exhibit 1 to the Verified Complaint under seal.

4. In the alternative, Plaintiffs seek leave to submit a public facing Master Services Agreement on the docket as Exhibit 1 pursuant to a subsequent notice of docket correction.

WHEREFORE, Plaintiffs Canary Holler Holdings, LLC and Jordan Jarrett respectfully request that this Court grant its motion and permit it to file Exhibit 1 under seal.

Dated: October 7, 2026

**KUTAK ROCK LLP**

Alexander T. Jones
McKenzie L. Raub
Adam P. Hagler
124 West Capitol Ave., Suite 2000
Little Rock, AR 72201-3740
Telephone: (501) 975-3000
Facsimile: (501) 975-3001
alex.jones@kutakrock.com
mckenzie.raub@kutakrock.com
adam.hagler@kutakrock.com

Peyton Watts
1277 East Joyce Boulevard, Suite 300
Fayetteville, AR 72703
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
peyton.watts@kutakrock.com

*Attorneys for Canary Holler Holdings, LLC and Jordan Jarrett*