**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CANARY HOLLER HOLDINGS, LLC,**
**a Texas Limited Liability Company; and**
**JORDAN JARRETT** **PLAINTIFFS**

**vs.** **Case No. 4:26-cv-01106-KGB**

**BLOCKWARE SOLUTIONS, LLC,**
**a Delaware Limited Liability Company;**
**LUXOR TECHNOLOGY CORPORATION,**
**a Delaware Corporation; MASON JAPPA;**
**CLAYTON MANN; BLAKE DAVIS;**
**MEGAN M. BROOKS-ANDERSON;**
**and DANIEL CONDON** **DEFENDANTS**

**AMENDED MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL**

Pursuant to Section IV of the Court's CM/ECF Handbook for the Conventional Filing of Documents, Plaintiffs Canary Holler Holdings, LLC and Jordan Jarrett ("Plaintiffs") move for leave to file Exhibit 1 to their Verified Complaint under seal. In support, Plaintiffs state:

1. Exhibit 1 to the Verified Complaint is a Blockware Master Agreement ("Agreement") and accompanying Order Forms.

2. The Agreement contains non-disclosure language. Out of an abundance of caution, Plaintiffs did not file a copy of the Agreement with its verified complaint, and instead indicated that Plaintiffs would seek leave of Court to file the Agreement under seal.

3. Accordingly, Plaintiffs seek leave to file Exhibit 1 to the Verified Complaint under seal.

4. In the alternative, Plaintiffs seek leave to submit a public facing Blockware Master Agreement on the docket as Exhibit 1 pursuant to a subsequent notice of docket correction.

5. Plaintiffs file this Amended Motion to correct a typographical error contained in the description of Exhibit 1 to the Verified Complaint in the original Motion.

6. Because typical practice in this District is that motions for leave to file exhibits under seal do not require an additional brief, no additional brief is submitted.

WHEREFORE, Plaintiffs Canary Holler Holdings, LLC and Jordan Jarrett respectfully request that this Court grant its amended motion and permit it to file Exhibit 1 under seal.

Dated: October 8, 2026

**KUTAK ROCK LLP**

Alexander T. Jones
McKenzie L. Raub
Adam P. Hagler
124 West Capitol Ave., Suite 2000
Little Rock, AR 72201-3740
Telephone: (501) 975-3000
Facsimile: (501) 975-3001
alex.jones@kutakrock.com
mckenzie.raub@kutakrock.com
adam.hagler@kutakrock.com

Peyton Watts
1277 East Joyce Boulevard, Suite 300
Fayetteville, AR 72703
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
peyton.watts@kutakrock.com

*Attorneys for Canary Holler Holdings, LLC and Jordan Jarrett*