**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CANARY HOLLER HOLDINGS, LLC, *et al.*** **PLAINTIFFS**

**v.** **Case No. 4:26-cv-01106-KGB**

**BLOCKWARE SOLUTIONS LLC, *et al.*** **DEFENDANTS**

**ORDER**

Before the Court is the amended motion for leave to file exhibit to complaint under seal of plaintiffs Canary Holler Holdings, LLC and Jordan Jarrett (hereinafter "Plaintiffs") (Dkt. No. 5). Plaintiffs state that "Exhibit 1" to their verified complaint is a Blockware Master Services Agreement (hereinafter "Agreement") (*Id.*, ¶ 1). According to Plaintiffs, the Agreement contains non-disclosure language, and out of an abundance of caution, Plaintiffs did not file on the public docket a copy of the Agreement (*Id.*, ¶ 2). Instead, Plaintiffs seek leave to file the Agreement under seal with the Court (*Id.*). For good cause shown, the Court grants Plaintiffs' amended motion for leave to file the Agreement ("Exhibit 1" to the verified complaint) under seal (*Id.*).

It is so ordered this 9th day of October, 2026.

Kristine G. Baker
Chief United States District Judge